UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAERED N. ANDREWS ET AL            Plaintiff,

-against-

FREMANTLE MEDIA N.A., INC. ET AL            Defendant.

13 cv 5174 (NRB)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **STEVEN T. LOWE**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **PLAINTIFF CHRIS GOLIGHTLY** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **CALIFORNIA** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

*[signature]*

Applicant Signature

Applicant's Name: STEVEN T. LOWE
Firm Name: LOWE & ASSOCIATES
Address: 11400 OLYMPIC BLVD, ST 640
City / State / Zip: LOS ANGELES, CA 90064
Telephone / Fax: (310) 477-5811 / (310) 477-7672
E-Mail: steven@lowelaw.com