UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAERED N. ANDREWS,<br>COREY D. CLARK,<br>JACOB JOHN SMALLEY,<br>DONNIE WILLIAMS,<br>TERRELL BRITTENUM,<br>DERRELL BRITTENUM,<br>THOMAS DANIELS,<br>AKRON WATSON,<br>JU'NOT JOYNER,<br>CHRIS GOLIGHTLY<br><br>     Plaintiffs,<br><br>  vs.<br><br>FREMANTLEMEDIA N.A., INC.,<br>AMERICAN IDOL PRODUCTIONS, INC.,<br>19 ENTERTAINMENT LTD.<br>CORE MEDIA GROUP, INC.<br>21St CENTURY FOX, INC.<br>FOX BROADCASTING COMPANY, INC.<br>NIGEL LYTHGOE, KEN WARWICK<br>FORD MOTOR COMPANY, INC.,<br>COCA-COLA COMPANY, INC.,<br>AT&T<br><br>     Defendants. | Case No. 13-CV-5174 (NRB)<br><br><br><br><br><br><br><br>DEMAND FOR<br>TRIAL BY JURY<br><br><br>ECF CASE |

NOTICE OF FILING:
WAIVER OF SERVICE OF SUMMONS

**PLEASE TAKE NOTICE** that, pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, Plaintiffs JAERED N. ANDREWS, COREY D. CLARK, JACOB JOHN SMALLEY, DONNIE WILLIAMS, TERRELL BRITTENUM, DERRELL BRITTENUM, THOMAS DANIELS, AKRON WATSON, JU'NOT JOYNER, and CHRIS GOLIGHTLY hereby submit the attached Waiver of Service of Summons forms, duly executed by Defendants'

counsel, with respect to <u>each</u> of the Defendants named in this action.  As per Plaintiffs' Request to Waive Service of Summons, an answer or response to the Complaint must be filed by Defendants on or before **Tuesday, <u>October 22, 2013.</u>**

                                              JH FREEMAN LAW

                                              By: ***s/ James H. Freeman***
                                                     James H. Freeman
                                              3 Columbus Circle, 15 FL
                                              New York, NY 10019
                                              Tel.: (212) 931-8535
                                              Fax: (212) 496-5870
                                              james@jhfreemanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this **19th day** of **September, 2013**, a true and correct copy of the foregoing was filed with the Court through the ECF-CM electronic filing system, and that further notice of the same has been provided via e-mail on the following counsel:

Daniel Petrocelli, Esq.
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, NY 90067
Tel: (310) 246-6770
dpetrocelli@omm.com

*Attorneys for Defendants*
*Fremantlemedia N.A., Inc.,*
*American Idol Productions, Inc.,*
*19 Entertainment Ltd.*
*Core Media Group, Inc.*
*21st Century Fox, Inc.*
*Fox Broadcasting Company, Inc.*
*Nigel Lythgoe, Ken Warwick*
*Ford Motor Company, Inc.,*
*Coca-Cola Company, Inc.,*
*AT&T*

By: *s/ James H. Freeman*