

# O'MELVENY & MYERS LLP

BEIJING  
BRUSSELS  
HONG KONG  
JAKARTA†  
LONDON  
LOS ANGELES  
NEWPORT BEACH  
NEW YORK  

1999 Avenue of the Stars  
Los Angeles, California 90067-6035  

TELEPHONE (310) 553-6700  
FACSIMILE (310) 246-6779  
www.omm.com  

SAN FRANCISCO  
SEOUL  
SHANGHAI  
SILICON VALLEY  
SINGAPORE  
TOKYO  
WASHINGTON, D.C.  

September 27, 2013

WRITER'S DIRECT DIAL  
(212) 326-4329  

WRITER'S E-MAIL ADDRESS  
mrobertson@omm.com  

The Honorable Naomi Reice Buchwald  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 2270  
New York, NY 10007-1312  

Re:  *Andrews et al. v. FremantleMedia N.A., Inc. et al.*, Case No. 13 CIV 5174

Dear Judge Buchwald:

Defendants 19 Entertainment Limited and CORE Media Group Inc. recently filed their Disclosure Statements pursuant to Federal Rule of Civil Procedure 7.1 (Docket Nos.12 and 13). Although not required by the plain language of Rule 7.1, we write, out of an abundance of caution, to inform the Court that certain investment funds affiliated with Apollo Global Management, LLC ("AGM") indirectly own 100% of CORE Entertainment Holdings, Inc. which in turn indirectly owns 100% of CORE Media Group Inc.'s common stock, and as such, indirectly, 100% of 19 Entertainment Limited's common stock. AGM's Class A Shares are publicly traded on the New York Stock Exchange (NYSE: APO).

Respectfully,

/s/ Mark W. Robertson  
Mark W. Robertson  
of O'Melveny & Myers LLP  
*Attorneys for Defendants*

cc:  James H. Freeman, Esq.  
JH Freeman Law  
*Attorneys for Plaintiffs*

Steven T. Lowe, Esq.  
Lowe & Associates  
*Attorneys for Plaintiff Chris Golightly*

† In association with Tumbuan & Partners