UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAERED N. ANDREWS,<br>COREY D. CLARK,<br>JACOB JOHN SMALLEY,<br>DONNIE WILLIAMS,<br>TERRELL BRITTENUM,<br>DERRELL BRITTENUM,<br>THOMAS DANIELS,<br>AKRON WATSON,<br>JU'NOT JOYNER,<br>CHRIS GOLIGHTLY<br><br>                Plaintiffs,<br><br>    vs.<br><br>FREMANTLEMEDIA N.A., INC.,<br>AMERICAN IDOL PRODUCTIONS, INC.,<br>19 ENTERTAINMENT LTD.<br>CORE MEDIA GROUP, INC.<br>21St CENTURY FOX, INC.<br>FOX BROADCASTING COMPANY, INC.<br>NIGEL LYTHGOE, KEN WARWICK<br>FORD MOTOR COMPANY, INC.,<br>COCA-COLA COMPANY, INC.,<br>AT&T<br><br>                Defendants. | Case No. 13-CV-5174<br>(NRB)<br><br><br>DEMAND FOR<br>TRIAL BY JURY<br><br><br>ECF CASE |

## NOTICE OF FILING:

**PLEASE TAKE NOTICE** that Plaintiffs hereby submits the attached, has e-mailed same to Defendants' Counsel on November 11, 2013 and will file proper service in paper at Clerk's Office on November 12, 2013 (the next day after a Federal Holiday).

Dated:  November 11, 2013
New York, New York

                                          Respectfully Submitted:

JH FREEMAN LAW

By: **_s/ James H. Freeman_**
James H. Freeman
3 Columbus Circle, 15 FL
New York, NY 10019
Tel.: (212) 931-8535
Fax: (212) 496-5870
james@jhfreemanlaw.com

*Attorney for Plaintiffs*