UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAERED N. ANDREWS, et al., <br><br> Plaintiffs, <br> vs. <br><br> FREMANTLEMEDIA N.A., INC., et al., <br><br> Defendants. | Case No. 13-cv-5174-NRB |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated November 25, 2013, and the annexed Declaration of Mark W. Robertson, dated November 25, 2013, and the exhibits attached thereto, defendants FremantleMedia North America, Inc., American Idol Productions, Inc., Fox Broadcasting Company, Twenty-First Century Fox, Inc., 19 Entertainment Limited, CORE Media Group Inc., Nigel Lythgoe, Ken Warwick, Ford Motor Company, The Coca-Cola Company, and AT&T Mobility LLC, hereby move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21-A, New York, New York, 10007, at a time and date to be set by the Court, for an order dismissing with prejudice all claims

in plaintiffs' complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted:

Dated: November 25, 2013

O'MELVENY & MYERS LLP

By: _____/s/ Mark W. Robertson_____
Mark W. Robertson

Times Square Tower
7 Times Square
New York, NY 10036
(212) 326 2000
mrobertson@omm.com

Daniel M. Petrocelli
Robert M. Schwartz
Molly M. Lens
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
(310) 553 6700
dpetrocelli@omm.com

*Attorneys for Defendants*