UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JU'NOT JOYNER,<br>JAERED N. ANDREWS,<br>COREY D. CLARK,<br>JACOB JOHN SMALLEY,<br>DONNIE WILLIAMS,<br>TERRELL BRITTENUM,<br>DERRELL BRITTENUM,<br>THOMAS DANIELS,<br>AKRON WATSON,<br>CHRIS GOLIGHTLY<br><br>      Plaintiffs,<br><br>    vs.<br><br>FREMANTLEMEDIA N.A., INC.,<br>AMERICAN IDOL PRODUCTIONS, INC.,<br>19 ENTERTAINMENT LTD.<br>CORE MEDIA GROUP, INC.<br>21St CENTURY FOX, INC.<br>FOX BROADCASTING COMPANY, INC.<br>NIGEL LYTHGOE, KEN WARWICK<br>FORD MOTOR COMPANY, INC.,<br>COCA-COLA COMPANY, INC.,<br>AT&T<br><br>      Defendants. | Case No. 13-CV-5174 (NRB)<br><br><br><br><br>ECF CASE |

### JOINT STIPULATION TO EXTEND TIME BY FOUR (4) DAYS FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE A RESPONSE THERETO

**WHEREAS,** on January 27, 2014, the Court entered an Order granting Plaintiffs leave to file a Third Amended Complaint on or before February 14, 2014. [Docket No. 43]

**WHEREAS,** Defendants are required to file their response within 14 days after service of the amended pleading.  Fed R. Civ. P 15(a)(3)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, to extend the time by a reciprocal period of four (4) days for Plaintiffs to file their Third Amended Complaint and for Defendants to file a response thereto.

Dated: February 14, 2014

JH FREEMAN LAW - New York, NY

By: _/jameshfreeman/_____
James H. Freeman

*Attorney for Plaintiffs Ju'not Joyner, Jaered N. Andrews, Corey D. Clark, Jacob John Smalley, Donnie Williams, Terrell Brittenum, Derrell Brittenum, Thomas Daniels, Akron Watson, Chris Golightly*

O'MELVENY & MYERS LLP – Los Angeles, CA

By: _/robertschwartz/_____
Robert Schwartz, Esq.

*Attorneys for Defendants*