CONGRATULATIONS!
YOU'RE GOING TO

Attached is your travel itinerary. Please read it very carefully and check that the following details are correct:

- NAME as it appears on your legal ID
- ORIGINATING AIRPORT
- DEPARTURE DATE Monday, December 9, 2002

Please make note of:

- AIRLINE
- AIRLINE LOCATOR #
- DEPARTING AIRPORT TERMINAL
- DEPARTURE TIME

As of October, 2002, some airline rules have changed and others are now more strictly enforced. Some guidelines:

- You must be at the airport 2 hours before your flight departs. The airlines now have legal right to reissue your seat if you don't check in 30 min. prior to departure.
- If you miss any leg of your flight, the whole itinerary cancels, and there will be no refund and no trip to Hollywood. Call the airline, then me, if this looks likely!
- Pack your manicure scissors and nail files in checked luggage because they will be confiscated at the security checkpoint.
- Be prepared to take off your shoes for x-ray (metal shanks and flammables!) and try not to wear too much that will set off the detectors!

DAY OF DEPARTURE CHECKLIST

- ☐ THIS IS THE BIGGIE! Make sure you have your itinerary (which is your e-ticket receipt) and your legal photo ID (driver's license, passport). If you are using a school ID, you MUST bring a copy of your birth certificate. Please do not lose!
- ☐ Leave plenty of time to get to airport
- ☐ Arrive 2 hours prior to departure time
- ☐ Make sure your bags conform to standards.

If there are any problems with your tickets, please call me, MK Viakley, at 323-575-8035 direct or 323-575-8000 main. If there are any weather problems or other unforeseen delays, try to work out the options with the airline rep before calling me.

Remember that there are 233+ of you and one of me, so be patient if you don't get through right away!

MK Viakley, Travel Coordinator
323-575-8035 direct, 323-575-8000 main



UPON ARRIVAL AT LAX

*Most of you will arrive at Terminal 6, and a Continental Airlines representative will be waiting in the baggage claim area to guide you to the buses. Our ground transportation will be served by Super Shuttle, so if there's any confusion, find their booth or a rep.*

*For those of you arriving at other terminals, please locate the Super Shuttle rep at baggage claim (they will probably be looking for you and carrying an American Idol sign), and they will direct you to your van.*

*Your vans/buses will take you to Glendale and your hotel accommodations.*

*THE GLENDALE HILTON*
*100 W. GLENOAKS BLVD*
*GLENDALE, CA 91202*
*818-956-5466*

*Your hotel room and tax are provided by American Idol. Upon check-in, you must present an ID and a credit card to cover incidental expenses such as phone, movies, mini-bar, room service, etc.). We strongly recommend using your cellphone for all calls outside the hotel, as even local calls can be quite expensive. If you don't have a credit card, the hotel will accept $100 currency.*

*You will be sharing a room with another contestant around your age, so enjoy this opportunity to get to know someone from another part of the country but who shares your passion for singing and performing!*

*For those of you in California who will be driving to Glendale, attached is a map and directions to the Glendale Hilton. Please check in by 6:00pm to make sure you're settled and ready for the "Meet & Greet." And please drive carefully ...*

*Now the icky part: those who are eliminated from the competition will return home the next day. Trust our judgement on this, it's for the better. We'll get a revised itinerary to you at the hotel as soon as possible.*

*Please call us to let us know you received this info packet and that all the details are correct. Again, the main number is 323-575-8000.*

*Safe travels and enjoy the ride ... all week!*

*MK Viakley, Travel Coordinator*
*323-575-8035 direct, 323-575-8000 main*



**PUBLICITY CONTACT INFORMATION**

JASON CLARK
FOX Publicity / Los Angeles
PHONE: 310-369-4517
E-MAIL: jasonc@fox.com

ALEX GILLESPIE
FOX Publicity / New York
PHONE: 212.556.2519
E-MAIL: AlexandraG@fox.com

**ALL PRESS REQUESTS SHOULD BE SENT TO FOX PUBLICITY.**

to: **Auditioners selected for "Going to Hollywood" Round of American Idol**
**Friends, Family, Co-workers of Auditioners**

from: Jason Clark (310) 369-4517, FOX Publicity; Alex Gillespie (212) 556-2519, FOX Publicity

date: November 12, 2002

subject: **CONFIDENTIALITY AGREEMENTS & THE PRESS - IMPORTANT**

**INFORMATION REGARDING PRESS REQUESTS:**

We would like to take this opportunity to introduce ourselves, as we'll be the network publicists on AMERICAN IDOL.

