*Participant Background Questionnaire Form*

## LITIGATION HISTORY (cont.)

| | | | |
|---|---|---|---|
| 20. | Have you ever had any property repossessed (i.e., purchased goods, vehicles, property), to include voluntary repossessions? | ☐ Yes | ☒ No |
| 21. | Have you ever been ordered by a court to pay child support? | ☐ Yes | ☒ No |
| 22. | Have you ever been required to pay alimony? | ☐ Yes | ☒ No |

## ALCOHOL/DRUG USAGE HISTORY

23. Approximately how many times per week do you consume alcohol? ~~O~~ *twice a month if I go out with friends.*

When was the last time you consumed alcohol? *about 2 weeks ago, ☒*

24. What recreational drugs do you use?

*NoNe*

25. Approximately how many times per week do you use recreational drugs? *O*

26. When was the last time you used recreational drugs? *N/A*

27. If you have ever been, or are currently being, treated for alcohol or drug abuse, explain:

*Never*

28. Have you ever driven a car while under the influence of alcohol or recreational drugs? ☐ Yes ☒ No

If "Yes," how many times? *O*

If you answered "Yes" to the question above, fill out the table below:

| Dates (Month/Year) | Amount of Alcohol Consumed/Drugs Used / Over What Time Period |
|---|---|
| | *N/A* |
| | |
| | |
| | |

29. If you, or anyone you have resided with, has ever sold, furnished, manufactured, cultivated, or possessed any drug, narcotic, or other illegal substance, including marijuana, explain below:

*No one.*

CDC_000232

*Participant Background Questionnaire Form*

**FAMILY MEMBERS/REFERENCES**

30.    During the background investigation, your family and friends will be asked to knowledgeably comment on you. Please list family members to include parents (include step and foster parents), grandparents, brothers, sisters, (include step brothers and sisters):

| Name | Address / City, State | Telephone No. | Relationship |
|------|----------------------|---------------|--------------|
|      |                      | Redacted S.S.# | MOM |
|      |                      |               | Dad |
|      |                      |               | Sister |
|      |                      |               | Sister |
|      |                      |               | Sister |
|      |                      |               | Brother |
|      |                      |               | Sister |
|      |                      |               | Brother |
|      |                      |               | Sister |

Please list as references at least 6 individuals who have known you for at least 2 years.



| Name | Address / City, State | Telephone No. | Relationship |
|------|----------------------|---------------|--------------|
|      |                      | Redacted      | very good friend |
|      |                      | Redacted      | very good friend |
|      |                      | Redacted Redacted | very good friend |
|      |                      | Redacted      | very good friend |
|      |                      | Redacted      | very good friend |
|      |                      | Redacted      | very good friend |

CDC_000233

*Participant Background Questionnaire Form*

**FAMILY MEMBERS/REFERENCES (cont.)**

31.  Also list as references 2-3 of your closest high school (HS) and/or college (COL) friends.

| Name | HS | COL | Address / City, State | Telephone No. |
|------|----|----|------------------------|---------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  | ☐ | ☐ |  |  |

32.  Identify any college and other roommates you have lived with.

| Name | Address / City, State | Telephone No. | Dates (From/To) |
|------|------------------------|---------------|-----------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CDC_000234

*Participant Background Questionnaire Form*

**FAMILY MEMBERS/REFERENCES (cont.)**

33.  If you have ever been involved in a lengthy relationship (6 months or longer), to include all
engagements and marriages regardless of their length, fill out the following table(s):

Lengthy Relationships/Engagements

| Significant Other's Name | Address / City, State | Telephone No. | Dates (From/To) |
|---|---|---|---|
| | | | 9/1-98 to Present on and off |
| | | | 92 - 95 |
| | | | |
| | | | |
| | | | |

Marriages

| Spouse's Name | Address / City, State | Telephone No. | Marriage Date/ Divorce Date/ Annulment Date |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

34.  If you have ever been delinquent in child support or alimony payments, explain below:

Never   N/A.

