

*19 Entertainment*
*MERCHANDISE*
*SPONSORSHIP*

CDC_000550

From: 19 Merchandising Limited
33 Ransomes Dock
35-37 Parkgate Road
London SW11 4NP

To:    Corey Clark
c/o Howard Siegel Esq
Pryor Cashman Sherman & Flynn
410 Park Avenue
New York
NY 10022

17 March 2003

Dear Corey

**Merchandising and Sponsorship**

You have been selected as one of the eleven finalists in the competition forming part
of the second season of the television series "American Idol:The Search For A
Superstar " co-produced by Fremantle Media North America Inc and 19 TV Limited.
You have agreed to enter into this agreement after receiving independent legal advice
as part of the arrangements for the competition.  This agreement will be fully effective
if you win the competition or if (as a losing finalist) our associated record company,
19 Recordings Limited, obtains a Licence Agreement in respect of your recordings.

We write to confirm our agreement with you as follows:-

1.      For the purposes of this agreement the following words and expressions shall
        have the meaning attributed to them below:-

        (a)     "Advertising" – press, point of sale, radio, television, cinema or other
                advertisements for products or services featuring the Name and/or
                Image but excluding advertisements for the Series;

        (b)     "Commencement Date" – is the date upon which either:

                (i)     you win the competition forming part of the Series; or

                (ii)    if you do not win the competition, the date upon which we
                        notify you that 19 Recordings Limited has secured a Licence
                        Agreement for your recordings pursuant to clause 33 of the
                        Recording Agreement.

CDC_000551

(c)    "Endorsement" – recommendation of products or services to members of the public;

(d)    "Image" – photographs, likenesses and other representations of you in any media;

(e)    "Merchandise" – products bearing your Image or the Name excluding Series Merchandise;

(f)    "the Name" – your name and any professional name you use as a recording artist;

(g)    "Publishing" – the publication of books, magazines, sticker books and other printed matter reproducing the Image or the Name excluding Series Merchandise;

(h)    "Series" – the television series "American Idol:The Search For A Superstar" which Fremantle Media North America Inc and 19 TV Limited are intending to make and broadcast in the United States of America and which has as its subject matter the audition of potential recording artists and the selection by public vote of an "Idol" including without limitation any spin-off series, programme or episode based thereon.

(i)    "Series Merchandise" – products bearing the name of the Series and developed from the Series such as videos and books on the Series;

(j)    "Sponsorship" – third party sponsorship of your activities (but specifically excluding sponsorship of the Series) or your sponsorship of the activities, products or services of a third party;

(k)    "Territory" – the world;

(l)    "Term" – the period of three (3) years commencing on the Commencement Date.

(m)    "Gross Receipts" – gross monies received by us from Advertising, Endorsement, Merchandise, Publishing and Sponsorship authorised or undertaken by us during the Term;

(n)    "Net Receipts" – Gross Receipts less Costs and Expenses;

(o)    "Costs and Expenses" –costs and expenses reasonably incurred by us prior to, during or after the Term in connection with Advertising, Endorsement, Merchandise, Publishing and Sponsorship including:-

    (i)    VAT;

        (ii)     actual out of pocket industry typical third party costs of design, manufacture, advertising, distribution and sale;

        (iii)    reasonable out of pocket  third party legal costs incurred in protection and exploitation of the Image and the Name;

        (iv)    third party costs of registration of trade marks and protection of any trade marks in the Name.

(p)    "Recording Agreement" – the agreement of today's date between you and 19 Recordings Limited for your exclusive recording services.

(q)    "Relevant Sum" – US$100,000 if you are the winner of the Competition forming part of the Series, US$75,000 if you are placed second in the Competition and US$40,000 if you are placed third to tenth inclusive in the Competition.

2.    You agree that during the Term we shall have the sole and exclusive right throughout the Territory:-

    (a)    to use and exploit the Image and the Name in connection with Advertising, Endorsement, Merchandise, Publishing and Sponsorship;

    (b)    (subject to us remaining primarily liable to you) to authorise third parties on commercial arm's length terms to exercise any or all of the rights referred to above.

