NewsRoom

4/1/03 Richmond Times-Dispatch D3
2003 WLNR 2115087

Richmond Times Dispatch (VA)
Copyright (c) 2003, Richmond Newspapers Inc.

April 1, 2003

Section: Entertainment

# `IDOL' CHATTER: ONE STAYS, ONE GOES

From Wire Reports

Last week, "American Idol" finalist Josh Gracin impressed viewers with his performance of a Garth Brooks song, "Ain't Goin' Down ('Til the Sun Comes Up)."

But what's gone down lately on the show's online message boards? A small skirmish over the stateside status of the singing Marine from Westland, Mich.

"Josh should leave," griped an "Idol" fan who wanted him off the show because other Marines are fighting in Iraq.

"The PR he is providing is priceless," countered another fan. "Get off his back."

A few fans argued Josh should be over there fighting. The majority defended him, saying U.S. troops aren't allowed to choose when or if they go overseas.

And a wave of pro-Josh messages slammed the current issue of LA Weekly, where columnist Nikki Finke advised Josh to "suck it up and ship out on his own," especially since some members of his unit have been deployed to Kuwait.

According to a military spokesperson, however, the flap is much ado about nothing.

Josh's status is the same as it's always been, says Capt. Shawn Haney of the Marine Corps liaison office for movies and television. Namely, he hasn't received any deployment orders, but if he does, he'll answer the call.

"He knows it, the show knows it, everyone knows it," says Haney, who's acting as a liaison to "**American Idol**," which airs Tuesday and Wednesday on Fox.

For the moment, Josh is living with the show's other finalists in a large secluded house with reporters kept away.

* * *

Corey Clark, one of the finalists on "**American Idol**," has been kicked off the show because of his pending trial on criminal charges, network executives said yesterday.

Fox removed Clark, 22, from the series after reports on The Smoking Gun, a Web site, said he was due to appear for trial next month on charges that he assaulted his teenage sister in October and battled with officers while resisting arrest at his family's Topeka, Kan., home.

Fox said Clark withheld information "which, if it had been known, would have affected his participation in the show." Officials said no decision had yet been made on how his removal will affect the show.

"Due to his failure to disclose, compounded by an error in a police report which misspelled Corey's name, the incident was not discovered during the **background check,**" Fox said.

Clark was a finalist participating in the talent competition, in which the winner is rewarded with a recording contract.

**---- Index References ----**

Industry: (Entertainment (1EN08); Music (1MU57); Gen Y Entertainment (1GE14); Gen Y TV (1GE33))

Region: (Kansas (1KA13); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; GARTH BROOKS; IDOL; MARINE CORPS; SMOKING GUN; STAYS) (Clark; Corey; Corey Clark; Due; Fox; Haney; Josh; Josh Gracin; Nikki Finke; Shawn Haney)

Edition: City

Word Count: 486

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom



BLANK

CDC_000598

NewsRoom

4/1/03 Topeka Cap.-J. (Kan.) 1
2003 WLNR 6783345

TOPEKA CAPITAL JOURNAL (KS)
Copyright © 2004 ProQuest Information and Learning. All rights reserved.

April 1, 2003

# Ex-'Idol' finalist faces Topeka trial

Anonymous

By Tim Hrenchir

The Capital-Journal

A finalist in Fox Television's "**American Idol**" reality program was dropped from the series Monday after the network learned he had been arrested in October in Topeka.

Shawnee County District Court records indicate that Corey Delaney Clark, 22, is set to go to trial April 15 on charges of one misdemeanor count each of battery, criminal restraint and obstructing justice.

Clark withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a **background check**, Fox said.

Clark was one of nine remaining contestants on the hit talent search program. Clark formerly lived in Topeka and worked as a stagehand at the Topeka Performing Arts Center. However, "**American Idol's**" Web site gives Clark's home as Nashville, Tenn. A publicist for the program contacted The Topeka Capital-Journal about a month ago to arrange an interview for Clark with his hometown newspaper, then called back a day before the interview to cancel it, saying Clark wasn't actually from Topeka.

Topeka police Lt. John Sidwell said Monday that Clark was arrested on Oct. 12 after allegedly fighting with his 15-year-old sister, refusing to let her go and struggling with police officers. The Shawnee County District Attorney's office charged Clark in the case on Dec. 4, court records show.

The Los Angeles Times contributed to this report.

Copyright Topeka Capital Journal Apr 1, 2003

**---- Index References ----**

Region: (Kansas (1KA13); USA (1US73); Americas (1AM92); Tennessee (1TE37); North America (1NO39))

Ex-'Idol' finalist faces Topeka trial, 2003 WLNR 6783345

Language: EN

Other Indexing: (SHAWNEE COUNTY DISTRICT ATTORNEY; SHAWNEE COUNTY DISTRICT COURT; TOPEKA; TOPEKA PERFORMING ARTS CENTER) (Clark; Delaney Clark; Fox; Idol; John Sidwell; Tim Hrenchir)

Word Count: 329

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_000600



BLANK

CDC_000601

FOCUS - 229 of 244 DOCUMENTS

The New York Post

April 1, 2003, Tuesday

# AMERICAN BAD GUYS: NOW COREY'S ONE TOO

**BYLINE:** MICHAEL STARR

**SECTION:** All Editions; Pg. 083

**LENGTH:** 237 words

AN "**American Idol 2**" contestant is in trouble - again.

This time it's Corey Clark, who faces trial April 15 on charges he assaulted his kid sister and resisted arrest, according to a report posted on Court TV's thesmokinggun.com.

Clark, 22, was arrested by cops at his family's home in Topeka, Kansas, last October after neighbors said they heard a girl yelling inside the house.

According to thesmokinggun.com, cops questioned Clark and his sister, Alecia, separately. Clark became "confrontational" with cops after about 15 minutes, "screaming and yelling at officers" who had to wrestle him to the pavement and handcuff him.

Clark was charged with a variety of misdemeanors, including battery on four law enforcement officers, battery on his sister and endangering a child.

Clark was released after three days in custody with the condition that he have no contact with his sister.

According to thesmokinggun.com, the charges against Clark were modified on Dec. 4 - three days before he was chosen as an "**American Idol 2**" finalist - to a three-count misdemeanor (resisting arrest, battery on his sister and criminal restraint).

