POLICE REUNION WILL INCLUDE TAMPA DATE, 2007 WLNR 2863592

Region: (USA (1US73); Americas (1AM92); Florida (1FL79); North America (1NO39))

Language: EN

Other Indexing: (**AMERICAN IDOL**; FOX; GRAMMY; GRAMMYS; IDOL; NIELSEN MEDIA RESEARCH; SO) (Akron Watson; Desperate Housewives; Nigel Lythgoe; Stewart; Watson)

Edition: 0 SOUTH PINELLAS

Word Count: 466

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_001208

- Cars - Auto Financing - Event Tickets - Jobs - Real Estate - Online Degrees - Business Opportunities - Shopping

Search | powered by Google | How do I find it? | Subscribe to paper

Jeep
YOUTUBE.COM/CHRYSLER

USA TODAY
Home News Travel Money Sports Life Tech Weather
Become a member of the USA TODAY community now!
Log in Become a member
What's this?

Money ■ Markets ■ Economy ■ Companies/Execs ■ Personal Finance ■ Mutual Funds ■ ETFs ■ Cars ■ Real Estate ■ Small Business

GET A QUOTE: Enter symbol(s) or Keywords GO • DJIA 12,883.95 ▲ +5.75 • NASDAQ 2,915.86 ▲ +11.78 as of close 2/9/2012

# 'Idol' finalists now get paychecks as professionals

Updated 3/16/2007 2:21 AM | Comment | Recommend E-mail | Print | Reprints & Permissions | RSS

Enlarge

LaKisha Jones belts one out on *American Idol*

By David Lieberman, USA TODAY

NEW YORK — The singers on *American Idol* may not have looked much different this week. But in the eyes of Hollywood, they have changed significantly.

Mixx it
Other ways to share:
Digg
del.icio.us
Newsvine
Reddit
Facebook
What's this?

Those who made the cut last week to the top 12 went from mere amateurs, the equivalent of game show contestants, to professional TV performers this week. They became union members covered under contracts negotiated by the American Federation of Television and Radio Artists.

BLOG: 'Idol' chatter with Ken Barnes

An agreement with *Idol*'s producers, FremantleMedia North America and 19 Entertainment, when *Idol* began in 2002 recognized that "the nature of what they're doing in the show changes from the final 12 on," says AFTRA spokesman John Hinrichs.

Enlarge By Dan MacMedan, USA TODAY

The top 12 contestants of *American Idol* are getting paid as professional TV performers.

"Prior to that time, they're just singing in a singing format," he says. "After that, they're doing more interactions and set bits," such as the video ads for Ford.

It's an important change in status for most of the singers. In the personal release that *Idol* requires when they audition, they must declare that they don't belong to AFTRA or another performing arts guild or, if they do, agree that their *Idol* performances are not professional appearances covered by a labor agreement.

That completely changes when they become one of the final 12. Then they must join AFTRA, which requires a one-time initiation fee of $1,300. Dues are based on annual AFTRA earnings: If they make less than $2,000, they pay a minimum of $63.90.

Starting this week, AFTRA's industrywide contracts required the producers to start paying the performers at least the minimum $921 each time they appear on a one-hour show. In addition, they receive residual payments when a show they're in as a finalist is aired again or is sold via DVDs or other media.

The producers must contribute to union-sponsored health care and retirement accounts.

It's tough for shows to avoid paying the singers.

"If they're not getting paid, they usually tell us, and we would be in contact with the show," Hinrichs says. "We have representatives who visit the show set on a weekly basis and talk to the members and make sure things are going OK."

*Idol* is mum about the subject. "We comply with the terms of our agreement with AFTRA," says FremantleMedia North America spokesman Manfred Westphal. "It is our policy to not discuss the financial or contractual arrangements we have with our performers."

Share this story:
Mixx it | Digg | del.icio.us | Newsvine | Reddit | Facebook | What's this?

Posted 3/14/2007 10:25 PM

Updated 3/16/2007 2:21 AM E-mail | Print | Reprints & Permissions | RSS

*To report corrections and clarifications, contact Reader Editor* ***Brent Jones****. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for*

Featured video

**Royal family**
Can wedding boost monarchy's popularity?

**Charlie Sheen**
Actor seeks custody of twins.

More Video

New Starbucks® Blonde Roast
The lighter roast perfected.
Learn More
BLONDE MEDIUM DARK

Ads by Google

NYSERDA Grants
Learn How You Can Save Money & Energy With Our Free Solutions Kit.
nyserdasolutions.org

Volkswagen Passat
View the All-New VW Passat, Named 2012 Motor Trend Car of the Year.
www.VW.com/Passat

H&R Block Tax Calculators
Use Our Calculators To Ensure Accurate Deductions & Credits.
www.HRBlock.com

What's this?

CDC_001221

verification

**Conversation guidelines:** USA TODAY welcomes your houghts, stories and information related to his article Please stay on topic and be respectful of others Keep the conversation appropriate for interested readers across the map.

Join A Union
SEIU Fights for Economic Fairness and Working Families. Take Action!
SEIU org

Ads by Google

Support the Buffett Rule
It's time we ask millionaires to pay their fair share. Join us.
barackobama com/making-taxes-fairer

Make Money Online
Enter simple contests everyday. Take home $1000+ cash prizes!
www prizes org

Real estate
Real solutions for your real estate needs.
Choose from the selections below
• Customized financial solutions
• Search properties nationwide
• Full service relocation assistance
• Apartments for rent in your area
• Home improvement options
Click here to begin
powered by Real estate

Financing Options
Need help financing or refinancing a home?
Click here

Advertisement
UNITED
The New United MileagePlus® Explorer Card.
You're in.SM
Priority Boarding
Free Checked Bag
United Club℠ Passes
EXPLORE NOW
Up to 40,000 Bonus Miles and First Year Free ($95 Value)