Congratulations on making it to the LA call-backs! We look forward to seeing you in Los Angeles in December.

**Effective immediately, please do not participate in any press interviews or requests, appearances, or any other press event unless approved by FOX Publicity.** In order to ensure the confidentiality of the show, it is important that all press requests be forwarded/sent to our office. All press requests from the local news stations (including FOX stations), newspapers, magazines, radio stations, online/internet outlets must be approved by one of us.

Members of the press may try to contact you directly and say that one of us has authorized them to contact you, kindly forward any press calls to us. Do not speak to the press that call; kindly advise them to contact us and offer them our phone numbers or if they leave a message for you, please forward the contact information to us and we will return the call for you. Please note that if we have set up interviews for you, one of us will call you directly. If you receive any calls, please forward them to us.

We know many of you, your parents and your friends have been contacted by local newspaper reporters, the local FOX station, local radio DJs and other entities in your market already. Many of you may have already established relationships with these outlets. Please advise these outlets and your friends and family that all press requests must NOW be sent to FOX Publicity (our contact information is listed below).

Also, please do not give your personal contact information (phone numbers, cell phone numbers, e-mail addresses, etc.) or your parents' or friends' information to any press outlets.

Contestants will also be held legally responsible for anyone (friends, family, co-workers) pitching and working with the press on their behalf.

Thanks.

Attachment: Publicity Contact Sheet



BLANK

CDC_000210

BLANK

CDC_000211



AMERICAN IDOL

CALL TIMES FOR CONTESTANTS

DATE: Monday 9th December 2002
TIME: 8:15pm
LOCATION: The Ballroom, Glendale Hilton

DATE: Tuesday 10th December 2002
TIME: 8:00 am
LOCATION: Bus Pick Up Point, Glendale Hilton
(Outside the Ballroom - please ask reception if need help)

PLEASE BE ON TIME FOR BOTH CALL TIMES

http://www.idolonfox.com/contestants/corey/images/photo-



BLANK

CDC_000213



American Idol
8999
SURVIVOR

## Why Simon's quitting [illegible] *Idol*

The [illegible] pace of *American Idol 2* has [illegible] much for [illegible] Cowell, who [illegible] a bombshell at [illegible] finale.

"This is the last time I am [illegible] in America," [illegible] bluntly. [illegible] Simon-watchers will [illegible] surprised. Fans have [illegible] that Simon has [illegible] exhausted [illegible] hit series' run.

"[illegible] have to go through [illegible] the kids have had [illegible]," Simon says. "It's just a [illegible] schedule — I haven't [illegible] a day off for months."

When asked to reveal his [illegible] for keeping up with it [illegible] jokes, "Loads of [illegible]. I am actually [illegible] at the moment."

[illegible] is returning to his [illegible] England within a [illegible] of the *Idol* finale to [illegible] season of the UK [illegible] before returning [illegible] the reality [illegible] series *Cupid* for CBS, [illegible] on top of [illegible] announced that auditions for *American Idol 3* will begin in July, Cowell says he will not be involved. "It is seven months work," he says. "And to go into anything for seven months' work, you have to sit back and think it through. It is a long slog this. I want to produce, rather than be on screen, for a while."

Simon was shown giving Paula Abdul a passionate kiss in a scripted dream sequence during the finale. When asked if he'll miss her, Simon breaks into a wide grin: "I'll survive."

I'm a celebrity judge, get me outta here!

### Reasons why we'll miss Simon

- He's the best thing on *Idol*. It's hard to imagine it without him.
- He's sexy. Even if he pulls his pants up way too high, he's still got a very sexy British edge.
- There will be no one to keep Paula in check or … her crazy, New Age comments.
- He's harsh, but fair. America agrees with Simon's judgement, and he's always honest, which is rare …

CDC_000214

BLANK

Corey Clark

**AMERICAN IDOL PRESS JUNKET PRODUCTION SCHEDULE**
**Saturday, December 14, 2002**

Dear AMERICAN IDOL finalist:

Congratulations! You are now one step closer to becoming the next AMERICAN IDOL. Attached you will find a comprehensive list of biography questions – some are normal, some are strange, but please answer as truthfully as possible. PLEASE COMPLETE THIS FORM PRIOR TO TOMORROW'S MEETING. Before we get started tomorrow, we will have a meeting to review the bios and answer any questions and give you some pointers on dealing with the press here in LA and at home.