35.  If anyone has ever contacted the police, support groups, or any other agency as a result of an
allegation of spousal/domestic abuse involving you, explain below:

| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

Page 5

CDC_000235

*Participant Background Questionnaire Form*

**FAMILY MEMBERS/REFERENCES (cont.)**

| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

36. If anyone has ever been arrested during the time they were residing with you, list the dates, the circumstances, and the resulting outcome.



| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

| Date: | |
|---|---|
| Court/Police Agency: | |
| Explanation: | |
| Final Disposition: | |

Page 6

CDC_000236

**Participant Background Questionnaire Form**

**FAMILY MEMBERS/REFERENCES (cont.)**

37.  If you have any children, including adopted children or step-children, fill out the following table.

| Name | Age | Does the child live with you? |
|------|-----|-------------------------------|
|      |     | ☐ Yes   ☐ No |
|      |     | ☐ Yes   ☐ No |
|      |     | ☐ Yes   ☐ No |
|      |     | ☐ Yes   ☐ No |
|      |     | ☐ Yes   ☐ No |

*N/A handwritten across table*

**RESIDENCY HISTORY**

38.  List your residence history over the past 10 years, beginning with your most current address.

Address _123 Creekwood Dr._
City _Mt. Juliet_ State _TN_ Zip _37122_
Telephone # _615-758-6995_
Dates at this residence:  From _Dec. 15th - 02_  To: **PRESENT**

Address _523 Naples St. Apt. #A_
City _Chula Vista_ State _CA_ Zip _91911_
Telephone # _619-426-2276_
Dates at this residence:  From _Aug 1st - 02_  To: _Nov. 1st - 02_

Address _3716 Brian St._
City _Dallas_ State _TX_ Zip _____
Telephone # _No Phone_
Dates at this residence:  From _May 05 - 02_  To: _Aug. 1st - 02_

Address _18619 Collins St. #F6_
City _Tarzana_ State _CA_ Zip _91356_
Telephone # _?_
Dates at this residence:  From _Nov. 1st - 00_  To: _Aug. 31st 01_

Address _3717 Ben #306_
City _Valley Village_ State _CA_ Zip _____
Telephone # _?_
Dates at this residence:  From _Jan. 5th - 00_  To: _Oct. 31st - 00_

39.  For the last 5 years, if any of the properties listed above were rental properties, provide at least 2 landlord references:

| Name | Address / City, State | Telephone No. |
|------|----------------------|---------------|
| unknown. A lot of these places I lived I either stayed with friends or family. | | |

CDC_000237

*Participant Background Questionnaire Form*

**RESIDENCY HISTORY (cont.)**

40. List the names of all individuals with whom you have resided during the last 10 years, including family members.

| Name | Address / City, State | Dates (From/To) | Telephone No. | Relationship |
|------|----------------------|-----------------|---------------|--------------|
| | | | | Mom |
| | | | Same | Dan |
| | | | - | very good friend. |
| | | | | Brother |
| | | | | Sister |
| | | | | Sister |

**EMPLOYMENT/BUSINESS HISTORY**

41. List your employment history over the past 10 years, beginning with your present employer.

ark
Telephone # 801 - ?
Your Position same operator, ride operator
n for Leaving Moved States

y office.
ct taker,

CDC_000238

*Participant Background Questionnaire Form*



ite

43. Have you ever been employed as an actor/actress?    ☐ Yes    ☑ No
If "Yes," please list below those movies/commercials/theatrical or other stage performances. If your performance included nude or partially-nude scenes, please check where requested:

| | Nude ☐ ☐ | Partially Nude |
| --- | --- | --- |
| | Nude ☐ ☐ | Partially Nude |
| | Nude ☐ ☐ | Partially Nude |

44. Have you ever worked on any union projects as a performer (TV, theatrical, stage)?
☐ Yes    ☑ No
If "Yes," please list below those TV/movies/commercials/theatrical or other stage performances and the applicable union (e.g., SAG, AFTRA, Actor's Equity).

45. Are you affiliated with any performers' unions (music/TV/theatrical/stage)?    ☐ Yes    ☑ No
If "Yes," please list below.