3.    Subject to reasonable notice and your prior commitments you agree:-

    (a)    to perform as reasonably required for the recording or filming of radio, television or cinema advertisements;

    (b)    to attend photo shoots (being reasonable in time, number and place) at no expense to you; and

    (c)    to attend at no expense to you promotional events, conferences and "meet and greet" sessions;

4.    During the Term (and after the Term to the extent we are required to procure the same) you agree to abide by any reasonable restrictions placed on you in relation to the use of particular goods or services.  You accept that a third party may require exclusivity in connection with your use of products or services as part of Advertising, Endorsement, Merchandise, Publishing and Sponsorship.  We will notify you of the terms of all restrictions/exclusivity required prior to concluding the relevant agreement.  We agree to obtain your prior witten approval of any Advertising, Endorsement or Sponsorship that continues more than one year after the Term.

CDC_000553

5.   Prior to concluding an agreement with a third party for the exercise of any of the rights granted to us under this Agreement we will fully consult you and consider in good faith your views and concerns in relation to the proposed Advertising Endorsement or Sponsorship and supply to your legal advisor a written summary of the main terms of the proposed agreement.  We agree to obtain your prior written approval of any Advertising Endorsement or Sponsorship of:-

(a)    any political party or cause;

(b)    any religion or sect;

(c)    immoral activities;

(d)    feminine hygiene;

(e)    personal hygiene;

(f)    prescription drugs;

(g)    tobacco products or alcohol products;

(h)    any product upon terms which will require you publicly to use or consume only that product for a period of time; or

(i)    each Endorsement or Sponsorship.

6.   (a)    You warrant that:-

(i)    you are free to enter into this agreement;

(ii)   you have not granted to any third party (save American Idol Productions Inc in relation to Series Merchandise) the right to use the Name or Image for Advertising, Endorsement, Merchandise, Series Merchandise, Publishing or Sponsorship;

(iii)  during the period from the date of this agreement until the Commencement Date you will not grant to any third party (save American Idol Productions Inc in relation to Series Merchandise) the right to use the Name or Image for Advertising, Endorsement, Merchandise, Series Merchandise, Publishing or Sponsorship.

(b)  Notwithstanding paragraph 2 and sub-paragraph 6(a) above, we acknowledge that if the Recording Agreement becomes fully effective 19 Recordings Limited and its licensees will have the right to use the Name and Image in connection with the manufacture, advertising, distribution and sale of records and audio-visual devices.

(c) Notwithstanding paragraph 2 and sub-paragraph 6(a) above, we acknowledge that if 19 Touring Limited ("Touring") exercises its option for you to perform on an American Idol Finalists Tour, Touring will have the rights set out in the tour option agreement between you and touring of today's date.

7.  (a)  We agree to obtain your approval of photographs and likenesses to be used as Image such approval not to be unreasonably withheld or delayed.

    (b)  We agree to obtain your approval of the type and quality of each item of Merchandise.

8.  In consideration of the rights granted to us we agree to pay to you:-

    (a)  fifty per cent (50%) of Net Receipts;

    (b)  the Relevant Sum within 14 days after the Commencement Date which shall be a non-returnable advance to you recoupable from your share of Net Receipts payable at any time pursuant to paragraph 8(a) above.

9.  (a)  We agree to keep all usual and proper books of account in respect of the exploitation of Image in accordance with this agreement.  We agree to account to you for your share of Net Receipts as at 30 March, 30 June, 30 September and 31 December in each year.  We agree to send to you a reasonably detailed statement of account showing nature and source of all monies received within 60 days after each accounting date and shall pay to you any sum due to you at the same time.

    (b)  You shall have the right to appoint a chartered or certified accountant to inspect our books and records insofar as they relate to the calculation and payment of Net Receipts.  Any such inspection shall take place on reasonable notice not more than once in any period of 12 months.  If any inspection of our books proves an underpayment to you of 10% or more of monies properly due to you we will reimburse the reasonable costs of such inspection (excluding travel and accommodation).

    (c)  All statements delivered to you shall become binding upon you and not subject to inspection or dispute three years after the date rendered.

    (d)  After the Term we shall continue to account to you for your share of Net Receipts arising from the exploitation after the Term of your Image for Advertising, Endorsement, Merchandise, Publishing or Sponsorship pursuant to agreements entered into during the Term.

10. It is agreed that each party shall indemnify the other from and against all costs (including reasonable legal costs) and damages suffered by one party as a result of any breach or non-performance by the other party of all or any of the

CDC_000555

undertakings, representations, warranties, obligations and agreements contained in this Agreement. This indemnity is limited to payments made pursuant to a court order or a settlement made with the consent of the indemnifying party (such consent not to be unreasonably withheld or delayed).