And this apparently isn't Clark's first brush with the law. According to thesmokinggun.com, he was sued by Wal-Mart in 2000 for passing over $600 in bad checks, then was sued by a Topeka grocery store for allegedly passing a bad $50 check.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

**GRAPHIC:** Corey Clark: Fought cops

Copyright 2003 N.Y.P. Holdings, Inc. All rights reserved.



BLANK

CDC_000603

NewsRoom

4/1/03 USA TODAY 02D
2003 WLNR 6058844

USA Today (USA)
Copyright 2003 Gannett Co., Inc.

April 1, 2003

Section: LIFE

Wanted: 'Idol' contestants

Bill Keveney

American Idol is sounding more and more like America's Most Wanted.
The Fox show Monday dumped finalist Corey Clark because he didn't report his arrest last October after a dispute at his family's Kansas home.

Clark, 22, faces three misdemeanor charges, including battery. He is accused of assaulting his 15-year-old sister, according to a report Monday on The Smoking Gun Web site.

It marks the second time in a week that The Smoking Gun site has dug up criminal charges relating to a finalist. Clark is the fourth singer of Idol's final 32 whose background has been revealed to be less than spotless. Two other singers were dismissed during the semifinal rounds. Those with background difficulties include:

* Frenchie Davis, 23, who appeared at age 19 on an adult Web site that was designed to appeal to men interested in underage girls. Producers dropped Davis from the show during the semifinals, even though she had told them of her involvement.

* Trenyce (real name: Lashundra Cobbins), 23, who was charged with theft in Tennessee in 1999, according to The Smoking Gun. She took part in a pretrial diversion program that wiped out the charge. Idol producers say that she told them about the matter and that she will remain on the show.

* Jaered Andrews, 24, who was charged with assault in a November bar fight in Pennsylvania that resulted in a man's death. He was dropped from the semifinals.

No decision has been made as to how Clark's departure, which reduces the finalist field to eight, will affect the show. Before his departure, the show was on pace to eliminate one performer per week until its finale.

Clark is scheduled to appear in court this month on the charges, according to Smoking Gun. He also has been sued in the past by merchants claiming he bounced checks, the site says.

According to a statement released Monday by Fox, Clark didn't report his arrest, which is required by the show. The arrest could have affected the initial decision to allow him to appear on the show.

In addition, a **background check** missed the arrest because the police report misspelled Clark's first name, the statement says.

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.

"We regret the error, but the only thing we can do is learn from the incident, continue to improve the **background-check** process and move on," the statement says.

PHOTO, B/W, Suzanne Bobosky, The Herald via AP\ PHOTO, B/W, J. Viles, Fox\ PHOTOS, B/W, Fox Broadcasting (2)

CATEGORY: PEOPLE

**---- Index References ----**

Company: FOX AND HOUND RESTAURANT GROUP; SMOKING GUN; TOTAL ENTERTAINMENT RESTAURANT CORP; FOX ENTERTAINMENT GROUP INC

Region: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; FOX; FOX BROADCASTING; FOX CLARK; HERALD; IDOL; PHOTO; SMOKING GUN; SMOKING GUN WEB; WEB) (B/W, J. Viles; Clark; Corey Clark; Davis; Frenchie Davis; Jaered Andrews; Lashundra Cobbins; Suzanne Bobosky)

Edition: FINAL

Word Count: 487

End of Document © 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

FOCUS - 234 of 244 DOCUMENTS

USA TODAY

April 1, 2003, Tuesday, FINAL EDITION

# Wanted: 'Idol' contestants

**BYLINE:** Bill Keveney

**SECTION:** LIFE; Pg. 2D

**LENGTH:** 395 words

*American Idol* is sounding more and more like *America's Most Wanted.*

The Fox show Monday dumped finalist Corey Clark because he didn't report his arrest last October after a dispute at his family's Kansas home.

Clark, 22, faces three misdemeanor charges, including battery. He is accused of assaulting his 15-year-old sister, according to a report Monday on The Smoking Gun Web site.

It marks the second time in a week that The Smoking Gun site has dug up criminal charges relating to a finalist. Clark is the fourth singer of *Idol*'s final 32 whose background has been revealed to be less than spotless. Two other singers were dismissed during the semifinal rounds. Those with background difficulties include:

* Frenchie Davis, 23, who appeared at age 19 on an adult Web site that was designed to appeal to men interested in underage girls. Producers dropped Davis from the show during the semifinals, even though she had told them of her involvement.

* Trenyce (real name: Lashundra Cobbins), 23, who was charged with theft in Tennessee in 1999, according to The Smoking Gun. She took part in a pretrial diversion program that wiped out the charge. *Idol* producers say that she told them about the matter and that she will remain on the show.

* Jaered Andrews, 24, who was charged with assault in a November bar fight in Pennsylvania that resulted in a man's death. He was dropped from the semifinals.

No decision has been made as to how Clark's departure, which reduces the finalist field to eight, will affect the show. Before his departure, the show was on pace to eliminate one performer per week until its finale.

Clark is scheduled to appear in court this month on the charges, according to Smoking Gun. He also has been sued in the past by merchants claiming he bounced checks, the site says.

According to a statement released Monday by Fox, Clark didn't report his arrest, which is required by the show. The arrest could have affected the initial decision to allow him to appear on the show.

In addition, a background check missed the arrest because the police report misspelled Clark's first name, the statement says.

"We regret the error, but the only thing we can do is learn from the incident, continue to improve the background-check process and move on," the statement says.

**LOAD-DATE:** April 01, 2003

**LANGUAGE:** ENGLISH

Page 42
Wanted: 'Idol' contestants USA TODAY April 1, 2003, Tuesday,

**GRAPHIC:** PHOTO, B/W, Suzanne Bobosky, The Herald via AP; PHOTO, B/W, J. Viles, Fox; PHOTOS, B/W, Fox Broadcasting (2); Corey Clark: Arrested in family dispute; now he's out. Frenchie Davis: Appeared on adult Web site. Gone. Trenyce: Theft arrest expunged, so she's still in. Jaered Andrews: Charged with assault, so he's out.