**Newspaper Home Delivery - Subscribe Today**

Home • News • Travel • Money • Sports • Life • Tech • Weather

**About USATODAY.com** Site Map | FAQ | Contact Us | Jobs with Us | Terms of Service
Privacy Policy/Your California Privacy Right | Advertise | Press Room | Developer | Media Lounge | Reprints and Permissions

**News Your Way** Mobile News | Email News | Add USATODAY.com RSS feeds | Twitter | Podcasts | Widgets

**Partners** USA WEEKEND | Sports Weekly | Education | Space.com | Travel Tips

Copyright 2011 USA TODAY, a division of Gannett Co. Inc

Log In Create Account

(480) 505-8877 ? Help
Hablamos Español

Commercials | Daily Deals

Domain Names | Websites & Hosting | Web Tools | WHOIS Domain Check

WHOIS search results for:
COREYCLARK.COM
(Registered)

**Is this your domain?**
Add hosting, email and more

**Want to buy this domain?**
Get it with our Domain Buy service.

The data in Ascio Technologies' WHOIS database is provided by Ascio Technologies for information purposes only. By submit ing a WHOIS query, you agree that you will use this data only for lawful purpose. In addition, you agree not to use the data to: (a) allow, enable, or o herwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial adver ising or solicitations to entities o her than the data recipient' s own exis ing customers; or (b) enable high volume, automated, electronic processes hat send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registra ions. Ascio Technologies reserves the right to modify hese terms at any time. By accessing and using Ascio Technologies WHOIS information, you agree to hese terms.

NOTE: FAILURE TO LOCATE A RECORD N THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILAB LITY OF A DOMA N NAME.
Registrant:
19 Entertainment Limited (19ENT07807)
33 Ransomes Dock
35 - 37 Parkgate Road
London, UK, SW11 4NP
GB

Domain name: coreyclark com

Technical contact:
Administrator, Domain (DA284484)
NetNames Hostmaster
3rd Floor Prospero House
241 Borough High Street
Borough, London, SE1 1GA
GB
corporate-services@netnames.com
+44 2070159370 Fax: +44.2070159375

Administrative contact:
Admin, DNS (DA334944)
19 Entertainment Limited
33 Ransomes Dock
35 - 37 Parkgate Road
London, UK, SW11 4NP
GB
will@19.co uk
+44 2078011919 Fax: +44.2078011920

Record created: 2010-11-18 18:34:36
Record last updated: 2012-02-27 12 56:31
Record expires: 2012-12-19 00 00:00

Domain servers in listed order:
NS1.IPOWERWEB.NET (NS1IP39320)
ns1 ipowerdns com (NS1IP97132)
ns1 netnames.net (NS1NE822771)
ns2 netnames.net (NS2NE24507)

Registrar: ASCIO TECHNOLOG ES, NC.
Whois Server: whois ascio com
Creation Date: 19-DEC-2002
Updated Date: 20-DEC-2011
Expira ion Date: 19-DEC-2012

Nameserver: NS1.IPOWERDNS.COM
Nameserver: NS1.IPOWERWEB.NET

Registry Status: clientDeleteProhibited
Registry Status: clientTransferProhibited

See Underlying Registry Data

## NameMatch Recommendations

GoDaddy com NameMatch has found similar domain names related to your search. Registering mul iple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration**

| Domain | | Price |
|---|---|---|
| **Alternate TLDs** | | |
| coreyclark.**co** | SAVE! | $12 99/yr |
| coreyclark.**ws** | | $14 99/yr |
| coreyclark.**ca** | | $12 99/yr |
| coreyclark **biz** | SAVE! | $5 99*/yr |
| coreyclark **mobi** | SAVE! | $9 99*/yr |
| coreyclark.**tv** | | $39 99/yr |
| coreyclark **asia** | SAVE! | $5 00*/yr |
| coreyclark.**cc** | | $19 99/yr |
| **Similar Premium Domains** | | |
| CoreyFuller.com | | $199 00* |
| AndreaClarke.com | | $199 00* |
| TerriClarke.com | | $199 00* |
| CoreYouth com | | $3,888 00* |
| ClarkA com | | $1,088 00* |
| ClarkCo net | | $1,288 00* |
| **Similar Domains** | | |
| coreyclark**s** com | SAVE! | $12 99*/yr |
| **the**coreyclark.com | SAVE! | $12 99*/yr |
| coreyclark**site**.com | SAVE! | $12 99*/yr |
| **my**coreyclark com | SAVE! | $12 99*/yr |
| coreyclark**online** com | SAVE! | $12 99*/yr |
| **new**coreyclark com | SAVE! | $12 99*/yr |
| coreyclark**store** com | SAVE! | $12 99*/yr |
| **free**coreyclark com | SAVE! | $12 99*/yr |

**Learn more about**

Private Registra ion
Business Registration
Deluxe Registra ion
Protected Registra ion

*Plus ICANN fee of $0 18 per domain name year
** CA domain names will be registered through Go Daddy Domains Canada, Inc , a CIRA certified registrar

CDC_001362

Enter a domain name to search .com

## Go Daddy Global

Language English Country United States Currency United States Dollar $ (Transactional)

**Account Manager**
My Account
My Renewals
My Upgrades
Account Settings
Customer Information
Order History
Create Account

**Shopping**
Domain Search
Product Catalog
Go Daddy Gear
Go Daddy Mobile
Deals of the Day

**Resources**
Webmail
WHOIS search
ICANN Confirmation
Affiliates
Follow & Fan Us
Legal
Commercial Contests
Site Map

**Support**
Telephone Support & Sales
Product Support
Discussion Forums
User Groups
Submit Support Ticket
Site Suggestions
Report Abuse
Go Daddy Scoop

**About Go Daddy**
About Us
News Releases
Careers
Marketing Opportunities
Customer Testimonials
Security Center
.ME Scholarship
Round Up for Charity
Inside Go Daddy
Go Daddy Tech Center

**Mobile**
Go Daddy, on the GO
iPhone Application
iPad Application
Android Application
BlackBerry Application
Visit GoDaddyMobile.com

**Sign Up for Special Offers**
Email Address Submit

**Find Us On...**

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 21, 2012
Legal Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved.