**INTERVIEWS**
You will complete interviews for television outlets, radio, the internet (www.idolonfox.com) and some national print magazines. Today is a warm-up for the many interviews you will complete throughout the season.

The interview rotations will last approximately 12-15 minutes and you will be interviewed for about an hour.

**PHOTOS**
Tonight, please prepare 3 different outfits that accurately portray who you are. We will photograph you in 3 different outfits throughout Saturday and use these photographs for all of our photo needs. You must wear one of them to the meeting!!! Leave the other two in your room; and we'll tell you when to go and change.

**You need to report to the 9:15 MEETING CAMERA READY which means right before you left your room you said "I LOOK GREAT AND I WANT TO GET PHOTOGRAPHED AND INTERVIEWED ON CAMERA."**

SATURDAY SCHEDULE

| TIME | WHAT | LOCATION |
|---|---|---|
| **9:15-10:15 AM** | **Publicity Meeting - MANDATORY** | **Verdugo Room** --lower floor underneath the restaurant |
| **10:15 AM** | **Interviews and Photographs Begin** | |
| **11:00 AM – 2:00 PM** | **Lunch** | **Salon C** |
| **6:30 PM** | **End** | |

If you have any questions, please feel free to contact Alex Gillespie in the hotel.



BLANK

CDC_000217

Pull to

FedEx. STANDARD OVERNIGHT TUE

enp# 224314 20DEC02 Deliver By: 24DEC02 AA

TRK# 8336 8928 6782 FORM 0215

BNA

37122 -TN-US XH BNAA

FedEx. USA Airbill Express

FedEx Tracking Number 8336 8928 6782

Form I.D. No. 0215 Recipient's Copy

**1 From** This portion can be removed for Recipient's records.

Date 12-20-02 FedEx Tracking Number 833689286782

Sender's Name CHRIS WAGNER Phone 310 255-4787

Company AMERICAN IDOL PRODUCTIONS INC

Address 7800 BEVERLY BLVD STE 251

City LOS ANGELES State CA ZIP 90036

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Corey Clark Phone 785 272-2702

Company

Address 123 Crestwood Mt.

City Juliet (Mount) State TN ZIP 37122

8336 8928 6782

**4a Express Package Service**

☐ FedEx Priority Overnight ☒ FedEx Standard Overnight ☐ FedEx First Overnight

☐ FedEx 2Day ☐ FedEx Express Saver

**4b Express Freight Service** Packages over 150 lbs.

☐ FedEx 1Day Freight* ☐ FedEx 2Day Freight ☐ FedEx 3Day Freight

**5 Packaging**

☒ FedEx Envelope* ☐ FedEx Pak* ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery ☐ HOLD Weekday at FedEx Location ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☒ No ☐ Yes As per attached Shipper's Declaration ☐ Yes Shipper's Declaration not required ☐ Dry Ice ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ Sender ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

Total Packages 1 Total Weight Total Charges

**8 Release Signature**

Questions? Visit our Web site at fedex.com

447

Insert airbill here

1000

CDC_000218

**AMERICAN IDOL PRODUCTIONS, INC.**
**2700 Colorado Avenue, Suite 450**
**Santa Monica, California 90404**
**(310) 255-4700 phone**
**(310) 255-4800 fax**

TO: "American Idol" Participants

FROM: American Idol Productions, Inc.

DATE: December 20, 2002

SUBJECT: Participant Background Questionnaire Form and Addendum #1 to Contestant Agreement and Release

---

Enclosed please find one (1) copy each of the Participant Background Questionnaire Form and Addendum #1 to the Contestant Agreement and Release.

Please fill out the Questionnaire and sign Addendum #1 as soon as possible. The forms **MUST** be returned in the enclosed Federal Express envelope to MMI, 200 N. Tustin Avenue, Suite 100, Santa Ana, CA 92705, Attention: Drew P. Maconachy, President, **for receipt no later than January 6, 2003.** If you do not have a certified copy of your birth certificate by January 6, please send a copy; however, you should be aware that we will need a certified copy prior to your return to Los Angeles.