*Participant Background Questionnaire Form*

Page 10

CDC_000240

*Participant Background Questionnaire Form*

**EMPLOYMENT/BUSINESS HISTORY (cont.)**

49. Have you ever had a talent agent or manager?  ☐ Yes  ☑ No  If "Yes," please list below.

| Agency Name: | | | |
|---|---|---|---|
| Agent's Name: | | | |
| Office Phone: | | Cell Phone: | |
| Address | | | |
| City: | | State: | |

50. Are you related to any public figures (e.g., political, entertainment or sports figures)?
☐ Yes  ☑ No  If "Yes," please list below.

51. Have you ever appeared in any so-called, "Adult Movie(s)" and/or "Pornographic Movie(s)"?
☐ Yes  ☑ No  If "Yes," please list below those movie(s):

52. Have you ever been employed as a model?  ☐ Yes  ☑ No  If "Yes," please list below those commercials/publications or other media that you have appeared in. If your modeling included nude or partially-nude poses, please check where requested:

|  | Nude ☐ | Partially Nude |
|---|---|---|
|  | Nude ☐ | Partially Nude |
|  | Nude ☐ | Partially Nude |

53. Have you ever been a spokesperson for any products or entities?  ☐ Yes  ☑ No
If "Yes," please list below those products or entities:

CDC_000241

*Participant Background Questionnaire Form*

CDC_000242

*Participant Background Questionnaire Form*

**EMPLOYMENT/BUSINESS HISTORY (cont.)**

54. Have you ever been employed as a dancer?    ☐ Yes    ☒ No
If "Yes," please list below those clubs that you have appeared in. Please include the dates you appeared, and check if you performed topless or totally nude:

Club Name _____    Dates _____

Address _____

City _____    State _____    Topless ☐    Totally Nude ☐

Club Name _____    Dates _____

Address _____

City _____    State _____    Topless ☐    Totally Nude ☐

55. Have you ever owned a business?    ☐ Yes    ☒ No
If "Yes," please provide the information requested below. If not applicable, please indicate as "n/a":

Name of Business    _____

Address of Business    _____

_____

Telephone #    _____

Date Formed    _____    Date Ceased _____

Reason for Business Closing    _____

Please identify the names of other officers, partners, or directors of the business:

_____
_____
_____

56. Have you ever been a partner, officer, or director of any business?    ☐ Yes    ☒ No
If "Yes," please provide the information requested below. If not applicable, please indicate as "n/a":

Name of Business    _____

Address of Business    _____

_____

Telephone #    _____

Date Formed    _____    Date Ceased _____

Reason for Business Closing    _____

Please identify the names of the owner(s) and other officers, partners, or directors of the business:

_____
_____
_____

Page 13

CDC_000243

*Participant Background Questionnaire Form*

**EMPLOYMENT/BUSINESS HISTORY (cont.)**

57. Has any business you have been affiliated with been investigated for any alleged criminal activity?    ☐ Yes    ☒ No
    If "Yes," please provide details and disposition of the matter:



58. While affiliated with any business, have you been accused of or been investigated for any alleged criminal activity?    ☐ Yes    ☒ No
    If "Yes," please provide details and disposition of the matter:



59. If you have ever been investigated by your employer or supervisor for any employment violations (e.g., improper conduct, illegal activities, sexual harassment, discrimination, workplace violence, etc.), provide details below.

| Date: | | Reason: | | | |
|---|---|---|---|---|---|
| Employer: | | | | Telephone: | |
| Address/ City, State: | | | | | |

| Date: | | Reason: | | | |
|---|---|---|---|---|---|
| Employer: | | | | Telephone: | |
| Address/ City, State: | | | | | |

| Date: | | Reason: | | | |
|---|---|---|---|---|---|
| Employer: | | | | Telephone: | |
| Address/ City, State: | | | | | |



CDC_000244

*Participant Background Questionnaire Form*

**EMPLOYMENT/BUSINESS HISTORY (cont.)**

60. Have you ever held any professional licenses?    ☐ Yes    ☒ No
    Please describe license(s) held:

    _____
    _____
    _____

61. What agency/organization/regulatory body maintains this license?

    | Name | |
    |------|--|
    | Address | N/A |
    |  |  |
    | Telephone # |  |

62. Are all professional licenses held in your name in good standing?    ☐ Yes    ☐ No
    If "No," please explain:

    N/A
    _____

CDC_000245

*Participant Background Questionnaire Form*

## MILITARY BACKGROUND

63. Have you ever served in any of the US Armed Forces, National Guard, military reserves or in the military service of another nation?