11.  We agree that we shall not reduce Gross Receipts by entering into agreements with our associated companies.

12.  We agree to supply to you copies of all agreements for the exploitation of Image in connection with Advertising, Endorsement, Merchandising, Publishing and Sponsorship promptly following conclusion of the same.

13.  We agree to take out, or require our licensees to take out, suitable insurance in relation to the Advertising, Endorsement, Merchandising, Publishing and Sponsorship activities under this Agreement. We will name you as an additional insured on such insurance policies

14.  We shall have the right to terminate this Agreement by notice in writing served on you if:-

    (a)  you fail to remedy any breach of your material obligations within 30 days after receipt of written notice from us requiring you to do so; or

    (b)  you become bankrupt.

15.  (a)  You shall have the right to terminate the Term of this Agreement if:-

        (i)  we shall go into liquidation (save for the purpose of amalgamation or reconstruction); or

        (ii)  a receiver or administrator is appointed in respect of our stock or assets and is not discharged within 60 days; or

        (iii)  we fail to remedy any breach of our material obligations within 30 days after receipt of written notice from you requiring us to do so; or

        (iv)  the Term of the Recording Agreement terminates or otherwise expires.

    (b)  Termination pursuant to sub-paragraph (a) above shall not affect the rights granted to a third party in accordance with this Agreement on reasonable commercial terms prior to termination.

16.  If you do not win the competition forming part of the Series and we do not serve notice upon you pursuant to paragraph 1(b)(ii) above on or prior to the date 3 months after transmission of the last episode of the Series the Term shall not commence and the restriction in paragraph 6(a)(iii) will cease.

CDC_000556

17.   The parties agree that the provisions of this agreement are not intended to confer any rights of enforcement on a third party.  The Contracts (Rights of Third Parties) Act 1999 shall not apply to this agreement nor to any of its provisions.

18.   Notices under this agreement shall be in writing and shall be addressed to the party to be served at the address above or such other address as is notified in accordance with this paragraph.  Notices shall be sent by hand or by registered or special delivery mail and shall be deemed served the day of delivery (if by hand) or the day of mailing (if by post).  A copy of each notice to you shall be sent to Howard Siegel Esq, Pryor Cashman Sherman & Flynn, 410 Park Avenue, New York, NY 10022, USA.

18.   This agreement shall be governed by and construed in accordance with English Law.  The parties agree to submit to the jurisdiction of the High Court of Justice in England.

If the above correctly reflects your understanding of our agreement please sign where indicated below.

Yours sincerely                                          Accepted and Agreed


for and on behalf of
**19 Merchandising Limited**                             **Corey Clark**



END

CDC_000558

# the smoking gun SINCE 1997



HOME • **DOCUMENTS** • BUSTER • BACKSTAGE • MUG SHOTS • TIME WASTER     ABOUT •

DOCUMENT Celebrity

## The Fall Of Another "Idol"

*Reality show finalist facing trial for battering teen sister*

Comments() Share



**VIEW THE DOCUMENT**


three-count
misdemeanor
complaint

$600 in bad checks

passed a bad $50 check

SUBMIT A

\*\*\* 6/19/03 UPDATE: In a deal with Kansas prosecutors, Corey Clark today pleaded no contest to a charge of "obstructing legal process" and was sentenced to six months unsupervised probation and ordered to pay $116 in court costs. Two other misdemeanor counts were dropped as part of the plea agreement.

\*\*\* 4/1/03 UPDATE: "Idol" finalist gets the boot, court appearance moved to May 7 in light of plea negotiations.

MARCH 31, 2003--An "American Idol" finalist is facing trial next month on charges he assaulted his teenage sister and battled with cops while resisting arrest, The Smoking Gun has learned.

Corey Clark, 22, was arrested last October following a disturbance in his family's Topeka, Kansas home. Neighbors called police after hearing a girl yelling inside the Clark residence on SW 33rd Terrace. One witness told TSG that while he heard loud noises coming from the home, "what finally caught my attention was a lot of screaming. Then I knew somebody was getting hurt."

When police arrived, Clark--now one of nine remaining "American Idol" contestants--and his 15-year-old sister Alecia were questioned separately by officers. After about 15 minutes, Clark became confrontational with cops, screaming and yelling at officers, several of whom responded by wrestling the wiry, six-foot singer to the pavement. Clark was handcuffed behind his back and placed in a Topeka Police Department cruiser.