**TYPE:** PEOPLE

Copyright 2003 Gannett Company, Inc.

CDC_000607



BLANK

CDC_000608

**NewsRoom**

4/1/03 Newsday A18
2003 WLNR 929900

Newsday (USA)
Copyright © 2003 Newsday Inc. All rights reserved.

April 1, 2003

Section: NEWS

An Arresting Development, Fox Drops 'Idol' Finalist

AP

"**American Idol**" finalist Corey Clark has been dropped from the Fox series because of an arrest last fall at his family's Topeka, Kan., home. The singer, 22, withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday. The statement didn't include a comment from Clark and Fox declined to divulge information on how to contact him.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected in a **background check**, Fox said.

A Web site, The Smoking Gun, reported Clark faces trial next month on charges he assaulted his teenage sister and fought police officers while resisting arrest.

"Unfortunately, the search process is not perfect," the network said. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the **background check** process, and move on."

Photo - Ex-"Idol" Corey Clark is now idle.

**---- Index References ----**

Region: (Kansas (1KA13); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; ARRESTING DEVELOPMENT; IDOL; WEB) (Clark; Corey Clark; Fox; Fox Drops; Photo)

Edition: ALL EDITIONS

Word Count: 204

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

An Arresting Development, Fox Drops 'Idol' Finalist, 2003 WLNR 929900

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_000610



BLANK

CDC_000611

FOCUS - 236 of 244 DOCUMENTS

The Washington Post
washingtonpost.com
The Washington Post

April 1, 2003 Tuesday
Final Edition

## 'American Idol's' Most Wanted

**BYLINE:** Lisa de Moraes

**SECTION:** STYLE; THE TV COLUMN LISA DE MORAES; Pg. C01

**LENGTH:** 1036 words

What do "American Idol" contestant Corey Clark and war correspondent Peter Arnett have in common?

Both got whacked by their networks yesterday.

Fox yanked Clark after learning from Web site the Smoking Gun that he is due in court this month for allegedly assaulting his teenage sister and then resisting arrest.

In case you're keeping score, three of the 32 finalists on the latest edition of "American Idol" have had run-ins with the law, and one was dumped for her Internet porn past.

"Due to events that have recently come to light," the network said late yesterday in a statement, " 'American Idol' participant Corey Clark has been removed from the contest."

All participants on "American Idol" are required to provide information to assist in background checks, including disclosure of any arrests. "Corey withheld information about a prior arrest which, had it been known, might have affected his participation in the show," Fox said, adding that "the producers and network feel that Corey's behavior warrants his disqualification."

The network has no plans to replace Clark with another contestant and said that "at this time, no decision has been made as to how this will impact this week's shows."

On the "American Idol" Web site (www.idolonfox.com), 22-year-old Clark reveals that his most embarrassing moment ever came when he was performing with his pop group at a school "and I called a girl out of the audience and when she got down to the stage I didn't know what to do."

He must've blocked out that time on Dec. 4 when he was charged with three misdemeanors, including the battery and criminal restraint of his 15-year-old sister.

Clark, who was one of nine "Idol" finalists, was arrested last October when neighbors of his family in Topeka, Kan., called the police after they heard screaming from the Clark house.

When the cops arrived, they interviewed Clark and his sister; Clark's interview must not have gone well because he was arrested, booked into the Shawnee County jail and charged with battery, not only on his sister but also on four law enforcement officers. According to the Smoking Gun, he spent three days in the slammer. He was released on bond, on condition that he stay away from his sister.

That probably leaves you wondering why his mom, when looking back on the semifinal round, said she was stunned that Corey had gotten fractured the night before his big "American Idol" audition, which he totally blew. "I couldn't believe it; I was just sitting there going, 'No, you didn't,' " Corey's mom said during one of those touchy-feely bios we have come to know and dread on the show.

In December, right after making the cut on "Idol," Clark was arraigned in Kansas District Court on three misdemeanor charges: resisting arrest, battery of his sister and criminal restraint.

Next Tuesday was going to be a tough day for Clark. Not only was he scheduled to perform live on "American Idol" that night, but he also was scheduled to appear in court in Topeka on those three charges.

And you can just imagine how tight his schedule was going to become if he was convicted of the charges and won the singing competition. Kelly Clarkson, winner of the first go-round on "American Idol," reports hardly having a moment to call her own; if convicted, Clark faces a maximum of a year in jail on the first two charges and six months max on the third.

Bet "American Idol" judge Simon Cowell is now wishing he hadn't commended Clark for his "wild side" on the March 11 show: "What I love about you, Corey, is that you do have this wild side to you. I find that, in a way, more honest than some of the other people in this competition, because to be a pop star you've got to have a slightly wild side."

Bet the principal of Ingraham Elementary School in San Bernardino, Calif., wishes she hadn't let producers bring Clark to her school for that treacly bio on the singer, in which her students were seen cheering and chanting, "Corey! "Corey!" and he helped her pass out February's Caught Being Good and Principal's awards.

A Fox source says the network didn't catch Clark's assault charges during its background check because his first name was misspelled by police in their report, as "Cory."

Nonetheless, the Smoking Gun reports that it found the assault case within 45 minutes of receiving a tip that Clark had been involved in passing some bad checks.

That's right, three years ago Wal-Mart sued Clark for allegedly writing more than $ 600 in bad checks, according to documents obtained by the Web site. According to the Smoking Gun, he made good on the money two years after the company filed its lawsuit.

Clark joins a growing group of finalists who have been dumped -- or not -- from the "American Idol" competition.

Five days ago, the Smoking Gun revealed that Trenyce, aka Lashundra Cobbins, was busted in October 1999 on a felony theft charge in Tennessee. She was put in a pretrial diversion program and her record was later expunged. Fox called the issue "a minor matter" and did not dump the contestant, who is a fave of judges Paula Abdul, Randy Jackson and Cowell.

On the show's Web site, Trenyce is asked what is her most embarrassing moment ever. "I don't have one that I can think of" is the reply.

Fox really needs to stop asking its "American Idol" contestants that question.

Fox did, however, give the old heave-ho to contestant Frenchie Davis when word got out that she had broken no law by posing, when she was older than 18, for a Web site that caters to kiddie-porn fantasies.