D

TESTED 2012-09-24



December

2011

CDC_001413

December 14, 2011

Viacom, Inc.
MTV Networks
Office of the General Counsel
Attn: Michael D. Fricklas
1515 Broadway
New York, NY 10036

Mr. Fricklas,

I represent the legal interests of Mr. Corey Delaney Clark with respect to the matter described herein. I would appreciate your office's immediate attention to this matter, as I am certain this can be resolved short of federal litigation.

Mr. Clark was a former contestant on *American Idol* which originally aired on Fox in 2003. It has recently come to Mr. Clark's attention that MTV News published a story on July 6, 2011, which I have enclosed herewith, in which Viacom employee Jim Cantiello claimed that Mr. Clark "was disqualified [from *American Idol*] for lying about a hairy domestic dispute." This statement is blatantly false and was known to be false at the time the statement was published. This knowledge of falsity was known to MTV News and may be easily proven, because Mr. Clark was previously interviewed by MTV News, during which Mr. Clark explained the truth and provided supporting documentation on the issue. At the very least, Jim Cantiello acted with reckless indifference to the truth and poses a serious threat to Mr. Clark's reputation. Mr. Cantiello's recent invitation to moonlight with the *XFactor* makes his knowing or reckless conduct even more peculiar.

My client simply requests a published retraction and an apology, both of which should be publicly disseminated. As you can imagine, this false allegation has haunted Mr. Clark for some time, and the knowing or reckless conduct of others does not assist matters. Mr. Clark has moved on with his life in a private manner while raising his child and pursuing higher education.

I am quite familiar with the laws of libel and false light with respect to public figures so I respectfully request that your supporting legal staff or local counsel spare your corporation the legal fees for unnecessary legal research and exhaustive correspondence and me and my client the time required to read it.

Your timely response to these matters would be greatly appreciated and go a long way towards resolving this matter in an amicable and efficient manner.

Sincerely,

John Ray Clemmons



BLANK

CDC_001415

MTV NETWORKS
A VIACOM COMPANY

Lavatus V. Powell III
Vice President & Senior Counsel
Intellectual Property & Litigation

December 20, 2011

**VIA OVERNIGHT DELIVERY**

John Ray Clemmons
Chaffin Burnsed & Blackburn PLLC
The Fridrich Building, First Floor
2909 Poston Avenue
Nashville, TN 37203

Re: **Corey Delaney Clark**

Dear Mr. Clemmons:

I am writing on behalf of Viacom Media Networks, A Division of Viacom International Inc. ("VMN") in response to your letter dated December 14, 2011. Please be advised that we are investigating the allegations set forth in your letter and will respond shortly, after our investigation is completed.

Nothing contained in this letter shall constitute a waiver or relinquishment of any of MTVN's rights, remedies, or defenses, at law or in equity, all of which are expressly reserved.

Sincerely,

Lavatus Powell

Lavatus Powell

1515 Broadway, New York, NY 10036 Tel: (212) 846-7619 Fax: (212) 846-1774
Email: vate.powell@mtvstaff.com



CHAFFIN
BURNSED &
BLACKBURN
PLLC

ATTORNEYS AT LAW

February 15, 2012

MTV Networks
Lavatus V. Powell, III
V.P. & Sr. Counsel
1515 Broadway
New York, NY 10036

RE: Corey Delaney Clark

Mr. Powell,

I write to you to follow up on my initial correspondence dated December 14, 2011 to which you responded via correspondence dated December 20, 2011. As previously stated, I represent the legal interests of Mr. Corey Delaney Clark with respect to the matter at issue.

Your timely response indicated that your office was investigating the allegations of my letter and that you would respond shortly, after the investigation was completed. I appreciated the quick response to my initial letter. However, two months has now passed since we sent our initial letter, and my client requests an update on your investigation and/or a response to the allegations.

To refresh your memory, if necessary, Mr. Clark was a former contestant on *American Idol* which originally aired on Fox in 2003. It came to Mr. Clark's attention that MTV News published a story on July 6, 2011, in which Viacom employee Jim Cantiello claimed that Mr. Clark "was disqualified [from *American Idol*] for lying about a hairy domestic dispute." This statement was and remains blatantly false and was known to be false at the time the statement was published. This knowledge of falsity was known to MTV News and may be easily proven, because Mr. Clark was previously interviewed by MTV News, during which Mr. Clark explained the truth and provided supporting documentation on the issue. At the very least, Jim Cantiello acted with reckless indifference to the truth and created a serious threat to Mr. Clark's reputation. Mr. Cantiello's recent invitation to moonlight with the *XFactor* and the subsequent termination of his employment with your company makes conduct even more peculiar.

Your timely response to these matters would be greatly appreciated and go a long way towards resolving this matter in an amicable and efficient manner. As you can imagine, this false allegation has haunted Mr. Clark for some time and he wishes to move on with his life.