Our offices will be closed commencing December 24, 2002 and continuing through January 2, 2003. If you have any questions concerning the forms, please contact our legal department at (310) 255-4700 on or after January 2, 2003.

Happy holidays!

**Note: Do Not Sign This Until You Have Read It Completely**

**"AMERICAN IDOL"**
**ADDENDUM #1 TO**
**CONTESTANT AGREEMENT AND RELEASE**

Reference is made to that certain Contestant Agreement and Release (the "Agreement") in connection with my participation in the television series currently entitled "American Idol" (the "Series"). In consideration of and as an inducement to American Idol Productions, Inc. ("Producer") further considering me as a contestant on the Series, I am making the representations, warranties, disclosures, covenants and agreements described in this Addendum #1 to the Agreement (the "Addendum"). Producer requires me to enter into this Addendum in order to further be considered as a contestant on the Series, and I deem it to be in my best interest to enter into this Addendum.

**ACCORDINGLY, PRODUCER AND I AGREE AS FOLLOWS:**

1. **I AGREE TO COMPLETE AND SIGN A COPY OF THIS ADDENDUM AND THE ATTACHED BACKGROUND INVESTIGATION FORM, AND TO RETURN THE SIGNED AND COMPLETED ADDENDUM AND BACKGROUND INVESTIGATION FORM VIA FEDERAL EXPRESS TO MMI, 200 N. TUSTIN AVENUE, SUITE 100, SANTA ANA, CA 92705, ATTENTION: DREW P. MACONACHY, PRESIDENT, FOR RECEIPT NO LATER THAN JANUARY 6, 2003. I UNDERSTAND THAT IN THE EVENT I DO NOT SIGN AND RETURN THIS ADDENDUM AND/OR THE COMPLETED BACKGROUND INVESTIGATION FORM, I MAY NOT BE ELIGIBLE FOR FURTHER PARTICIPATION IN THE SERIES, BUT THAT THE TERMS AND CONDITIONS OF THE AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.**
2. I hereby grant permission to Producer to disclose all of the information on the Background Investigation Form to any third-party investigation service selected by Producer, in its sole discretion, in order to run various background checks on me, which may include, without limitation, consumer reports, criminal conviction reports, civil court searches, searches of sex offender databases, etc. in order to determine my eligibility for further participation on the Series, which determination shall be in Producer's sole discretion, and to use the information in any other manner whatsoever.
3. As more fully set forth in the Agreement, in the event I am eliminated from the Series based upon the results of the background investigation, or for any other reason, I agree that Producer and/or the network broadcasting the Series (the "Network") may make any explanation or announcement, on-air or otherwise, that Producer or the Network may choose as to the reason I was disqualified from the Series.
4. I agree to be available to return to the Los Angeles area, as and to the extent required by Producer, commencing on a date to be determined by Producer and continuing until the completion of my participation on the Series as required by Producer.
5. I acknowledge that I may be chosen as an alternate contestant to replace a previous contestant by Producer, in Producer's sole discretion. If I am chosen as an alternate, I shall remain available to participate in the Series as a contestant if and when chosen by Producer to replace such previous contestant. I understand that if I am selected to be an alternate and am not chosen to replace a contestant, then I do not have any chance to win any prize and no consideration shall be payable to me. I acknowledge and agree that Producer may, at any time and in its sole discretion, add, remove or replace contestants.
6. Notwithstanding my obligations to Producer and 19 Management Ltd. (or an associated company) pursuant to Section C.1. of the Agreement, I agree that for a period commencing on the date on which the Series episode announcing the winner of the Competition is first broadcast and continuing for thirty (30) days thereafter (the "Negotiation Period"), I shall negotiate for my performing services in television and/or theatrical projects only with the Network. If the Network and I are unable to reach an agreement concerning my performing services in television and/or theatrical projects during the Negotiation Period, I shall be exclusive to Producer and 19 Management Ltd. as set forth in Section C.1. of the Agreement. If I am unable to reach an agreement with the Network for my performing services in television and/or theatrical projects during the Negotiation Period, and Producer and/or 19 Management Ltd. request that I enter into an agreement during the Negotiation Period for my performing services on a television and/or

theatrical project, I acknowledge that the Network shall have the right of first refusal with respect to the terms of such agreement. The provisions of this paragraph 6, as they relate to the Network's first negotiation/first refusal rights, shall not apply to promotional and/or guest appearances by the contestants.