    ☐ Yes    If you answered "Yes," answer the rest of the questions in this section.

    ☒ No    If you answered "No," skip to the next section.

64. What branch of the military did/do you serve in and under what government? _____

65. What was/is the name of your last/present base or post? _____

66. What was/is the highest grade-level/rank attained? _____

67. Have you ever received disability compensation from the military? ☐ Yes    ☐ No

68. What is your current status with the military:

    ☐ Active    ☐ Reserves    ☐ Inactive    ☐ Discharged

69. If you have ever been investigated for any criminal activity while in the military, please explain:

    Date: _____

    Agency: _____

    Charge: _____

    Date: _____

    Agency: _____

    Charge: _____

70. If you have ever been reduced in pay grade or been the subject of any judicial or non-judicial disciplinary action while in the military, please explain:

    Date: _____

    Agency: _____

    Charge: _____

    Date: _____

    Agency: _____

    Charge: _____

71. If you received a discharge other than honorable, please explain:

    Date: _____

    Agency: _____

    Type of Discharge: _____

    Explanation: _____

    Date: _____

    Agency: _____

    Type of Discharge: _____

    Explanation: _____

CDC_000246

*Participant Background Questionnaire Form*

**EDUCATION BACKGROUND**

72. List below what high school(s) you attended.



73. List below any special education programs, continuation programs, or continuing learning programs you have attended.

| Name/<br>Address, City, State | Dates<br>(From/To) | Did You<br>Graduate? | Year of<br>Graduation |
|---|---|---|---|
| | | ☐ Yes   ☐ No | |
| N/A | | ☐ Yes   ☐ No | |
| | | ☐ Yes   ☐ No | |
| | | ☐ Yes   ☐ No | |

74. List below any college, trade, vocational, or business schools you have attended, including post-graduate schools.

| Name/<br>Address, City, State | Dates<br>(From/To) | Major or<br>Description of<br>Program | Degrees |
|---|---|---|---|
| | | | |
| N/A | | | |
| | | | |
| | | | |

Page 17

*Participant Background Questionnaire Form*



76. If you have ever been refused auto insurance, for any reason, explain below.

Date: _____
Carrier: _____
Explanation: N/A _____

Date: _____
Carrier: _____
Explanation: _____

77. List below all traffic citations for the last 6 years, beginning with the most recent.



and run), explain below:

Date: _____
Explanation: N/A _____

Date: _____
Explanation: _____

79. Fill in the following table for all states in which you have been licensed to operate a motor vehicle, with your current state listed first. *Include a copy of your driver's license*



Page 18

*Participant Background Questionnaire Form*

**PSYCHOLOGICAL/MEDICAL HISTORY**

80. If you have ever seen a therapist, psychologist, or psychiatrist, please explain:

| | |
|---|---|
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |
| | |
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |
| | |
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |

*(handwritten "N/A" across the lines)*

81. Please indicate if you currently, or have ever, had any of the following medical conditions:

| | No | Yes | | No | Yes |
|---|---|---|---|---|---|
| Diabetes | ☑ No | ☐ Yes | Convulsions | ☑ No | ☐ Yes |
| Hypertension/High Blood Pressure | ☐ No | ☑ Yes | Bleeding tendency | ☑ No | ☐ Yes |
| Cancer | ☑ No | ☐ Yes | Acute infections | ☑ No | ☐ Yes |
| Stroke | ☑ No | ☐ Yes | Sexually transmitted diseases (STD) | ☑ No | ☐ Yes |
| Heart Trouble | ☑ No | ☐ Yes | Hereditary Defects | ☑ No | ☐ Yes |
| Arthritis/gout | ☑ No | ☐ Yes | HIV/AIDS | ☑ No | ☐ Yes |
| | | | Muscle Spasms | ☐ No | ☑ Yes |