While sitting in the squad car, he was somehow able to get his cuffed hands in front of him, causing police to yank Clark out of the car and attempt to re-cuff him, the witness said. When he again struggled with officers, a cop showed Clark a Taser and warned that if he continued to resist, he would be shot with the stun gun. Clark then relented.

He was booked into the Shawnee County jail and charged with a variety of misdemeanors, including battery on four law enforcement officers, battery on his sister, and endangering a child. After three days in custody, Clark was released on bond, a condition of which prohibited him from contacting his sister. On a bond application form, Clark wrote that he had worked as a "self employed entertainer" for the prior eight years and was "currently enrolling into school for audio engineering."

On December 4, just days after Clark was tabbed as one of the final 234 "American Idol" contestants, he was named in a three-count misdemeanor complaint filed by prosecutors in Kansas District Court. The complaint, which modified the original police counts, charged Clark with resisting arrest, battery upon his sister, and criminal restraint. If convicted of the charges, Clark faces a maximum of a year in prison on two of the misdemeanors, and up to six months on the third count.

Along with three neighbors and five cops, Kansas prosecutors listed Clark's two sisters--Alecia and 19-year-old Ajia--as prospective witnesses. In preparation for Clark's trial, scheduled for April 15 in Topeka, prosecutors recently began serving subpoenas to those expected to testify as government witnesses.

In late-January, Clark was picked as one of the 32 "American Idol" semifinalists, and he has continued to advance in the competition. He is now one of nine remaining competitors who can be seen performing twice weekly in prime time on Fox Television. Shortly after his October arrest, Clark briefly relocated to Nashville, but he is now ensconced in a Hollywood Hills mansion with his fellow "American Idol" finalists.

The pending criminal charges against Clark were not the wannabe star's first brush with the Kansas court system. In April 2000, he was sued by Wal-Mart for passing more than $600 in bad checks at a Topeka store. One year later, Clark was sued by a Topeka grocery store where he allegedly passed a bad $50 check. In the case of the Wal-Mart lawsuit, it appears Clark made good on the bad paper nearly two years after the retail giant filed its District Court lawsuit. But

---

### RELATED



MUG SHOT: **Corey Clark**

DOCUMENT: **Corey Clark Booted From "Idol"**

DOCUMENT: **"American Idol" Finalist Nabbed For Assault**

DOCUMENT: **"Bachelor" Contestant's A Real Pistol**

DOCUMENT: **"Idol" Finalist Has Five Active Arrest Warrants**

### FEATURED

DOCUMENT Bizarre, Crime    MARCH 30, 2012

**Perp Busted For Claiming He Shot Man In Hoodie**
Wisconsin man, 68, nabbed for making false report to cops

DOCUMENT Internet, Crime    MARCH 30, 2012

**Friday Photo Fun Match Game**

DOCUMENT Celebrity, Stupid    MARCH 29, 2012

**Roseanne Barr Joins Twitter Vigilante Crew**

### MOST POPULAR

1. DOCUMENT: **Roseanne Barr Joins Twitter Vigilante Crew**

2. BUSTER: **Meet The Talented Canadian Arrestee Who Belted Out "Bohemian Rhapsody" In The Back Of A Police Cruiser**

3. BUSTER: **An Unfortunate T-Shirt Hits Florida Streets In Wake Of Trayvon Martin Killing**

4. DOCUMENT: **Elderly Couple In Fear Over Spike Lee Tweet**

5. DOCUMENT: **Mother Seeks Trayvon Martin Trademarks**

CDC_000576



that was not before Wal-Mart secured seven separate garnishment orders on Clark's bank account (though those attempts yielded only $49.77 and repeated notices from the Bank of American that Clark's account had "no funds," or was "overdrawn"). The grocery store, JM Bauersfeld's, fared better, getting repaid just five months after filing against Clark in District Court.

So, were/are "American Idol" producers aware of Clark's criminal predicament? Well, TSG long ago stopped believing anything that reality TV producers say when it comes to what they did or did not know about a contestant's past. It appears that a combination of Keystone Kops background checks, participant mendacity, and unblinking network indifference has guaranteed that drunk drivers, bankrupt deadbeats, shoplifters, bondage actresses, and assorted convicted criminals will continue to populate reality TV shows.