And Fox kicked Jaered Andrews out of the race after discovering he'd been involved in a brawl while celebrating his selection as an "American Idol" semifinalist; the fight led to the death of a bar patron.

"Unfortunately, the search process is not perfect," Fox said yesterday after learning of Clark's arrest. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on."

Oh, yeah -- and Peter Arnett was sacked yesterday by NBC, MSNBC and National Geographic for the interview he gave to state-controlled Iraqi TV in which he cited what he called failures of the U.S. war strategy.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Page 46
'American Idol's' Most Wanted The Washington Post April 1, 2003 Tuesday

**DOCUMENT-TYPE:** COLUMN

**PUBLICATION-TYPE:** Newspaper

Copyright 2003 The Washington Post

CDC_000614



BLANK

CDC_000615

FOCUS - 232 of 244 DOCUMENTS

Topeka Capital-Journal (Kansas)

April 1, 2003, Tuesday

**BYLINE:** Capital-Journal

Pg. C1

**LENGTH:** 275 words

Ex-'Idol' finalist faces Topeka trial

By Tim Hrenchir

The Capital-Journal

A finalist in Fox Television's "**American Idol**" reality program was dropped from the series Monday after the network learned he had been arrested in October in Topeka.

Shawnee County District Court records indicate that Corey Delaney Clark, 22, is set to go to trial April 15 on charges of one misdemeanor count each of battery, criminal restraint and obstructing justice.

Clark withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a background check, Fox said.

Clark was one of nine remaining contestants on the hit talent search program. Clark formerly lived in Topeka and worked as a stagehand at the Topeka Performing Arts Center. However, "**American Idol's**" Web site gives Clark's home as Nashville, Tenn. A publicist for the program contacted The Topeka Capital-Journal about a month ago to arrange an interview for Clark with his hometown newspaper, then called back a day before the interview to cancel it, saying Clark wasn't actually from Topeka.

Topeka police Lt. John Sidwell said Monday that Clark was arrested on Oct. 12 after allegedly fighting with his 15-year-old sister, refusing to let her go and struggling with police officers. The Shawnee County District Attorney's office charged Clark in the case on Dec. 4, court records show.

The Los Angeles Times contributed to this report.

**LOAD-DATE:** April 3, 2003

**LANGUAGE:** ENGLISH

Copyright 2003 The Topeka Capital-Journal

... Kane said, ... show, as usual. ... we haven't been overwhelmed ... still waiting."

... is the U.S. Army, whose ... directly across the hall. 1st Class Gregory Cowper, ... member of the recruiting station, referred me to his supervisor, ... James Vandergrift, who ... sees Army recruitment for the ... half of Kansas.

"There's not a big difference," Vandergrift said about enlistment ... "There are no big swings ... down for us."

He said many of the calls the ... has been getting since the ... started 13 days ago are from ... inquiring how they can ... back into the service. Retired ... are making similar calls, ... said.

"We've gotten some calls from ... wanting to re-enlist," said ..., who has been recruiting ... for nine of the 19 years he's been in the Corps. "Others are wanting to get in and take ... of business and get back out. ... pretty much what I expected is ... has developed."

... asked King whether he and the ... four recruiters in his office ... abreast of war news like the ... of the country by watching ... He shook his head.

"We aren't going to sit around watching TV," he said, then ... "Plus, we don't have ..."

# Ex-'Idol' finalist faces Topeka trial

By [illegible]
*The Capital-Journal*

A finalist in Fox Television's "American Idol" reality program was dropped from the series Monday after the network learned he had been arrested in October in Topeka.

Shawnee County District Court records indicate that Corey Delaney Clark, 22, is set to go to trial April 15 on charges of one misdemeanor count each of battery, criminal restraint and obstructing justice.

Clark withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a background check, Fox said.

Clark was one of nine remaining contestants on the hit talent search program. Clark formerly lived in Topeka and worked as a stagehand at the Topeka Performing Arts Center. However, "American Idol's" Web site gives Clark's home as Nashville, Tenn. A publicist for the program contacted The Topeka Capital-Journal about a month ago to arrange an interview for Clark with his hometown newspaper, then called back a day before the interview to cancel it, saying Clark wasn't actually from Topeka.

Topeka police Lt. John Sidwell said Monday that Clark was arrested on Oct. 12 after allegedly fighting with his 15-year-old sister, refusing to let her go and struggling with police officers. The Shawnee County District Attorney's office charged Clark in the case on Dec. 4, court records show.

*The Los Angeles Times contributed to this report.*

M... on r...

Shawnee Co... Miller's acknowl... in Iraq caused ... briefly walk out o...

Miller has bee... listed in a local ... action or taken p... ings Monday wa...

Kane, howeve... county business ... thought Miller wa...

"I'm tired of ... said. "I'm tired of ...

Miller had no c...

Kane called ... memorial" and a... the names of th... number of times ... conduct county b...

Kane said she ... names of the sold...

"I've enjoyed th... county business t...

Miller said the r... Kane interrupted ... option of excusi... declare her out ... interrupt.

Kane continue... to go into county ...



CDC_000618

FOCUS - 226 of 244 DOCUMENTS

The Associated Press

April 1, 2003, Tuesday, BC cycle

## 'American Idol' finalist Corey Clark booted after arrest revealed

**SECTION:** Entertainment News

**LENGTH:** 329 words

**DATELINE:** LOS ANGELES

"American Idol" finalist Corey Clark has been dropped from the Fox series because of an arrest last fall at his family's Topeka, Kan., home.

The 22-year-old singer withheld information about the arrest which, had it been known, "might have affected his participation in the show," Fox said in a statement Monday. The statement didn't include a comment from Clark and Fox declined to divulge information on how to contact him.

Full disclosure is required of all contestants, the network said. A misspelling of Clark's name in a police report allowed the arrest to go undetected during a background check, Fox said.

A Web site, The Smoking Gun, reported Monday that Clark faces trial next month on charges he assaulted his teenage sister and fought police officers while resisting arrest.

A three-count misdemeanor complaint filed by prosecutors in Kansas District Court charges Clark with resisting arrest, battery upon his sister and criminal restraint, according to the Web site.

The complaint was filed Dec. 4, shortly after Clark was picked to compete on the "American Idol" talent show.