Sincerely,

John Ray Clemmons

The Fridrich Building, First Floor, 2909 Poston Avenue, Nashville, Tennessee 37203
Telephone (615) 460-7478\(615) 254-7770, Facsimile (615) 460-7484

From: (212) 846-6857
Jennifer Kim
MTV Networks
1515 BROADWAY

NEW YORK, NY 10036

Origin ID: NYCA

FedEx Express

E

J11201108050225

Ship Date: 20DEC11
ActWgt: 0.5 LB
CAD: 6260578/WBUS0200

Delivery Address Bar Code

SHIP TO: (212) 846-6857 BILL SENDER
John Ray Clemmons
Chaffin Burnsed & Blackburn
The Fridrich Bldg, 1st Fl
2909 Poston Ave
Nashville, TN 37203

Ref # cole006
Invoice #
PO #
Dept #

WED - 21 DEC A1
STANDARD OVERNIGHT

TRK# 7978 6984 6560
0201

XH RNCA

37203
TN-US
BNA

50FG1/859F/F5F4

## FEDEX SHIPPING LABEL

**Legal Terms and Conditions**

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



January

2012

CDC_001420



CHAFFIN
BURNSED &
BLACKBURN
PLLC
ATTORNEYS AT LAW

February 15, 2012

MTV Networks
Lavatus V. Powell, III
V.P. & Sr. Counsel
1515 Broadway
New York, NY 10036

RE: Corey Delaney Clark

Mr. Powell,

I write to you to follow up on my initial correspondence dated December 14, 2011 to which you responded via correspondence dated December 20, 2011. As previously stated, I represent the legal interests of Mr. Corey Delaney Clark with respect to the matter at issue.

Your timely response indicated that your office was investigating the allegations of my letter and that you would respond shortly, after the investigation was completed. I appreciated the quick response to my initial letter. However, two months has now passed since we sent our initial letter, and my client requests an update on your investigation and/or a response to the allegations.

To refresh your memory, if necessary, Mr. Clark was a former contestant on *American Idol* which originally aired on Fox in 2003. It came to Mr. Clark's attention that MTV News published a story on July 6, 2011, in which Viacom employee Jim Cantiello claimed that Mr. Clark "was disqualified [from *American Idol*] for lying about a hairy domestic dispute." This statement was and remains blatantly false and was known to be false at the time the statement was published. This knowledge of falsity was known to MTV News and may be easily proven, because Mr. Clark was previously interviewed by MTV News, during which Mr. Clark explained the truth and provided supporting documentation on the issue. At the very least, Jim Cantiello acted with reckless indifference to the truth and created a serious threat to Mr. Clark's reputation. Mr. Cantiello's recent invitation to moonlight with the *XFactor* and the subsequent termination of his employment with your company makes conduct even more peculiar.

Your timely response to these matters would be greatly appreciated and go a long way towards resolving this matter in an amicable and efficient manner. As you can imagine, this false allegation has haunted Mr. Clark for some time and he wishes to move on with his life.

Sincerely,

John Ray Clemmons

From: (212) 846-6857
Jennifer Kim
MTV Networks
1515 BROADWAY

NEW YORK, NY 10036

Origin ID: NYCA

FedEx. Express

E

J11201108050225

Ship Date: 20DEC11
ActWgt: 0.5 LB
CAD: 6260578/WBUS0200

Delivery Address Bar Code

SHIP TO: (212) 846-6857 BILL SENDER

**John Ray Clemmons**
**Chaffin Burnsed & Blackburn**
**The Fridrich Bldg, 1st Fl**
**2909 Poston Ave**
**Nashville, TN 37203**

Ref # cole006
Invoice #
PO #
Dept #

**WED - 21 DEC A1**
**STANDARD OVERNIGHT**

TRK# 0201 **7978 6984 6560**

**XH RNCA**

**37203**
TN-US
**BNA**

50FG1/859F/F5F4

## FEDEX SHIPPING LABEL

**Legal Terms and Conditions**

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non–delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1–800–GO–FEDEX (1–800–463–3339).

February
2012

BLANK

CDC_001424

5757 Wilshire Blvd, 9th Floor
Los Angeles, CA 90036-3689

AFTRA *affiliated with the AFL-CIO*
American Federation of Television and Radio Artists

Performer ID: 408301

Corey Clark
501 Idlewood Drive
Mount Juliet, TN 37122-2117



## American Federation of Television and Radio Artists

*affiliated with the AFL-CIO*

# Billings And Payments

Performer Name: Clark,Corey
Performer ID: 408301
SSN: [redacted]
From Date: 01/01/1900
To Date: 01/01/2079

| Date | Billing Period | Billing/Payment | Type | Net Amount | Balance | Local | Adjustment |
|---|---|---|---|---|---|---|---|
| 03/01/2010 | 2009-11 | Billing | Penalty | 5.39 | 5.39 | Los Angeles | |
| 02/01/2010 | 2009-11 | Billing | Penalty | 5.39 | 5.39 | Los Angeles | |
| 01/04/2010 | 2009-11 | Billing | Penalty | 5.39 | 5.39 | Los Angeles | |
| 12/01/2009 | 2009-11 | Billing | Penalty | 5.39 | 5.39 | Los Angeles | |
| 11/01/2009 | 2009-11 | Billing | Dues | 183.49 | 183.49 | Los Angeles | |
| 10/30/2009 | 2009-5 | Billing | Penalty | 5.39 | 5.39 | Los Angeles | |
| 10/01/2009 | 2009-5 | Billing | Penalty | 3.09 | 3.09 | Los Angeles | |
| 09/02/2009 | 2009-5 | Billing | Penalty | 3.09 | 3.09 | Los Angeles | |
| 08/03/2009 | 2009-5 | Billing | Penalty | 3.09 | 3.09 | Los Angeles | |
| 07/01/2009 | 2009-5 | Billing | Penalty | 3.09 | 3.09 | Los Angeles | |
| 06/01/2009 | 2009-5 | Billing | Penalty | 3.09 | 3.09 | Los Angeles | |
| 05/29/2009 | 2009-5 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 05/01/2009 | 2009-5 | Billing | Dues | 183.49 | 183.49 | Los Angeles | |
| 04/01/2009 | 2008-11 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 03/03/2009 | 2008-11 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 02/04/2009 | 2008-11 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 01/05/2009 | 2008-11 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 12/01/2008 | 2008-11 | Billing | Penalty | 1.00 | 1.00 | Los Angeles | |
| 11/01/2008 | 2008-11 | Billing | Dues | 63.90 | 63.90 | Los Angeles | |
| 09/29/2008 | | Payment | TalentCheckDues | 1,019.53 | 0.00 | Los Angeles | |
| 09/26/2008 | | Payment | TalentCheckDues | 0.00 | 0.00 | Los Angeles | |
| 09/26/2008 | | Payment | TalentCheckDues | 0.00 | 0.00 | Los Angeles | |
| 09/26/2008 | | Payment | TalentCheckDues | 0.00 | 0.00 | Los Angeles | |
| 09/26/2008 | 2008-5 | Billing | Dues | 63.90 | 0.00 | Los Angeles | |
| 11/01/2007 | 2007-11 | Billing | Dues | 63.90 | 0.00 | Los Angeles | |
| 05/01/2007 | 2007-5 | Billing | Dues | 63.90 | 0.00 | Los Angeles | |
| 11/01/2006 | 2006-11 | Billing | Dues | 63.90 | 0.00 | Los Angeles | |
| 05/01/2006 | 2006-5 | Billing | Dues | 63.90 | 0.00 | Los Angeles | |
| 11/01/2005 | 2005-11 | Billing | Dues | 138.48 | 0.00 | Los Angeles | |
| 09/01/2005 | 2005-5 | Billing | Penalty | 5.11 | 0.00 | Los Angeles | |