7. I understand and agree that it may be necessary for me to become a member in good standing, as defined by law, of the American Federation of Television and Radio Artists (AFTRA) in connection with my further participation in the Series and that Producer will assist me in obtaining such membership, if necessary. In the event I become a member of AFTRA, I acknowledge that my AFTRA dues may be deducted by Producer from the first monies payable to me under the AFTRA agreement.
8. I understand and agree that in the event I am under 18 years of age as of the date I enter into any agreements in connection with the Series, I will cooperate with Producer in having such agreements court approved, as necessary, and in obtaining required work permits.
9. I understand and agree that all of the terms of the Agreement shall remain in effect, including but not limited to the exclusivity and confidentiality provisions. In the event of any discrepancy between this Addendum and the Agreement, which discrepancy would limit or restrict the rights of Producer in any way, the terms of this Addendum shall prevail.

DATED: 01-04-03

CONTESTANT:

[signature]
Signature

Print Name: Corey Clark

Address: 123 Creekwood dr.
Mt. Juliet, Tn. 37122

Telephone: 310-245-2611

Social Security Number: 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

DATED: 1/6/03

PRODUCER:

AMERICAN IDOL PRODUCTIONS, INC.

By: Amanda Chacon

Its: Secretary



BLANK

CDC_000222

Pull to

FedEx. STANDARD OVERNIGHT TUE

cnp# 224314 20DEC02

Deliver By: 24DEC02 AA

TRK# 8336 8928 6782 FORM 0215

BNA

37122 -TN-US XH BNAA

FedEx. Express USA Airbill

FedEx Tracking Number 8336 8928 6782

Form 0215

Recipient's Copy

RECIPIENT: PEEL HERE

1 From This portion can be removed for Recipient's records.

Date 12-20-02 FedEx Tracking Number 833689286782

Sender's Name CHRIS WAGNER Phone 310 255-4787

Company AMERICAN IDOL PRODUCTIONS INC

Address 7800 BEVERLY BLVD STE 251

City LOS ANGELES State CA ZIP 90036

2 Your Internal Billing Reference

3 To

Recipient's Name Corey Clark Phone 785 272-2702

Company

Address 123 Crabtree[?] Rd

City Joelton / Mount State TN ZIP 37122

8336 8928 6782

4a Express Package Service

☐ FedEx Priority Overnight ☒ FedEx Standard Overnight ☐ FedEx First Overnight

☐ FedEx 2Day ☐ FedEx Express Saver

4b Express Freight Service

☐ FedEx 1Day Freight ☐ FedEx 2Day Freight ☐ FedEx 3Day Freight

5 Packaging

☒ FedEx Envelope ☐ FedEx Pak ☐ Other

6 Special Handling

☐ SATURDAY Delivery ☐ HOLD Weekday at FedEx Location ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☒ No ☐ Yes ☐ Yes ☐ Dry Ice ☐ Cargo Aircraft Only

7 Payment Bill to:

☒ Sender ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

Total Packages 1 Total Weight Total Charges

8 Release Signature

Questions? Visit our Web site at fedex.com

447

**AMERICAN IDOL PRODUCTIONS, INC.**
**2700 Colorado Avenue, Suite 450**
**Santa Monica, California 90404**
**(310) 255-4700 phone**
**(310) 255-4800 fax**

TO: "American Idol" Participants

FROM: American Idol Productions, Inc.

DATE: December 20, 2002

SUBJECT: Participant Background Questionnaire Form and Addendum #1 to Contestant Agreement and Release

---

Enclosed please find one (1) copy each of the Participant Background Questionnaire Form and Addendum #1 to the Contestant Agreement and Release.

Please fill out the Questionnaire and sign Addendum #1 as soon as possible. The forms **MUST** be returned in the enclosed Federal Express envelope to MMI, 200 N. Tustin Avenue, Suite 100, Santa Ana, CA 92705, Attention: Drew P. Maconachy, President, **for receipt no later than January 6, 2003.** If you do not have a certified copy of your birth certificate by January 6, please send a copy; however, you should be aware that we will need a certified copy prior to your return to Los Angeles.

Our offices will be closed commencing December 24, 2002 and continuing through January 2, 2003. If you have any questions concerning the forms, please contact our legal department at (310) 255-4700 on or after January 2, 2003.

Happy holidays!