If you answered "Yes," to any of the medical conditions above, please explain below.

| | |
|---|---|
| Service Dates: | unKnown |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | Free Clinic Said I had high blood pressure *(borderline)* for my size and age and gave me a RX for muscle spasms in my neck and back. |
| | |
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |
| | |
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |
| | |
| Service Dates: | |
| Doctor's Name: | |
| Doctor's Phone #: | |
| Explanation: | |

CDC_000249

*Participant Background Questionnaire Form*

**PSYCHOLOGICAL/MEDICAL HISTORY (cont.)**

82. Have you ever been hospitalized? ☐ Yes  ☒ No  If "Yes," please answer the following:

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

83. Are you currently under a doctor's care? ☐ Yes  ☒ No  If "Yes," please answer the following:

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

84. Please indicate any other serious or long-term medical issues you may have:

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

    Service Dates: _____
    Doctor's Name: _____
    Doctor's Phone #: _____
    Explanation: _____

85. What medications are you presently taking (both prescription and non-prescription)?

    1) cYcloBenZaPrine    3) _____
    2) _____    4) _____

86. Please list all other medications and prescriptions you have used during the past three (3) years:

    1) _____    5) _____
    2) _____    6) _____
    3) _____    7) _____
    4) _____    8) _____

Page 20

*Participant Background Questionnaire Form*

CDC_000251

*Participant Background Questionnaire Form*

**PSYCHOLOGICAL/MEDICAL HISTORY (cont.)**

87.   Are you allergic to any drugs or medications? ☐ Yes   ☑No   If "Yes," please describe below:

_____

_____

_____

88.   Do you have any food allergies? ☐ Yes   ☑ No   If "Yes," please describe below:

_____

_____

_____

89.   Do you have health insurance? ☑ Yes    ☐ No   If "Yes," please provide us with a copy of your medical card.

90.   Do you require a special diet? ☐ Yes   ☑ No   If "Yes," please describe below:

_____

_____

91.   Who is your current medical provider or general practitioner:

Name:   United   Health care _____

Address:   _____

Page 22

CDC_000252

**Participant Background Questionnaire Form**

**OTHER QUESTIONS**

92. Please explain your sexual preference below.

I like big booty girls, skinny girls, dark girls, light girls, mixed girls, big breasted girls, down to earth girls.

93. Have you ever had a web site?  ☑ Yes   ☐ No      Is it presently active?  ☐ Yes   ☐ No  ? I'm not sure
    Address of web site?  www.Tonos.com/cutie boy clark

94. Where have you traveled outside the United States in the last five years and what was the purpose for your travel?

| Dates (From/To) | Location Traveled |
|---|---|
| Jul 13th 1998 | Tijuana, MX.  18th Birthday. |
|  |  |
|  |  |

95. Fill out the table below for any weapons (firearms, crossbows, knives, swords, etc.) that you own.

| Type of Weapon | State Purchased/ Registered | Date of Purchase | Date of Sale | Proficiency with this weapon |
|---|---|---|---|---|
| N/A |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

96. If you have ever applied to carry a concealed weapon, fill out the table below.

| Date | Permit Granted | Weapon Type | Name and Address of Licensing Agency | Reason for applying |
|---|---|---|---|---|
|  | ☐ Yes  ☐ No | N/A |  |  |
|  | ☐ Yes  ☐ No |  |  |  |
|  | ☐ Yes  ☐ No |  |  |  |

97. If you have you ever been a member of any organized association, movement, group, or combination of persons that advocated or advocates the overthrow of our constitutional form of government by any means other than the democratic procedures provided by the United States' form of government, explain below.

| Organization Name | Are you, any member of your family (including ex-spouses), or any close friends current members of this organization? |
|---|---|
| N/A | ☐ Yes  ☐ No |
|  | ☐ Yes  ☐ No |
|  | ☐ Yes  ☐ No |