For its part, Fox has adopted a blanket policy whereby network executives refuse comment "on the private lives of show participants." That's not a bad stance when you consider that this year's original 32 "American Idol" semifinalists included a convicted thief, an Internet porn model, and a guy who's been charged in connection with a fight that ended in the death of a Pennsylvania man. In fact, Fox booted the contestant, Jaered Andrews, a month before he was even arrested for misdemeanor assault.

TSG will venture a guess that Fox knew about Clark's rubber checks, but were unaware that he had been popped for battering his little sister (if true, not exactly "Idol" behavior). Either way, April 15 will turn out to be a taxing Tuesday for him, with Clark scheduled to be in the Topeka dock at 10 AM and, as of now, singing live on TV later that day. (8 pages)

**VIEW SOURCE DOCUMENT**

**TAGS**
American Idol, Corey Clark, Fox TV

| PREV DOCUMENT | DOCUMENT NEXT |
|---|---|
| **Billy Joel Was Drinking Before Hamptons Crash** | **Corey Clark Booted From "Idol"** |



**the smoking gun**   © 2012 TheSmokingGun.com is part of Adult Swim and the Turner-SI Digital Network. All Rights Reserved.

Home • Documents • Buster • Backstage • Mug Shots • Time Waster • About
Privacy Statement   Ad Choices ▶ Submit a Tip   Sign Up For TSG's Newsletter
Terms of Use

CDC_000577



CDC_000578

Page 47

FOCUS - 237 of 244 DOCUMENTS

The Associated Press State & Local Wire

March 31, 2003, Monday, BC cycle

## Finalist in "American Idol" program charged with attack on sister

**SECTION:** State and Regional

**LENGTH:** 134 words

**DATELINE:** TOPEKA, Kan.

A finalist in Fox Television's "American Idol" television program will go on trial in April on misdemeanor charges involving a fight with his sister.

Shawnee County District Court records show that Corey Delaney Clark, 22, has been charged with one misdemeanor count each of battery, criminal restraint and obstructing justice. He is set to go to trial April 15.

Clark is one of nine finalists still left on the current version of "American Idol."

Topeka police Lt. John Sidwell said Monday that Clark was arrested Oct. 12 after he allegedly fought with his 15-year-old sister, dragged her to a vehicle, refused to let her go, then struggled with police officers.

The Shawnee County District Attorney's office on Dec. 4 charged Clark with battery, criminal restraint and obstruction.

.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Copyright 2003 Associated Press
All Rights Reserved

CDC_000579



CDC_000580

Page 48

FOCUS - 238 of 244 DOCUMENTS

The Associated Press State & Local Wire

March 31, 2003, Monday, BC cycle

## 'American Idol' player Corey Clark booted after arrest revealed

**SECTION:** State and Regional

**LENGTH:** 265 words

**DATELINE:** LOS ANGELES

"American Idol" finalist Corey Clark has been dropped from the Fox series because of an arrest last fall at his family's Topeka, Kan., home.

Clark, 22, withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a background check, Fox said.

Records in Shawnee County, Kan., District Court show that Clark was charged with one misdemeanor count each of battery, criminal restraint and obstructing justice. He is set to go to trial April 15.

Topeka police Lt. John Sidwell said Monday that Clark was arrested Oct. 12 after he allegedly fought with his 15-year-old sister, dragged her to a vehicle, refused to let her go, then struggled with police officers.

The Shawnee County District Attorney's office charged Clark on Dec. 4 with battery, criminal restraint and obstruction.

He is not the first to be dropped because of his past. One contestant who worked for an adult-oriented Web site was bumped.

"Unfortunately, the search process is not perfect," the network said. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on."

Clark was one of nine remaining contestants on the hit talent search program. No decision will be made on how his absence will affect this week's shows, which air Tuesday and Wednesday, the network said.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Copyright 2003 Associated Press
All Rights Reserved



CDC_000582

FOCUS - 239 of 244 DOCUMENTS

The Associated Press State & Local Wire

March 31, 2003, Monday, BC cycle

## 'American Idol' player Corey Clark booted after arrest revealed;

**SECTION:** State and Regional

**LENGTH:** 296 words

**DATELINE:** LOS ANGELES

"American Idol" finalist Corey Clark has been dropped from the Fox series because of an arrest last fall at his family's Topeka, Kan., home.

Clark, 22, withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday. The statement did not carry any comment from Clark and Fox declined to divulge information on how to contact him.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a background check, Fox said.

A Web site, The Smoking Gun, reported Monday that Clark faces trial next month on charges he assaulted his teenage sister and battled with police officers while resisting arrest.