He's not the first to be dropped because of his past. Contestant Frenchie Davis was bumped because she'd worked for an adult-oriented Web site, as was semifinalist Jaered Andrews, whom The Smoking Gun said faced a misdemeanor assault charge.

"Unfortunately, the search process is not perfect," the network said. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on."

Clark was one of nine remaining contestants on the hit talent search program, and as of Tuesday morning, was still featured on the show's Web site. No decision will be made on how his absence will affect this week's shows, which air Tuesday and Wednesday, the network said.

On the Net:

"American Idol" Web site: http://www.idolonfox.com

The Smoking Gun Web site: http://www.thesmokinggun.com

**LANGUAGE:** ENGLISH

Copyright 2003 Associated Press
All Rights Reserved



BLANK

NewsRoom

4/1/03 Richmond Times-Dispatch D3
2003 WLNR 2115087

Richmond Times Dispatch (VA)
Copyright (c) 2003, Richmond Newspapers Inc.

April 1, 2003

Section: Entertainment

# `IDOL' CHATTER: ONE STAYS, ONE GOES

From Wire Reports

Last week, "American Idol" finalist Josh Gracin impressed viewers with his performance of a Garth Brooks song, "Ain't Goin' Down ('Til the Sun Comes Up)."

But what's gone down lately on the show's online message boards? A small skirmish over the stateside status of the singing Marine from Westland, Mich.

"Josh should leave," griped an "Idol" fan who wanted him off the show because other Marines are fighting in Iraq.

"The PR he is providing is priceless," countered another fan. "Get off his back."

A few fans argued Josh should be over there fighting. The majority defended him, saying U.S. troops aren't allowed to choose when or if they go overseas.

And a wave of pro-Josh messages slammed the current issue of LA Weekly, where columnist Nikki Finke advised Josh to "suck it up and ship out on his own," especially since some members of his unit have been deployed to Kuwait.

According to a military spokesperson, however, the flap is much ado about nothing.

Josh's status is the same as it's always been, says Capt. Shawn Haney of the Marine Corps liaison office for movies and television. Namely, he hasn't received any deployment orders, but if he does, he'll answer the call.

"He knows it, the show knows it, everyone knows it," says Haney, who's acting as a liaison to "**American Idol**," which airs Tuesday and Wednesday on Fox.

For the moment, Josh is living with the show's other finalists in a large secluded house with reporters kept away.

* * *

Corey Clark, one of the finalists on "**American Idol**," has been kicked off the show because of his pending trial on criminal charges, network executives said yesterday.

Fox removed Clark, 22, from the series after reports on The Smoking Gun, a Web site, said he was due to appear for trial next month on charges that he assaulted his teenage sister in October and battled with officers while resisting arrest at his family's Topeka, Kan., home.

Fox said Clark withheld information "which, if it had been known, would have affected his participation in the show." Officials said no decision had yet been made on how his removal will affect the show.

"Due to his failure to disclose, compounded by an error in a police report which misspelled Corey's name, the incident was not discovered during the **background check,**" Fox said.

Clark was a finalist participating in the talent competition, in which the winner is rewarded with a recording contract.

**---- Index References ----**

Industry: (Entertainment (1EN08); Music (1MU57); Gen Y Entertainment (1GE14); Gen Y TV (1GE33))

Region: (Kansas (1KA13); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; GARTH BROOKS; IDOL; MARINE CORPS; SMOKING GUN; STAYS) (Clark; Corey; Corey Clark; Due; Fox; Haney; Josh; Josh Gracin; Nikki Finke; Shawn Haney)

Edition: City

Word Count: 486

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works

NewsRoom



BLANK

CDC_000623

FOCUS - 235 of 244 DOCUMENTS

The Vancouver Province (British Columbia)

April 1, 2003 Tuesday Final Edition

## Corey to stand trial: Website reveals the Idol finalist allegedly assaulted his sister

**SOURCE:** Zap2it.com

**SECTION:** e entertainment today; Pg. B2

**LENGTH:** 157 words

Corey Clark is the latest **American Idol** finalist to be "outed" by the Smoking Gun website.

The site has revealed that Corey is scheduled to go to trial on April 15 on charges of resisting arrest, physical battery and criminal restraint. According to court documents, the complaints stem from an Oct. 12, 2002, arrest in Topeka, Kan., in which Clark allegedly assaulted his 15-year-old sister.

Corey spent three days in custody before being free on bond, provided he not make contact with his sister. He then relocated to Nashville, which is listed as his primary residence on Fox's website.

While in Topeka, Corey also had problems with passing bad cheques. In 2000, he was sued by Wal-Mart for bouncing $600 US in cheques and one year later a grocery store sued him for bouncing $50 more.

Should Corey survive the voting for the next two weeks on Idol, he will be set to perform and go to trial on the same busy Tuesday.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

**TYPE:** General

Copyright 2003 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved



BLANK

CDC_000625



GET TOP RINGTONES > CLICK HERE
MENU
News Shows Artists Video
All News Celebrities Music Movies

## 'Idol' Dismisses Corey Clark After Battery Charges Surface

Corey Moss
April 01 2003

Corey Clark, one of the nine "American Idol" finalists, was booted from the competition Monday after producers learned of misdemeanor charges of battery and resisting arrest on his record.

The 22-year-old Kansas native and third contestant to be disqualified this season "withheld information about a prior arrest, which had it been known, might have affected his participation in the show," Fox said in a statement. "The producers and network feel that Corey's behavior warrants his disqualification."

Fox does background checks on each of the "American Idol" contestants but missed Clark's arrest because a police report misspelled his name. The report surfaced on the Smoking Gun, a Web site known for unearthing legal records of celebrities, which last week published mug shots of finalist Trenyce, who was arrested on theft charges in 1999.

Trenyce, however, had disclosed her background in advance and was allowed to remain on the show. She also successfully completed a pretrial diversion program and had her record erased.

Clark's arrest stems from an altercation with his sister at his

family's Topeka home in October.

An "American Idol" spokesperson said Clark's departure will be addressed on the show Tuesday (April 1). Clark is best known for almost blowing the semifinalist audition by going out partying in Hollywood instead of rehearsing.