| Date | Billing Period | Billing/Payment | Type | Net Amount | Balance | Local | Adjustment |
|---|---|---|---|---|---|---|---|
| 08/01/2005 | 2005-5 | Billing | Penalty | 5.11 | 0.00 | Los Angeles | |
| 07/01/2005 | 2005-5 | Billing | Penalty | 5.11 | 0.00 | Los Angeles | |
| 06/02/2005 | 2005-5 | Billing | Penalty | 5.11 | 0.00 | Los Angeles | |
| 05/27/2005 | 2005-5 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 05/01/2005 | 2005-5 | Billing | Dues | 138.48 | 0.00 | Los Angeles | |
| 04/04/2005 | 2004-11 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 03/01/2005 | 2004-11 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 02/01/2005 | 2004-11 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 01/03/2005 | 2004-11 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 12/01/2004 | 2004-11 | Billing | Penalty | 3.38 | 0.00 | Los Angeles | |
| 11/29/2004 | 2004-11 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 11/01/2004 | 2004-11 | Billing | SA | 25.00 | 0.00 | Los Angeles | |
| 11/01/2004 | 2004-11 | Billing | Dues | 138.48 | 0.00 | Los Angeles | |
| 11/01/2004 | 2004-11 | Billing | SA2 | 25.00 | 0.00 | Los Angeles | |
| 10/01/2004 | 2004-5 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 09/01/2004 | 2004-5 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 08/02/2004 | 2004-5 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 07/01/2004 | 2004-5 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 06/01/2004 | 2004-5 | Billing | Penalty | 1.65 | 0.00 | Los Angeles | |
| 05/01/2004 | 2004-5 | Billing | Dues | 131.97 | 0.00 | Los Angeles | |
| 01/27/2004 | | Payment | TalentCheckDues | 60.90 | 0.00 | Los Angeles | |
| 01/13/2004 | | Payment | TalentCheckDues | 0.00 | 0.00 | New York | |
| 01/05/2004 | 2003-11 | Billing | Penalty | 1.00 | 0.00 | Los Angeles | |
| 12/01/2003 | 2003-11 | Billing | Penalty | 1.00 | 0.00 | Los Angeles | |
| 11/01/2003 | 2003-11 | Billing | SA | 25.00 | 0.00 | Los Angeles | |
| 11/01/2003 | 2003-11 | Billing | Dues | 60.90 | 0.00 | Los Angeles | |
| 11/01/2003 | 2003-11 | Billing | SA2 | 25.00 | 0.00 | Los Angeles | |
| 09/18/2003 | | Payment | TalentCheckDues | 7.40 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 74.53 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 113.43 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 113.44 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 74.52 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 74.53 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 74.53 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 74.52 | 0.00 | Los Angeles | |
| 09/16/2003 | | Payment | TalentCheckDues | 58.77 | 0.00 | Los Angeles | |
| 05/01/2003 | 2003-5 | Billing | Dues | 58.00 | 0.00 | Los Angeles | |
| 04/23/2003 | 2002-11 | Billing | IF | 1,200.00 | 0.00 | Los Angeles | |
| 04/23/2003 | 2002-11 | Billing | Dues | 58.00 | 0.00 | Los Angeles | |
| 04/23/2003 | | Payment | TalentCheckDues | 650.33 | 0.00 | Los Angeles | |

| Date | Billing Period | Billing/Payment | Type | Net Amount | Balance | Local | Adjustment |
|---|---|---|---|---|---|---|---|

**Total Billings In Date Range: 2,875.71**

**Total Payments In Date Range: 2,396.43**

**Total Billings And Payments For ALL Dates: Total Billings: 2,875.71 Total Payments: 2,396.43**



BLANK

CDC_001429

**CARCO Group Inc.**
1030 Lillington Highway
Spring Lake, NC 28390
USA

Corey Clark
501 Idlewood Dr.
Mount Juliet, TN 37122

37122$2117



# CARCO RESEARCH

5000 Corporate Court, Suite 203
Holtsville, NY 11742

*Investigative Report*

*Date Completed:* 04/03/2003
*Date,Time Printed:* 02/29/2012, 09:40:36
*Client ID:* MMWN99
*Case Number:* 1496648

*Client Reference:* M1768-001
FOX BROADCASTING COMPANY
M1768-00021

## SUBJECT IDENTIFYING INFORMATION

*Subject Name:* CLARK, COREY D
*Current Address:* 2101 Sw Indian Trail
Topeka, KS 66614
UNITED STATES