BLANK

CDC_000225

CONFIDENTIAL

**Note: Do Not Sign This Until You Have Read It Completely**

**"AMERICAN IDOL"**
**ADDENDUM #1 TO**
**CONTESTANT AGREEMENT AND RELEASE**

Reference is made to that certain Contestant Agreement and Release (the "Agreement") in connection with my participation in the television series currently entitled "American Idol" (the "Series"). In consideration of and as an inducement to American Idol Productions, Inc. ("Producer") further considering me as a contestant on the Series, I am making the representations, warranties, disclosures, covenants and agreements described in this Addendum #1 to the Agreement (the "Addendum"). Producer requires me to enter into this Addendum in order to further be considered as a contestant on the Series, and I deem it to be in my best interest to enter into this Addendum.

ACCORDINGLY, PRODUCER AND I AGREE AS FOLLOWS:

1. I AGREE TO COMPLETE AND SIGN A COPY OF THIS ADDENDUM AND THE ATTACHED BACKGROUND INVESTIGATION FORM, AND TO RETURN THE SIGNED AND COMPLETED ADDENDUM AND BACKGROUND INVESTIGATION FORM VIA FEDERAL EXPRESS TO MMI, 200 N. TUSTIN AVENUE, SUITE 100, SANTA ANA, CA 92705, ATTENTION: DREW P. MACONACHY, PRESIDENT, FOR RECEIPT NO LATER THAN JANUARY 6, 2003. I UNDERSTAND THAT IN THE EVENT I DO NOT SIGN AND RETURN THIS ADDENDUM AND/OR THE COMPLETED BACKGROUND INVESTIGATION FORM, I MAY NOT BE ELIGIBLE FOR FURTHER PARTICIPATION IN THE SERIES, BUT THAT THE TERMS AND CONDITIONS OF THE AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.
2. I hereby grant permission to Producer to disclose all of the information on the Background Investigation Form to any third-party investigation service selected by Producer, in its sole discretion, in order to run various background checks on me, which may include, without limitation, consumer reports, criminal conviction reports, civil court searches, searches of sex offender databases, etc. in order to determine my eligibility for further participation on the Series, which determination shall be in Producer's sole discretion, and to use the information in any other manner whatsoever.
3. As more fully set forth in the Agreement, in the event I am eliminated from the Series based upon the results of the background investigation, or for any other reason, I agree that Producer and/or the network broadcasting the Series (the "Network") may make any explanation or announcement, on-air or otherwise, that Producer or the Network may choose as to the reason I was disqualified from the Series.
4. I agree to be available to return to the Los Angeles area, as and to the extent required by Producer, commencing on a date to be determined by Producer and continuing until the completion of my participation on the Series as required by Producer.
5. I acknowledge that I may be chosen as an alternate contestant to replace a previous contestant by Producer, in Producer's sole discretion. If I am chosen as an alternate, I shall remain available to participate in the Series as a contestant if and when chosen by Producer to replace such previous contestant. I understand that if I am selected to be an alternate and am not chosen to replace a contestant, then I do not have any chance to win any prize and no consideration shall be payable to me. I acknowledge and agree that Producer may, at any time and in its sole discretion, add, remove or replace contestants.
6. Notwithstanding my obligations to Producer and 19 Management Ltd. (or an associated company) pursuant to Section C.1. of the Agreement, I agree that for a period commencing on the date on which the Series episode announcing the winner of the Competition is first broadcast and continuing for thirty (30) days thereafter (the "Negotiation Period"), I shall negotiate for my performing services in television and/or theatrical projects only with the Network. If the Network and I are unable to reach an agreement concerning my performing services in television and/or theatrical projects during the Negotiation Period, I shall be exclusive to Producer and 19 Management Ltd. as set forth in Section C.1. of the Agreement. If I am unable to reach an agreement with the Network for my performing services in television and/or theatrical projects during the Negotiation Period, and Producer and/or 19 Management Ltd. request that I enter into an agreement during the Negotiation Period for my performing services on a television and/or

theatrical project, I acknowledge that the Network shall have the right of first refusal with respect to the terms of such agreement. The provisions of this paragraph 6, as they relate to the Network's first negotiation/first refusal rights, shall not apply to promotional and/or guest appearances by the contestants.