CDC_000253

*Participant Background Questionnaire Form*

**OTHER QUESTIONS (cont.)**

98. Have you, any family member, or any former or current roommate, ever been a member of a terrorist organization? ☐ Yes ☒ No  If "Yes," indicate the name of the organization below:

| Organization Name | Are any of these individuals current members of this organization? |
|---|---|
| N/A | ☐ Yes  ☐ No |
|  | ☐ Yes  ☐ No |

99. If you are now, or have ever been, a member of any organized association, movement, group, or combination of persons that advocated or advocates acts of force or violence to deny other persons their rights under the Constitution of the United States by unconstitutional means, explain below.

| Organization Name | Are you, any member of your family (including ex-spouse), or any close friends current members of this organization? |
|---|---|
| N/A | ☐ Yes  ☐ No |
|  | ☐ Yes  ☐ No |

100. If you are now associated with, or have ever been associated with, any individuals (including relatives and ex-spouses) who you know or have reason to believe are, or have been, members of any of the types of organizations identified above, explain below.

N/A

101. Have you, any family member, or any former or current roommate, been the victim of a violent crime (i.e., murder, rape, kidnapping, etc.). ☒ Yes  ☐ No
If "Yes," please provide details below:

Name/Relationship: Guy Morton / uncle
Date: unknown, after running away my uncle was
Crime: murdered, remains were then placed with animal remains
Investigation: My family sued the state of Arizona and won.

Name/Relationship: Jo Jo Stewart / cousin
Date: Jan 1st 1990
Crime: murdered, was shot and killed in a dispute
Investigation: over money and his woman.

Name/Relationship: Ajia Clark / sister
Date: unknown
Crime: raped and molested by an uncle.
Investigation: He was sent away to prison for a long time.

102. Have you, any family member, any former or current roommate, or any former or current significant other (boyfriend, girlfriend, spouse, etc.) ever been charged and/or convicted of any crime. ☐ Yes ☒ No  If "Yes," please provide details below:

Name/ Relationship: _____
Date: _____
Crime: _____

Page 24

**CDC_000254**

*Participant Background Questionnaire Form*

Investigation:

#18  Suspended from School for being tardy too many times.

CDC_000255

*Participant Background Questionnaire Form*

**OTHER QUESTIONS (cont.)**

> **Name/ Relationship:** _____
> **Date:** _____
> **Crime:** _____
> **Investigation:** _____

103   If you have ever been refused credit, explain below.

> **Date:** _____
> **Explanation:** _____
>
> **Date:** _____ N/A _____ never applied for credit.
> **Explanation:** _____
>
> **Date:** _____
> **Explanation:** _____

· · · · ·

In addition to the aforementioned questions, provide the following documentation:

- **Certified Copy of Your Birth Certificate**
- **Copy of All Driver's Licenses**
- **Copy of Current Medical/Health Insurance Card**

Also, be prepared to provide the following documents, which might include the following:

- High School Transcripts or Diplomas (for all schools attended)
- Sealed College Transcripts (for all institutions attended)
- Copy of Tax Returns for most recent 5 years
- Current Resume/Curriculum Vitae
- Copies of Professional Licenses held

CDC_000256

To Patrick Lynn







CDC_000257

*Participant Background Questionnaire Form*

### *PARTICIPANT CERTIFICATION*

I hereby certify that all statements made in this Background Investigation Form are true and complete. I understand that any discrepancies, misstatements, omissions, and/or falsifications will be cause for disqualification, for my name to be removed from the eligibility list or for immediate termination, if a selection has been made.

I further acknowledge and accept that this application form and any other materials (including, but not limited to, photographs and videotapes) I have submitted or will submit to **American Idol Productions, Inc.** will become property of **American Idol Productions, Inc.** and will not be returned. By signing below, I grant **FOX** and **American Idol Productions, Inc.** the right to use any biographical information contained in this Participant Background Questionnaire Form, my home video or taped interview (if any) in any manner whatsoever, and to record, use and publicize my home videotape or taped interview, voice, actions, likeness and appearance in any manner whatsoever.