A three-count misdemeanor complaint filed by prosecutors in Kansas District Court charges Clark with resisting arrest, battery upon his sister and criminal restraint, according to the Web site.

The complaint was filed Dec. 4, shortly after Clark was picked to compete on the "American Idol" talent show.

He's not the first to be dropped because of his past. One contestant who worked for an adult-oriented Web site was bumped, as was a man whom The Smoking Gun said faced a misdemeanor assault charge.

"Unfortunately, the search process is not perfect," the network said. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on."

Clark was one of nine remaining contestants on the hit talent search program. No decision will be made on how his absence will affect this week's shows, which air Tuesday and Wednesday, the network said.

On the Net:

http://www.thesmokinggun.com

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Copyright 2003 Associated Press
All Rights Reserved

CDC_000583



CDC_000584



**QuickBooks**
Organize Your Small Business Finances

30 Day Free Trial

✓ Easy invoicing
✓ Track sales & expenses
✓ Complete records at tax time

**intuit**

**Try It Free**

## Corey Clark Faces Battery and Resisting Arrest Charges

Home

Article Archive

Feedback

Free E-Mail Updates

Write for Us

**intuit**

**QuickBooks Online**

The fast, easy way to do your accounting



✓ Easy invoicing
✓ Track sales & expenses
✓ Save time
✓ Work anywhere
✓ No experience needed
✓ Quick to start

**Try It Free**

reddit this!  0  Digg

*by David Bloomberg -- 03/31/2003*
Forget *American Idol*, it's *American Idol s Most Wanted* as it has now been revealed that Corey Clark was arrested for allegedly beating up his sister and resisting arrest. Oh, and then there were those bad checks...



View Printable version of this article

Oh my. It's beginning to look like *American Idol* should be renamed *American Idol's Most Wanted*.

We've already gone over Jaered Andrews arrest for assault in relation to a man being killed in a fight Andrews was booted from the show for that. And then last week we had word that Trenyce was arrested for theft a few years back (I've since had e mails claiming that she didn t really do it, it was her friend, she got a raw deal, etc. but no actual evidence one way or the other).

But now we have one to top them all. Today The Smoking Gun is reporting that Corey Clark was arrested in October and faces trial in a couple weeks for allegedly assaulting his sister and resisting arrest. Oh, and incidentally he also sued twice in the past three years for passing bad checks.

All of the details, plus a wonderful mug shot, can be found at The Smoking Gun, but in short, it was October in Topeka, Kansas, and the police were called by neighbors because they heard a girl yelling inside the family home. Police questioned Corey and his 15 year old sister, Alesia. Then Corey started yelling at the officers, which

**Follow us on Twitter** *and* **on Facebook!** On Twitter, get up to the minute notifications on article postings and other reality TV news. And become a fan on Facebook, join discussions, and more!

Click for our *American Idol* Store!



**New: David Cook's 2nd Album,** *This Loud Morning*



**New:** *America's Got Talent* **Jackie Evancho's** *Dream With Me*



**New:** *America's Got Talent 5* **winner Michael Grimm's debut album**

CDC_000585



sister, Alecia. Then Corey started yelling at the officers, which caused them to pin him to the ground and handcuff him. He struggled some more with them, to the point that one officer threatened him with a stun gun. That got his attention, apparently.

So really, going out on the town and being thrown from a mechanical bull was nothing!

He was charged in December with battery on his sister, criminal restraint, and resisting arrest. According to The Smoking Gun, if convicted he faces up to a year in prison on two charges and six months on the other. That would put a crimp in his touring schedule, I would think. The trial is set for April 15 in Topeka, which could be interesting as that is a Tuesday and if he sticks around for the next two weeks, he would be scheduled to sing that night in L.A. Then again, he has found himself in the bottom three before and I suspect he won't last that long. This news certainly won't help his attempts.

The lawsuits mentioned earlier resulted from him allegedly passing bad checks for more than $600 to a Topeka Wal Mart (click here for the Smoking Gun's copy of the documents) and another bad check to a grocery store for $50 (and click here for the Smoking Gun's copy of those documents). He eventually paid both stores back, but it took a while.

So far, Fox has stuck with their usual "no comment" line. If history holds, I would expect them to issue a statement later saying that they knew about everything and have confidence that it will all be taken care of, yadda yadda yadda. Baloney.