His disqualification follows the removal of popular singer Frenchie Davis in February, after producers discovered the semifinalist posed topless on a Web site that advertised pictures of underage girls. She was reportedly over 18 at the time.

Jaered Andrews, another one of the 32 semifinalists, was booted a few weeks earlier when Fox learned of his arrest on assault charges in connection with a bar fight in Pennsylvania that ended with a man's death (see "Former 'American Idol' Contestant Faces Possible Involuntary Manslaughter Charge"). Producers discovered Andrew's record without the help of the Smoking Gun, and he was cut before the first semifinalist episode aired in January.

Fox will likely not have to deal with past arrests when "American Idol" spinoff "Junior Idol" kicks off June 3. It will feature kids under 16 competing in a similar format.

More MTV News

Carly Rae Jepsen, Owl City Go Camping For 'Good Time'

Exclusive:



Preview 50 Cent's 'You Will Never Take My Crown'
Eminem Gets 'Shout Out' For Mixing Slaughterhouse Album
SHOW MORE
Back To MTV News
ARTISTS
A-K
L-T
U-#
SHOWS
A-K
L-T
U-#
FOLLOW MTV
Home
News
Photos
Shows
Videos
Artists
TV Schedule
Blogs
Apps
MTV Geek

MTV.com Full Web Site

© 2012 MTV Networks , © and TM MTV Networks.
All Rights Reserved

Terms and Conditions



BLANK

CDC_000629

NewsRoom

4/1/03 USA TODAY 02D
2003 WLNR 6058844

USA Today (USA)
Copyright 2003 Gannett Co., Inc.

April 1, 2003

Section: LIFE

Wanted: 'Idol' contestants

Bill Keveney

American Idol is sounding more and more like America's Most Wanted.
The Fox show Monday dumped finalist Corey Clark because he didn't report his arrest last October after a dispute at his family's Kansas home.

Clark, 22, faces three misdemeanor charges, including battery. He is accused of assaulting his 15-year-old sister, according to a report Monday on The Smoking Gun Web site.

It marks the second time in a week that The Smoking Gun site has dug up criminal charges relating to a finalist. Clark is the fourth singer of Idol's final 32 whose background has been revealed to be less than spotless. Two other singers were dismissed during the semifinal rounds. Those with background difficulties include:

* Frenchie Davis, 23, who appeared at age 19 on an adult Web site that was designed to appeal to men interested in underage girls. Producers dropped Davis from the show during the semifinals, even though she had told them of her involvement.

* Trenyce (real name: Lashundra Cobbins), 23, who was charged with theft in Tennessee in 1999, according to The Smoking Gun. She took part in a pretrial diversion program that wiped out the charge. Idol producers say that she told them about the matter and that she will remain on the show.

* Jaered Andrews, 24, who was charged with assault in a November bar fight in Pennsylvania that resulted in a man's death. He was dropped from the semifinals.

No decision has been made as to how Clark's departure, which reduces the finalist field to eight, will affect the show. Before his departure, the show was on pace to eliminate one performer per week until its finale.

Clark is scheduled to appear in court this month on the charges, according to Smoking Gun. He also has been sued in the past by merchants claiming he bounced checks, the site says.

According to a statement released Monday by Fox, Clark didn't report his arrest, which is required by the show. The arrest could have affected the initial decision to allow him to appear on the show.

In addition, a **background check** missed the arrest because the police report misspelled Clark's first name, the statement says.

WestlawNext © 2012 Thomson Reuters No claim to original U S Government Works

"We regret the error, but the only thing we can do is learn from the incident, continue to improve the **background-check** process and move on," the statement says.

PHOTO, B/W, Suzanne Bobosky, The Herald via AP\ PHOTO, B/W, J. Viles, Fox\ PHOTOS, B/W, Fox Broadcasting (2)

CATEGORY: PEOPLE

**---- Index References ----**

Company: FOX AND HOUND RESTAURANT GROUP; SMOKING GUN; TOTAL ENTERTAINMENT RESTAURANT CORP; FOX ENTERTAINMENT GROUP INC

Region: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; FOX; FOX BROADCASTING; FOX CLARK; HERALD; IDOL; PHOTO; SMOKING GUN; SMOKING GUN WEB; WEB) (B/W, J. Viles; Clark; Corey Clark; Davis; Frenchie Davis; Jaered Andrews; Lashundra Cobbins; Suzanne Bobosky)

Edition: FINAL

Word Count: 487

**End of Document**

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**



BLANK

CDC_000632



BLANK

CDC_000633

FOCUS - 227 of 244 DOCUMENTS

Daily Variety

April 1, 2003, Tuesday

# INSIDE MOVES

**BYLINE:** Michael Schneider

**SECTION:** NEWS; Pg. 5

**LENGTH:** 362 words

**HIGHLIGHT:** Another Fox 'Idol' turns out to have feet of clay

Fox's "**American Idol**" is starting to look like another one of the net's reality staples --- "America's Most Wanted."

Corey Clark, 22, was booted from the show Monday after muckraking Web site the Smoking Gun revealed that the "**American Idol**" finalist had been charged with assaulting his sister, resisting arrest and criminal restraint.

Clark is scheduled to appear in Kansas District Court on April 15 and faces a maximum of a year in prison on the first two counts and six months on the last count (all misdemeanors), the site said.

In a joint statement, Fox and producers 19 Television and FremantleMedia said Clark was canned first and foremost because he lied to the show and didn't disclose last October's arrest. "Unfortunately, the search process is not perfect," the network and producers said. "We regret the error, but the only thing we can do is learn from the incident, continue to improve the background check process, and move on."

The crime drama behind "**American Idol**" has become almost as interesting as the talent contest on stage. News of Clark's infractions came just days after word broke that another finalist, Trenyce, had been arrested as a minor on a felony theft charge.

But Trenyce --- real name Lashundra Cobbins --- had already disclosed that arrest to "**American Idol**" producers and was allowed to continue with the show.

Clark and Trenyce join two semifinalists who were also axed over their sketchy pasts. Franchelle "Frenchie" Davis was eliminated after she somehow left her experience in Internet porn off her resume; she's parlayed that into multiple TV appearances, including a stint as an "Entertainment Tonight" correspondent.