*Date of Birth:*

## INVESTIGATIVE SUMMARY

| *Category* | *Description* | *Status* |
|---|---|---|
| Criminal | SHAWNEE, KS- FELONY / MISDEMEANOR | Clear |

| Status Definitions | |
|---|---|
| Clear | The report component is complete and there is no discrepant or negative information. |
| Adverse | The report component is complete and includes discrepant or negative information. |
| Pending | The report component remains active and is incomplete. Further information is expected. |
| See Detail | Results are neither clear nor adverse for this component. Refer to "Investigative Detail" pages for more information |
| NotPursued | Activities on this component are not being pursued within this report. |
| Error | The report component could not be completed due to incorrect input of information. |
| Complete | All research objectives for this component have been met. |

DYTEMAN@carcogroup.com
DYATEMAN@

**Subject:** CLARK, COREY D **Page:** 2

**INVESTIGATIVE DETAIL**

## CRIMINAL / CIVIL

A criminal record search for convictions and arrests, where prosecution is pending, was intiated for addresses as per Client specifications on the subject as follows:

| *Name Searched* | *Location* | *Level* | *Status* |
|---|---|---|---|
| CLARK, COREY D | SHAWNEE, KS | FELONY / MISDEMEANOR | Clear |

****** END OF REPORT ******

# *A Summary of Your Rights Under the Fair Credit Reporting Act*

***Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.**
  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.**
  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - A person has taken adverse action against you because of information in your credit report;
    - You are the victim of identity theft and place a fraud alert in your file;
    - Your file contains inaccurate information as a result of fraud;
    - You are on public assistance;
    - You are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.**
  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**
  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**
  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.**
  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**
  A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**
  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**
  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.**
  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**
  For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | PLEASE CONTACT: |
|---|---|
| Consumer Reporting Agencies, creditors and others not listed below | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, D.C. 20580<br>1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, D.C. 20219<br>800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, D.C. 20551<br>202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, D.C. 20552<br>800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>703-519-4600 |
| State-chartered banks that are not members of the Federal reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center<br>2345 Grand Avenue, Suite 100,<br>Kansas City, MO 64108-2638<br>1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, D.C. 20590<br>202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, D.C. 20250<br>202-720-7051 |

*12/29/2004*



BLANK

CDC_001436



March

2012

CDC_001437



BLANK

CDC_001438



BLANK

CDC_001439

CARCO
Group Investigations
17821 E. 17th Street, Suite 160
Tustin, California 92780

neopost
043J83045842
$0.319
03/07/2012
Mailed From 92780
US POSTAGE
FIRST CLASS

Corey Clark
501 Idlewood Drive
Mt. Juliet, TN 37122

**PERSONAL AND CONFIDENTIAL**

MMI an affiliate of CARCO Group, Inc.

## Fox Broadcasting Company

***Participant Report***

*This report is a work product for the express use of Fox Broadcasting Company the contents of which should be considered privileged and confidential.*

Attention of: Marisa Fermin
Report Date: January 15, 2003
Case: American Idol 2

Case #: M1768-00021
Subject #: 25093

### SUBJECT IDENTIFICATION INFORMATION

**Name:** **Clark, Corey D**
**Date of Birth:** 07/13/1980
**Addresses:**

* 123 Creekwood Drive, Mount Juliet, TN 37122
* 14748 Burbank Blvd., Van Nuys, CA 91411
* 18619 Collins Street, #F6, Tarzana, CA 91356
* 2101 SW Indian Trail, Topeka, KS 66614
* 3716 Brian Street, Dallas, TX 75326
* 3717 Ben, #306, Valley Village, CA 91607
* 4212 SW 33rd Terrace, Topeka, KS 66614
* 4880 Burch Creek Drive, Ogden, UT 84403
* 523 Naples Street, #A, Chula Vista, CA 91911

### INVESTIGATIVE SUMMARY

| Category | Status | Description |
|---|---|---|
| Personal Information | See Report | Personal information developed re: Clark, Corey. |
| Driving History | Adverse | California driver's license developed re: Clark, Corey. |
| Criminal | Clear | San Diego County, California, Municipal and Superior Court criminal record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Municipal Court criminal record review re: Clark, Corey. |
| | Clear | Wilson County, Tennessee, General Sessions and Circuit Court criminal record review re: Clark, Corey. |

| | | |
|---|---|---|
| | Clear | Weber County, Utah, Circuit and District Court criminal record review re: Clark, Corey. |
| | Clear | Shawnee County, Kansas, Municipal and District Court criminal record review re: Clark, Corey. |
| | Clear | Dallas County, Texas, County and District Court criminal record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Superior Court criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Middle District of Tennessee, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Northern District of Texas, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Central District of California, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Southern District of California, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Federal District of Kansas, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Federal District of Utah, criminal record review re: Clark, Corey. |
| | Clear | Sex Offenders Registry review re: Clark, Corey. |
| Civil | Clear | San Diego County, California, Superior Court civil record review re: Clark, Corey. |
| | Clear | Wilson County, Tennessee, Circuit Court civil record review re: Clark, Corey. |
| | Clear | Shawnee County, Kansas, District Court civil record review re: Clark, Corey. |
| | Clear | Weber County, Utah, District Court civil record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Superior Court civil record review re: Clark, Corey. |
| | Clear | Dallas County, Texas, District Court civil record review re: Clark, Corey. |
| Statewide Public Filings | Adverse | Kansas statewide public filing review re: Clark, Corey. |
| Media Review | No Record | Newspaper and magazine database review re: Clark, Corey. |