7. I understand and agree that it may be necessary for me to become a member in good standing, as defined by law, of the American Federation of Television and Radio Artists (AFTRA) in connection with my further participation in the Series and that Producer will assist me in obtaining such membership, if necessary. In the event I become a member of AFTRA, I acknowledge that my AFTRA dues may be deducted by Producer from the first monies payable to me under the AFTRA agreement.
8. I understand and agree that in the event I am under 18 years of age as of the date I enter into any agreements in connection with the Series, I will cooperate with Producer in having such agreements court approved, as necessary, and in obtaining required work permits.
9. I understand and agree that all of the terms of the Agreement shall remain in effect, including but not limited to the exclusivity and confidentiality provisions. In the event of any discrepancy between this Addendum and the Agreement, which discrepancy would limit or restrict the rights of Producer in any way, the terms of this Addendum shall prevail.

DATED: 01-04-03 DATED: 1/6/03

CONTESTANT: PRODUCER:

AMERICAN IDOL PRODUCTIONS, INC.

[signature]
Signature

Print Name: Corey Clark By: Amanda Chacon

Address: 123 Creekwood dr.

Mt. Juliet, Tn. 37122 Its: Secretary

Telephone: 810-245-2611

Social Security Number: 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

CDC_000227



BLANK

CDC_000228



BLANK

CDC_000230

# American Idol
## Participant Background Questionnaire Form

Legal Name Corey Clark
Social Sec. # [redacted]

**A thorough background investigation is a part of the screening process we require for all parties involved in this production. This questionnaire is a part of that process. Please read the following questions carefully and answer them as fully and accurately as you can. <u>The information you provide will be checked with other sources, including governmental organizations. You understand any names of individuals, employers, or references provided by you in connection with this questionnaire may be contacted to verify the information provided and those individuals may be requested to give an opinion regarding your character</u>. If investigation determines that the supplied information is inaccurate or incomplete, you may be disqualified to participate in the program being produced by American Idol Productions, Inc.**

1. List any alias or maiden names and dates used:
   Name: N/A Date:
   Name: Date:
2. What is your date of birth? 7-13-80
3. What is your place of birth (city/county/state)? San Bernardino, CA.
   ***Include a certified copy of your birth certificate***
4. Please indicate your gender: ☒ Male ☐ Female
5. Are you a: ☒ U.S. Citizen ☐ Naturalized Citizen ☐ Legal Alien
   *If applicable, date applied for citizenship:*
6. Are you eligible to work in the United States? ☒ Yes ☐ No
7. If you are a minor, do you have a work permit? ☐ Yes ☐ No If you answered "Yes," please provide your work permit number and State of issuance: ____________

**LITIGATION HISTORY**

If you answer "Yes" to any of questions #8-22, provide all details requested on the Litigation Form on page 23. A "Yes" answer does not necessarily prohibit you from participating in the show.

| No. | Question | Yes | No |
|---|---|---|---|
| 8. | Have you ever been detained, arrested, or convicted of a felony or misdemeanor offense, either as a juvenile or as an adult? | ☐ Yes | ☒ No |
| 9. | Have you ever had a restraining order placed against you? | ☐ Yes | ☒ No |
| 10. | Have you ever had a warrant issued for your arrest, or have ever failed to appear in court for a traffic-related or a criminal matter? | ☐ Yes | ☒ No |
| 11. | Have you any current or outstanding warrants (e.g., traffic tickets, arrests, etc.)? | ☐ Yes | ☒ No |
| 12. | Have you ever been reported to a law enforcement agency as a missing person or runaway? | ☐ Yes | ☒ No |
| 13. | Have you ever been a party to any civil litigation or anticipate litigation now? | ☐ Yes | ☒ No |
| 14. | Have you ever been served a subpoena to appear before a grand jury, trial, or a regulatory commission (e.g., SEC, Gaming Commission) for either personal or business reasons? | ☐ Yes | ☒ No |
| 15. | Have you ever declared bankruptcy? | ☐ Yes | ☒ No |
| 16. | Do you have any outstanding judgments? | ☐ Yes | ☒ No |
| 17. | Do you have any liens, attachments, or receiverships? | ☐ Yes | ☒ No |
| 18. | Have you ever been expelled, (suspended,) or disciplined by any organization (including schools, government organizations, regulatory agencies)? School | ☒ Yes | ☐ No |
| 19. | Have you ever had your wages attached or garnished? | ☐ Yes | ☒ No |