I hereby release and agree to hold harmless any individual, company, entity, institution or government agency from all liability with regard to any false certification of information provided to **American Idol Productions, Inc.**, **FOX** and **MMI** pursuant to the background investigation described in the accompanying Consumer Disclosure and General Authorization. Further, I hereby release and agree to hold **American Idol Productions, Inc.**, **FOX** and **MMI** and all other subsidiaries and divisions of **FOX**, **American Idol Productions, Inc.**, and **MMI**, and their respective licensees, assigns, parents, affiliated and subsidiary companies, divisions, and joint ventures as well as their employees, officers, directors and agents, harmless from all liability with respect to the receipt of such information.

Date: 12-24-00    Signature: _____

*Please remember to staple a photocopy of your driver's license or passport to this packet. When faxing, do not include the photocopy. Thank you for your time and effort in completing this form.*

\*     \*     \*     \*     \*

### *FAIR CREDIT REPORTING ACT (FCRA)*
### *CONSUMER DISCLOSURE AND GENERAL AUTHORIZATION*

In connection with my Participant Application for the program being produced by **American Idol Productions, Inc.** for **FOX**, I understand that a consumer report or investigative consumer report, as those terms are defined in the federal Fair Credit Reporting Act as amended (FCRA), 15 U.S.C. 1681 *et seq.*, may be obtained by **American Idol Productions, Inc.** and **FOX** from a consumer reporting agency (CRA). I further understand that the CRA may not give out information about me to **American Idol Productions, Inc.** and **FOX** without my written consent. It is also understood that the CRA may not report medical information about me to **American Idol Productions, Inc.** and **FOX** without my specific prior consent as to the release of such information, which is in addition to my general authorization herein.

I understand that an investigative consumer report is a special type of consumer report in which information about the *character, general reputation, personal characteristics*, and *mode of living* is obtained through personal interviews. (The italicized text represents the exact wording found in Section 603(e) of the federal Fair Credit Reporting Act.) In the event an investigative consumer report is obtained, I understand that (a) I am entitled to receive a summary of my rights, and (b) I have the right to request additional disclosures provided for below as follows:

Upon my written request to **American Idol Productions, Inc.** within a reasonable period of time after my receipt of this *Fair Credit Reporting Act Consumer Disclosure and General Authorization*, **American Idol Productions, Inc.**, shall make a complete and accurate disclosure of the nature and scope of the investigation requested. It is understood that this disclosure shall be made in writing, mailed, or otherwise delivered to me not later than five (5) days after the date on which the request for such disclosure was received from me or such report was first requested, whichever is later in time.

Name _Corey Clark_ , DOB: 7-13-80 SS#: ▮▮▮▮

(Please Print)

Participant Signature _____    Today's Date 12-24-02

*A photocopy or electronically generated copy of this form may be treated as original.*

Page 27

**CDC_000258**

*Participant Background Questionnaire Form*

## Litigation/Ongoing Investigations/Suspensions/Other

**If you answered "Yes" to any of questions 8 through 22 on Page 1, please provide the following information. Please make extra copies of this form if you need more room.**

Court/Agency _____

City/State or Province _____

Docket # _____

Plaintiff _____
<span style="text-align:center">Last/First/Middle or Business Entity Name</span>

Defendant _____
<span style="text-align:center">Last/First/Middle or Business Entity Name</span>

Date Filed _____ Disposition Date _____
month/day/year                                          month/day/year

Charge/Cause of Action _____

Final Disposition _____

Explanation _____

. _____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Court/Agency _____

City/State or Province _____

Docket # _____

Plaintiff _____
<span style="text-align:center">Last/First/Middle or Business Entity Name</span>

Defendant _____
<span style="text-align:center">Last/First/Middle or Business Entity Name</span>

Date Filed _____ Disposition Date _____
month/day/year                                          month/day/year

Charge/Cause of Action _____

Final Disposition _____

Explanation _____

_____

_____

CDC_000259

-----------------------

*American Idol*
## PARTICIPANT BACKGROUND
## QUESTIONNAIRE FORM

---------------------------

12/24/02

# END

CDC_000260