I realize that the Jaered Andrews case ended with the death of a man, but he wasn't even charged yet when Fox gave him the boot and the eventual charge was simple assault. Corey has three charges, including resisting arrest and beating up his younger sister. Not exactly behavior consistent with what *American Idol* wants to portray. And again it brings up the question of which is worse: posing for some topless photos like Frenchie or (allegedly) committing criminal acts especially violent ones? I know which way I'd vote.

Here is my prediction: Fox will issue the statement mentioned above. Then Corey will end up losing the vote this week. People will go on about conspiracies and producers wanting to get rid of Corey without causing the ruckus that would ensue from actually booting him. Frankly, if he does lose this week, I don't expect it to be because of a producer conspiracy, but because he will lose votes from this becoming public. But the fact will be that Corey will be gone and he ll be able to attend his April 15 hearing without having to worry about performing that night.

And we are left to wonder who the next *American Idol's Most Wanted* will be…

*David Bloomberg is the Editor of Foxes On Idol, and can be reached at* rno@pobox.com.

**Be sure to sign up for the RealityNewsOnline/FoxesOnIdol e-mail update so you can stay informed about new articles on both sites!** For all of the RealityNewsOnline articles about this show, check out the American Idol page.

For more news about reality TV, be sure to check SirLinksALot!



**American Idol: Celebrating 10 Years (The Official Backstage Pass)**

**American Idol: 10th Anniversary CD**

**Does the Noise in My Head Bother You?: A Rock 'n' Roll Memoir**

**Jennifer Lopez's new album, LOVE?**

**Adam Lambert's Glam Nation Live CD/DVD**

**Be sure to sign up for our free e-mail updates! Enter your e-mail address below:**

[                    ]  Submit



CDC_000586



reddit this!  **0**  Digg ⬆

View Printable version of this article

All content on this site is copyrighted by the individual authors and may not be reproduced, in whole or in part, without permission.

**Privacy Policy**



**Jennifer Hudson's new album, *I Remember Me***

**Lee DeWyze's debut album, *Live It Up***

**Crystal Bowersox's debut album, *Farmer's Daughter***

CDC_000587



CDC_000588



# 'Idol' Finalist Corey Clark Faces Trial

BY STEPHEN M. SILVERMAN

Monday March 31, 2003 10:38 AM EST

Another day, another "American Idol" finalist with a rap sheet.

This time, Corey Clark, 22, one of the nine remaining contestants on the hit FOX series, faces trial next month on charges that he allegedly assaulted his 15-year-old sister Alecia and resisted arrest inside his family's Topeka, Kan., home, reports the Smoking Gun Web site.

At the time of his arrest last October, Clark (a frizzy-haired 6-footer who's performed such songs as "Against All Odds" and "Foolish Heart" during the competition) screamed at cops, forcing them to wrestle him to the ground before they handcuffed his arms behind his back and placed him in a patrol car, according to the Web site.

Inside the vehicle, Clark allegedly yanked himself free. Authorities slapped the cuffs on him again and warned him to relent, lest he be shot with a stun gun. Clark reportedly heeded the warning.

Prosecutors have charged Clark with resisting arrest, battery upon his sister and criminal restraint, according to the Smoking Gun. (He could face a maximum of a year in prison on two of the misdemeanors, and a maximum of six months on the third.)

A trial is scheduled to begin April 15 in Topeka. (The final judging on "American Idol" is not due to take place until the May sweeps.)

Clark reportedly had an earlier clash with the law, having been sued by Wal-Mart three years ago for allegedly passing more than $600 in bad checks. He reportedly made good on the debt over a two-year period. According to records, he also repaid nearly $50 to a grocery store after it brought action against him.

FOX has refused to comment on the private lives of the contestants on its various programs, who have ranged from a former bondage actress on "Joe Millionaire" to an array of alleged scofflaws on "Idol," including Jaered Andrews, who was arrested in connection with a misdemeanor assault, and Trenyce, who was busted in 1999 on a felony theft charge.