And Jaered Andrews was shown the door thanks to his involvement in a bar fight that led to the death of another patron.

All told, that means at least 13% of the show's original 32 semifinalists boast some sort of checkered history. Either "**American Idol**" attracts a certain element, or producers looking to get a little more ink on the show have done their job too well.

Fox and the show's producers will announce today how they'll deal with Clark's absence on tonight's live telecast.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Copyright 2003 Reed Elsevier Inc.



BLANK

CDC_000635

FOCUS - 228 of 244 DOCUMENTS

Edmonton Journal (Alberta)

April 1, 2003 Tuesday Final Edition

# Devil makes work for Idol hands: Add finalist Clark's name to the growing list of Fox reality stars who've had brushes with the law

**SOURCE:** CanWest News Service

**SECTION:** Entertainment; Pg. C3

**LENGTH:** 436 words

**DATELINE:** LOS ANGELES

The ranks of popular music are full of performers with lengthy rap sheets, so **American Idol** producers can be forgiven for assembling a group of contestants who already have a head start.

While aspiring actors come to Hollywood with head shots in tow, many of this year's **American Idol** contestants seem to have arrived sporting fetching mug shots.

The latest Idol to have partaken in past indiscretions is smoothoperating, former party boy Corey Clark. In early episodes, viewers got to watch Clark go out drinking the night before a big performance, fall off a mechanical bull and still slide through to the finals. In turns out that Clark's problems may extend past a little rowdy pre-show boozing.

According to court documents obtained by TheSmokingGun.com, Clark is scheduled to go to trial on April 15 on charges of resisting arrest, physical battery and criminal restraint. These complaints stem from an Oct. 12, 2002 arrest in Topeka, Kan., in which Clark allegedly assaulted his 15-year-old sister.

Clark spent three days in custody before being free on bond, provided he not make contact with his sister. He then relocated to Nashville, which is listed as his primary residence on Fox's Web site.

While in Topeka, Clark also had problems with passing bad cheques. In 2000, he was sued by Wal-Mart for bouncing $600 in cheques and one year later a grocery store sued him for bouncing $50 more.

Should Clark survive the voting of the American people for the next two weeks on Idol, he will be set to perform and go to trial on the same busy Tuesday.

Clark is the latest **American Idol** contestant with a shady past, joining convicted shoplifter Trenyce, Internet porn model Frenchie Davis and former semifinalist Jaered Neale Andrews, who never made it to the top 32 but is facing charges for assault after a fatal incident in Pennsylvania that occurred during his celebration of getting the call to go to Hollywood.

For its part, Fox has adopted a blanket policy whereby network executives refuse comment "on the private lives of show participants."

The series of entertaining Fox reality scandals began, of course, with accused wife-beater and non-millionaire Rick Rockwell of Who Wants to Marry a Multimillionaire. Taheed Watson and Ytossie Patterson of Temptation Island raised ethical hackles when it was discovered that they went on the couple-splitting show despite having a child. Earlier this year, Joe Millionaire faced minor embarrassment over the fetish-film past of finalist Sara Kozer, while Married By America had to deal with a possible suitor who was already married.

**LOAD-DATE:** April 1, 2003

**LANGUAGE:** ENGLISH

Page 35
Devil makes work for Idol hands: Add finalist Clark's name to the growing list of Fox reality stars who've had brushes with the law Edmonton Journal (Alberta) April 1, 2003 Tuesday Final Edition

**GRAPHIC:** Photo: Supplied; **American Idol's** final nine, as chosen March 26, clockwise from top: Ruben Studdard, Clay Aiken, Kimberley Locke, Joshua Gracin, Kimberly Caldwell, Corey Clark, Trenyce, Carmen Rasmusen and Rickey Smith.

**TYPE:** News

Copyright 2003 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved

CDC_000637



BLANK

CDC_000638

FOCUS - 230 of 244 DOCUMENTS

Richmond Times Dispatch (Virginia)

April 1, 2003 Tuesday City Edition

# 'IDOL' CHATTER: ONE STAYS, ONE GOES

**BYLINE:** From Wire Reports

**SECTION:** ENTERTAINMENT; Pg. D-3

**LENGTH:** 406 words

Last week, "**American Idol**" finalist Josh Gracin impressed viewers with his performance of a Garth Brooks song, "Ain't Goin' Down ('Til the Sun Comes Up)."

But what's gone down lately on the show's online message boards? A small skirmish over the stateside status of the singing Marine from Westland, Mich.

"Josh should leave," griped an "Idol" fan who wanted him off the show because other Marines are fighting in Iraq.

"The PR he is providing is priceless," countered another fan. "Get off his back."

A few fans argued Josh should be over there fighting. The majority defended him, saying U.S. troops aren't allowed to choose when or if they go overseas.

And a wave of pro-Josh messages slammed the current issue of LA Weekly, where columnist Nikki Finke advised Josh to "suck it up and ship out on his own," especially since some members of his unit have been deployed to Kuwait.

According to a military spokesperson, however, the flap is much ado about nothing.

Josh's status is the same as it's always been, says Capt. Shawn Haney of the Marine Corps liaison office for movies and television. Namely, he hasn't received any deployment orders, but if he does, he'll answer the call.

"He knows it, the show knows it, everyone knows it," says Haney, who's acting as a liaison to "**American Idol**," which airs Tuesday and Wednesday on Fox.

For the moment, Josh is living with the show's other finalists in a large secluded house with reporters kept away.

* * *

Corey Clark, one of the finalists on "**American Idol**," has been kicked off the show because of his pending trial on criminal charges, network executives said yesterday.

Fox removed Clark, 22, from the series after reports on The Smoking Gun, a Web site, said he was due to appear for trial next month on charges that he assaulted his teenage sister in October and battled with officers while resisting arrest at his family's Topeka, Kan., home.

Fox said Clark withheld information "which, if it had been known, would have affected his participation in the show." Officials said no decision had yet been made on how his removal will affect the show.

"Due to his failure to disclose, compounded by an error in a police report which misspelled Corey's name, the incident was not discovered during the background check," Fox said.

Clark was a finalist participating in the talent competition, in which the winner is rewarded with a recording contract.