## Personal Information

```
COREY CLARK                        SS: 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 2X   E: GENESIS INTERMEDIA
4212 SW 33RD TER                   DOB: 07/13/80        RPTD: 5-01 I
TOPEKA KS 66614-3608
RPTD: 11-01 U 1X
LAST SUB: 3728505

18619 COLLINS ST APT F6
TARZANA CA 91356-2169
RPTD: 8-01 U
LAST SUB: 3728505

4717 BEN AVE APT 306
VALLEY VILLAGE CA 91607-3965
RPTD: 2-00 TO 12-00 I
LAST SUB: 2307170

2101 SW INDIAN TRL
TOPEKA KS 66614-1359
RPTD: 12-99 I
LAST SUB: 0134170

910 SW FAIRLAWN RD
TOPEKA KS 66606-2340
RPTD: 12-99 I
LAST SUB: 0134170

14748 BURBANK BLVD APT 115
VAN NUYS CA 91411-4325
RPTD: 8-99 U
LAST SUB: 3994284
```

## Driving History

```
LICENSEE NAME/ADDRESS                    MISCELLANEOUS INFORMATION
---------------------------------------------------------------------------
CLARK, COREY DELANEY                     COMMENT: 1099667
                                         REQUESTOR: 1099667
LIC. NO                    DOB      LIC. CLASS    RESTRICTIONS    STATUS
---------------------------------------------------------------------------
D2274653                    07/13/80

ISSUED   EXPIRES  DRIVER DESCRIPTION
---------------------------------------------------------------------------
         07130004 M
===========================================================================

09/21/00 05/29/01 VIOL 216555 VC LANE USE    .VAN NUYS    4HEE633 MK88636

10/06/02 11/06/02 VIOL 27315D VC SEAT BELTS  .GLENDALE    4HEE633 11911QS

09/14/00 07/13/06 LICN-IDONLY SUBJECT ISSUED ID CARD
```

**Statewide Public Filings**

| | |
|---|---|
| Filing Number: | 00L5093 |
| Document Type: | CIVIL |
| Judgment Date: | 06/06/2000 |
| Amount: | $605 |
| Defendant: | CLARK, COREY D.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<br>2101 SW INDIAN TR<br>TOPEKA, KS 66614 |
| Court: | TOPEKA DC MAGIST |
| County: | SHAWNEE, KS |
| Plaintiff: | WALMART SUPERCENTER 1802 |

---

| | |
|---|---|
| Filing Number: | 01004794 |
| Document Type: | CIVIL |
| Judgment Date: | 05/22/2001 |
| Amount: | $836 |
| Defendant: | CLARK, COREY D<br>4212 SW 33RD TE<br>TOPEKA, KS 66614 |
| Court: | TOPEKA DC MAGIST |
| County: | SHAWNEE, KS |
| Plaintiff: | MIDWEST CHECKRITE INC |

TPD 29040-02; DA Intake 200207279-84

IN THE KANSAS DISTRICT COURT
THIRD JUDICIAL DISTRICT, SHAWNEE COUNTY, KANSAS
CRIMINAL LAW DIVISION

STATE OF KANSAS,
Plaintiff,

vs. Case No. 02-CR-2955

CORY D CLARK,
Defendant.
D.O.B.: 071380 6'00" 150 B M BRO BLK
4214 SW 33RD TERR
TOPEKA, KS 66610

DEC -4 [illegible]

12.10pm CMB

## COMPLAINT

COMES NOW, Jean M. Schmidt, a duly appointed, qualified and acting Assistant District Attorney of the Third Judicial District of the State of Kansas, and for and on behalf of said State gives the court to understand and be informed that:

COUNT 01

OBSTRUCTING LEGAL PROCESS OR OFFICIAL DUTY
K.S.A. 21-3808(a)
Class A Nonperson Misdemeanor

On or about the 12th day of October, 2002, in the State of Kansas and County of Shawnee, CORY D CLARK, did, then and there, unlawfully, knowingly and intentionally, obstruct, resist and/or oppose a person, to-wit: Officers Grayson and Evans of the Topeka Police Department, who are authorized by law to serve legal process or in the discharge of an official duty, to-wit: resisted arrest by Officers Grayson and Evans, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

COUNT 02

BATTERY-PHYSICAL CONTACT
K.S.A. 21-3412(b)
Class B Person Misdemeanor

On or about the 12th day of October, 2002, in the State of Kansas and County of Shawnee, CORY D CLARK, did, then and there, unlawfully and intentionally cause physical contact with another person, to-wit: ALICIA CLARK, in a rude, insulting, or angry manner, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

COUNT 03

CRIMINAL RESTRAINT
K.S.A. 21-3424(a)
Class A Person Misdemeanor

On or about the 12th day of October, 2002, in the State of Kansas and County of Shawnee, CORY D CLARK, did, unlawfully, knowingly and without legal authority restrain another person to wit: ALICIA CLARK, so as to interfere substantially with such person's liberty, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

Witnesses

The State of Kansas endorses the following witnesses whom the State may call to appear and testify:

Sgt. Grayson, TPD
Alecia Clark
Ajia Clark, Asia Clark
Officer Wempe, TPD
Officer M. Soden, TPD #367
Officer J. Harden, TPD
Officer K Evans, TPD
Nancy White
DeAndre Anderson
Jessica Juhl

Jean M. Schmidt, Assistant District Attorney for the Third Judicial District of Kansas, within and for said State, being first

duly sworn states that I have read the above and foregoing Complaint and know the content thereof, and that the same is true in substance and in fact to my best information and belief.

Jean M. Schmidt #11138
Assistant District Attorney

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of December, 2002.

JEAN M. SCHMIDT
SENIOR ASSISTANT DISTRICT ATTORNEY

BOND REQUEST $ 250
___ With Prof. Surety
___ With Surety
___ OR
✓ Cash
___ OR Cash Deposit
___ As Set
___ Summons Issued
___ DA'S Office
___ No Contact With Victim(s)
___ Will extradite
___ Will extradite from border states only
___ Will not extradite



BLANK

CDC_001448

 MMI an affiliate of CARCO Group, Inc.