CDC_000589


**2** Nadya Suleman Strips Down for Magazine


**3** PHOTO Hilary Duff Steps Out Post-Baby


**4** *Raising Sextuplets'* Star Jenny Masche Gets Married


**5** PHOTO Josh Lucas Weds In Central Park


**Get PEOPLE's Android App!**
Breaking news, bigger photos and 200+ celebrity profiles-all at the tap of a finger.

GET IT NOW ▸

## Today!

STYLE



**You Asked, We Found: Star Looks**
We tracked down the styles you can't stop talking about, like Katie Holmes's fedora and Jessica Alba's colorful top. Get the scoop on where to buy them and how to get the goods for less
SEE PHOTOS ▸

PHOTOS



**10 Best Celeb Quotes This Week**
Justin Bieber gets his "Boyfriend" buzz on, plus more from Madonna, Jennifer Lawrence and other stars
SEE PHOTOS ▸

VIDEO


▶ PLAY

**Kate: Smooth Sailing**
It was smooth sailing for this week's style stars! From flirty frocks to jaw-dropping glamour, our top five picks were titanically sexy. See which celebs killed it this week and the leading lady whose look fell flat.
WATCH IT ▸



**GET 4 FREE ISSUES** Click Here Now!

Subscribe | Give a Gift | Magazine Tablet Edition | V People Rewards | Customer Service | Advertise With Us | Online | In Print
Sweepstakes | Newsletter | Mobile | RSS | Sitemap | Contact Us | Privacy Policy | Your California Privacy Rights | Terms of Service | Ad Choices ▷

Copyright © 2012 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.    IN PARTNERSHIP WITH 

CDC_000590



CDC_000591



# *the smoking gun*  SINCE 1997

LOGIN | SIGN UP

SEARCH

**HOME • DOCUMENTS • BUSTER • BACKSTAGE • MUG SHOTS • TIME WASTER**    ABOUT •

DOCUMENT Celebrity

## Corey Clark Booted From "Idol"

Comments()   Share

SUBMIT A TIP!

SIGN UP FOR THE **tsg** NEWSLETTER

Nine hours after TSG reported on the pending criminal charges faced by "American Idol" finalist Corey Clark, the 22-year-old singer was removed from the hit program by Fox Television and the show's producer, 19 Entertainment. Below you'll find the press statement announcing Clark's sudden demise.

STATEMENT REGARDING COREY CLARK AND AMERICAN IDOL

MARCH 31, 2003

Due to events that have recently come to light, American Idol participant Corey Clark has been removed from the contest

All participants are required to provide full and accurate information to assist in background checks, including disclosure of any prior arrests. Corey withheld information about a prior arrest which, had it been known, might have affected his participation in the show. Due to his failure to disclose, compounded by an error in a police report which misspelled Corey's name, the incident was not discovered during the background check. The producers and network feel that Corey's behavior warrants his disqualification.

Unfortunately, the search process is not perfect. We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on

At this time, no decision has been made as to how this will impact this week's shows

**TAGS**
American Idol, Corey Clark, Fox TV

**PREV** DOCUMENT
The Fall Of Another "Idol"

DOCUMENT **NEXT**
"American Idol" Finalist's Sticky Fingers

### RELATED

DOCUMENT: The Fall Of Another "Idol"
MUG SHOT: Corey Clark
DOCUMENT: "Idol" Finalist Has Five Active Arrest Warrants
DOCUMENT: Married By America, Shackled By Fox
DOCUMENT: "American Idol" Finalist's Sticky Fingers

### FEATURED

DOCUMENT Bizarre, Crime    MARCH 30, 2012
**Perp Busted For Claiming He Shot Man In Hoodie**
Wisconsin man, 68, nabbed for making false report to cops

DOCUMENT Internet, Crime    MARCH 30, 2012
**Friday Photo Fun Match Game**

DOCUMENT Celebrity, Stupid    MARCH 29, 2012
**Roseanne Barr Joins Twitter Vigilante Crew**

### MOST POPULAR

1. DOCUMENT: **Roseanne Barr Joins Twitter Vigilante Crew**

2. BUSTER: **Meet The Talented Canadian Arrestee Who Belted Out "Bohemian Rhapsody" In The Back Of A Police Cruiser**

3. BUSTER: **An Unfortunate T-Shirt Hits Florida Streets In Wake Of Trayvon Martin Killing**

4. DOCUMENT: **Elderly Couple In Fear Over Spike Lee Tweet**

5. DOCUMENT: **Mother Seeks Trayvon Martin Trademarks**

the smoking gun

© 2012 TheSmokingGun.com is part of Adult Swim and the Turner-SI Digital Network. All Rights Reserved.

Home • Documents • Buster • Backstage • Mug Shots • Time Waster • About
Privacy Statement   Ad Choices   Submit a Tip   Sign Up For TSG's Newsletter
Terms of Use

CDC_000592





April

2003

CDC_000594



CDC_000595