**LOAD-DATE:** April 2, 2003

Page 38
'IDOL' CHATTER: ONE STAYS, ONE GOES Richmond Times Dispatch (Virginia) April 1, 2003 Tuesday City Edition

LANGUAGE: ENGLISH

Copyright 2003 Richmond Newspapers, Inc.

CDC_000640

BLANK

Home

Article Archive

Feedback

Free E-Mail Updates

Write for Us

# Corey Clark Booted for Beating Accusations

reddit this! 0

Like 52 people

*by David Bloomberg – 04/01/2003*

Yesterday it was revealed that Corey Clark was facing criminal charges for allegedly beating his sister and resisting arrest. Fox has acted quickly to remedy their part of the situation and now Corey has been given the boot.

View Printable version of this article

I guess I was wrong after all about how *American Idol* producers would handle the case of Corey Clark. And I'm actually glad to have been wrong, to tell the truth.

Yesterday, The Smoking Gun broke news that Corey had been arrested for, and was still facing charges of, beating up his sister and resisting arrest. You can read more of the details in my article discussing the situation. In that article, I wondered if posing for some topless photos, which is what got Frenchie Davis booted, was worse than committing violent criminal acts. I predicted that Fox would say they don't comment on the private lives of their contestants and that Corey would simply end up losing the vote this week.

However, Fox has actually decided that, indeed, idols shouldn't (allegedly) beat their sisters or resist arrest to the point that the cops have to threaten them with a stun gun. Or at least they shouldn't lie to producers about it.

Several news organizations have now reported that Corey has been given the boot (although he remains on the official website as of very early in the morning on April 1). Fox issued a statement that he withheld information about the arrest which "might have affected his participation in the show." *Might*?! I mean, I know Simon said popstars should have a bit of "bad boy" in them, but this goes a bit far. Fox added that full disclosure was required of all contestants. Indeed, Fox did know about Frenchie's nude photos long before they gave her the boot, and they also apparently knew about Trenyce's past arrest.

The network, which has had numerous issues crop up with its reality TV participants and failed background checks, blamed this one on Corey's name being misspelled in the police report. Yet somehow The Smoking Gun managed to find it. Hey, perhaps Fox should just *hire* The Smoking Gun to do their background checking - it would save a lot of time.

In any event, Fox said that they felt that "Corey's behavior warrants his disqualification." They also added that they did not yet have a decision on whether he would be replaced. Considering that it is now Tuesday and the performers have to compete tonight, that would be an awfully short time to find somebody to bring in. In addition, many fans - not to mention the other performers - would likely see it as completely unfair to have somebody brought in after there have already been three people in the original Top 12 sent packing. If they did decide to bring somebody back, it has already been suggested by some viewers that the most fair thing to do would be to bring back Julia DeMato, who was voted off last week. However, even that idea would not be well received by many fans. Fox may simply have to end the series a week earlier than expected, which would mean one less week of May Sweeps. Or they could do as *Survivor* does and insert an extra episode of "looking back" later in the series. In fact, as much as many fans dislike such episodes, I suspect the majority would look upon such a show more favorably than bringing somebody else in.

Fox deserves kudos for doing the right thing here. As much as it would have been better if they had actually found out this information during their background checks or if Corey had been upfront about it (did he really think he could keep it a secret?), they acted quickly to get rid of somebody who could have become a liability to the show.

Hopefully, there won't be any more surprises this season.

*David Bloomberg is the Editor of Foxes On Idol, and can be reached at rno@pobox.com.*

---

**Be sure to** sign up for the RealityNewsOnline/FoxesOnIdol e-mail update **so you can stay informed**

**Follow us on Twitter *and* on Facebook! On Twitter, get up to the minute notifications on article postings and other reality TV news. And become a fan on Facebook, join discussions, and more!**

Click for our *American Idol* Store!

New: David Cook's 2nd Album, *This Loud Morning*

New: *America's Got Talent* Jackie Evancho's Dream With Me

New: *America's Got Talent 5* winner Michael Grimm's debut album

American Idol: Celebrating 10 Years (The Official Backstage Pass)

American Idol
10TH ANNIVERSARY

American Idol: 10th Anniversary CD

BIG BROTHER ACCESS FALL LIVE EVENTS

GET ACCESS TO FINALE BACKYARD INTERVIEWS AND CALL IN SHOWS WITH SPECIAL GUESTS INCLUDING THE SEASON 13 WINNER, FORMER HGS AND SURVIVOR CONTESTANTS

BIG BROTHER LIVE FEEDS

START WATCHING

about new articles on both sites! For all of the RealityNewsOnline articles about this show, check out the American Idol page.

For more news about reality TV, be sure to check SirLinksALot!

www.
PUSHPOSTERS
.com

THE LARGEST RANGE OF MUSIC POSTERS IN THE WORLD!

reddit this! 0

Like 52 people

View Printable version of this article

STEVEN TYLER
DOES THE NOISE IN MY HEAD BOTHER YOU?
ADAM LAMBERT
GLAM NATION LIVE

Does the Noise in My Head Bother You?: A Rock 'n' Roll Memoir

Jennifer Lopez's new album, LOVE?

Adam Lambert's Glam Nation Live CD/DVD

Priceless Beijing
Explore the Best of Beijing With Your MasterCard.
www.pricelessbeijing...

Owe IRS Back Taxes?
We Can Help. IRS Tax Professionals Free Consultation 1-855-246-7397
www.PlatinumTaxDef...

Be sure to sign up for our free e-mail updates! Enter your e-mail address below:

Submit

Powered by YourMailinglistProvider.com

Music Gift Store
Shop now
amazon MP3

Privacy Information

jennifer hudson
LEE DEWYZE LIVE IT UP

Jennifer Hudson's new album, I Remember Me

Lee DeWyze's debut album, Live It Up

5/16/12 Corey Clark Booted for Beating Accusations

amazon.com
Privacy Information

Crystal Bowersox's debut album, *Farmer's Daughter*

All content on this site is copyrighted by the individual authors and may not be reproduced, in whole or in part, without permission.

Privacy Policy

www.foxesonidol.com/cgi-bin/ae.pl?mode=1&article=article1117.art&page=1 3/3

CDC_000644



BLANK

CDC_000645