# Fox Broadcasting Company

***Revised Participant Report***

*This report is a work product for the express use of Fox Broadcasting Company the contents of which should be considered privileged and confidential.*

Attention of: Marisa Fermin
Report Date: April 2, 2003
Case: American Idol 2

Case #: M1768-00021
Subject #: 25093

## SUBJECT IDENTIFICATION INFORMATION

**Name:** **Clark, Corey D**
**Date of Birth:** 07/13/1980
**Addresses:**

* 123 Creekwood Drive, Mount Juliet, TN 37122

14748 Burbank Blvd., Van Nuys, CA 91411

18619 Collins Street, #F6, Tarzana, CA 91356

2101 SW Indian Trail, Topeka, KS 66614

3716 Brian Street, Dallas, TX 75326

3717 Ben, #306, Valley Village, CA 91607

4212 SW 33rd Terrace, Topeka, KS 66614

4880 Burch Creek Drive, Ogden, UT 84403

523 Naples Street, #A, Chula Vista, CA 91911

## INVESTIGATIVE SUMMARY

| Category | Status | Description |
|---|---|---|
| Personal Information | See Report | Personal information developed re: Clark, Corey. |
| Driving History | Adverse | California driver's license developed re: Clark, Corey. |
| Criminal | Clear | San Diego County, California, Municipal and Superior Court criminal record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Municipal Court criminal record review re: Clark, Corey. |
| | Clear | Wilson County, Tennessee, General Sessions and Circuit Court criminal record review re: Clark, Corey. |

| | | |
|---|---|---|
| | Clear | Weber County, Utah, Circuit and District Court criminal record review re: Clark, Corey. |
| | Adverse | Shawnee County, Kansas, Municipal and District Court criminal record review re: Clark, Corey. |
| | Clear | Dallas County, Texas, County and District Court criminal record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Superior Court criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Middle District of Tennessee, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Northern District of Texas, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Central District of California, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Southern District of California, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Federal District of Kansas, criminal record review re: Clark, Corey. |
| | Clear | U.S. District Court, Federal District of Utah, criminal record review re: Clark, Corey. |
| | Clear | Sex Offenders Registry review re: Clark, Corey. |
| Civil | Clear | San Diego County, California, Superior Court civil record review re: Clark, Corey. |
| | Clear | Wilson County, Tennessee, Circuit Court civil record review re: Clark, Corey. |
| | Clear | Shawnee County, Kansas, District Court civil record review re: Clark, Corey. |
| | Clear | Weber County, Utah, District Court civil record review re: Clark, Corey. |
| | Clear | Los Angeles County, California, Superior Court civil record review re: Clark, Corey. |
| | Clear | Dallas County, Texas, District Court civil record review re: Clark, Corey. |
| Statewide Public Filings | Adverse | Kansas statewide public filing review re: Clark, Corey. |
| Media Review | No Record | Newspaper and magazine database review re: Clark, Corey. |

## Personal Information

```
COREY CLARK                                SS: 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 2X  E: GENESIS INTERMEDIA
4212 SW 33RD TER                           DOB: 07/13/80       RPTD: 5-01 I
TOPEKA KS 66614-3608
RPTD: 11-01 U 1X
LAST SUB: 3728505

18619 COLLINS ST APT F6
TARZANA CA 91356-2169
RPTD: 8-01 U
LAST SUB: 3728505

4717 BEN AVE APT 306
VALLEY VILLAGE CA 91607-3965
RPTD: 2-00 TO 12-00 I
LAST SUB: 2307170

2101 SW INDIAN TRL
TOPEKA KS 66614-1359
RPTD: 12-99 I
LAST SUB: 0134170

910 SW FAIRLAWN RD
TOPEKA KS 66606-2340
RPTD: 12-99 I
LAST SUB: 0134170

14748 BURBANK BLVD APT 115
VAN NUYS CA 91411-4325
RPTD: 8-99 U
LAST SUB: 3994284
```

## Driving History

```
LICENSEE NAME/ADDRESS                     MISCELLANEOUS INFORMATION
----------------------------------------------------------------------------
CLARK, COREY DELANEY                      COMMENT: 1099667
                                          REQUESTOR: 1099667
LIC. NO                    DOB      LIC. CLASS     RESTRICTIONS     STATUS
----------------------------------------------------------------------------
D2274653                    07/13/80

ISSUED    EXPIRES  DRIVER DESCRIPTION
----------------------------------------------------------------------------
         07130004 M
============================================================================

09/21/00 05/29/01 VIOL 216555 VC LANE USE     .VAN NUYS    4HEE633 MK88636

10/06/02 11/06/02 VIOL 27315D VC SEAT BELTS   .GLENDALE    4HEE633 11911QS

09/14/00 07/13/06 LICN-IDONLY SUBJECT ISSUED ID CARD
```

## Criminal

Name Found: Clark, Cory
DOB Found: 07/13/1980
Address Found: 4214 SW 33rd Road Terrace, Topeka, KS 66610

-----------------------------

Case Number: 02-CR-2955
File Date: 12/04/2002
Disposition Date: 06/19/2003
Charges: Count 1 Obstructing Legal Process of Official Duty
Count 2 Battery - Physical Contact
Count 3 Criminal Restraint
Sentence: Counts 2 and 3 were dismissed. Pled no contest to Count 1. Sentenced to 6 months unsupervised probation.

## Statewide Public Filings

Filing Number: 00L5093
Document Type: CIVIL
Judgment Date: 06/06/2000
Amount: $605
Defendant: CLARK, COREY D.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
2101 SW INDIAN TR
TOPEKA, KS 66614
Court: TOPEKA DC MAGIST
County: SHAWNEE, KS
Plaintiff: WALMART SUPERCENTER 1802

---

Filing Number: 01004794
Document Type: CIVIL
Judgment Date: 05/22/2001
Amount: $836
Defendant: CLARK, COREY D
4212 SW 33RD TE
TOPEKA, KS 66614
Court: TOPEKA DC MAGIST
County: SHAWNEE, KS
Plaintiff: MIDWEST CHECKRITE INC