

**NewsRoom**

3/15/12 Chi. Sun-Times 32
2012 WLNR 5516095

Chicago Sun Times (IL)
Copyright © 2012 Chicago Sun-Times, Inc.

March 15, 2012

Section: Showcase

'IDOL' ERROR

BILL ZWECKER

In the wake of the very embarrassing booting of Jermaine Jones from **"American Idol"** — especially at this relatively late stage in the competition — show sources indicate there will be a major overhaul of how contestants' backgrounds are vetted.

Host Ryan Seacrest announced on Wednesday's show that producers learned information that "left us with no choice" but to eliminate a finalist, and TMZ reported Jones had concealed from producers a criminal history that included arrests alleging fighting and giving fake names to police.

Reportedly, "Idol" honchos will hire a major private security firm that specializes in **background checks** on all kinds of things, including legal records. Top "Idol" execs apparently thought this kind of checking already was taking place and were upset to learn it wasn't.

† The Jones incident brings back memories of season nine, when Corey Clark was forced to exit the show due to pending battery charges.

A much different situation — one that likely wouldn't be much of an issue these days — arose in season two, when Frenchie Davis had to leave after some very racy photos of her surfaced. Thanks to "The Voice" on NBC, Davis again has found her way into the public eye.

HEADED HERE: A hot new couple in real life will hit town this summer to play a couple in a movie. Olivia Wilde of "House" and Jason Sudeikis of "Saturday Night Live" will be here to shoot "Relanxious," based on a screenplay penned by Christopher Storer, who will be making his feature directing debut. Also starring Sudeikis' "SNL" cohort Fred Armisen, plus Brie Larson, "Relanxious" is about an anxiety-filled woman (Wilde) involved with Sudeikis' character who suffers from agoraphobia, a disorder that includes the intense fear of going outside.

† The filming could draw Ashton Kutcher to Our Town to drop in on new galpal Lorene Scafaria, the writer and director who is part of the "Relanxious" producing team.

TV TALK: Chicago's own Bill Petersen is returning to a lead role in a series, his first since exiting "CSI" after nine seasons. The unusual story line of "Hurt People" has Petersen portraying a hitman hired by the crime family that killed his wife to hunt down his own long-estranged daughter — who is obsessed with wreaking revenge on those responsible for killing her mother. Being produced by Gk-tv, the show is being pitched to cable networks, Dead line.com reports.

CDC_001454

BABY BEAT: You've got to love former "Dawson's Creek" star James van der Beek's cute tweets, announcing the birth of his baby boy: "Had my first son this morning. ... Well actually, my wife had him. I just caught him. Wow. ... If you could bottle up and distribute the feeling, I swear there'd be no more war."

Amen.

ROYAL ROMP: While Prince Harry was on his successful tour of the Caribbean nations to honor Queen Elizabeth's Diamond Jubilee, it was noted that Her Majesty's grandson was drawn into prolonged chats with two separate women (one in Belize, one in Jamaica) who were "dead ringers" for his ex-girlfriend, blond South African cutie Chelsea Davy.

FAKE TO TAKE? People in Hollywood were upset — the Disney empire, Walt Disney's heirs and Ron Howard in particular — when a very realistic-looking "Coming Soon" poster surfaced. It promoted "Walt," a movie about the animation and theme park legend starring Ryan Gosling and directed by Howard. It was all a hoax, perpetrated by a French jokester — but it brought up the excellent idea that a film about Disney should be done someday.

---- Index References ----

Company: NBCUNIVERSAL MEDIA LLC; WALT DISNEY CO (THE)

Industry: (Celebrities (1CE65); Motion Pictures (1MO51); TV (1TV19); Special Effects Technology (1SP19); Entertainment (1EN08); TV Programming (1TV26); Entertainment Technology (1EN50))

Language: EN

Other Indexing: (Ryan Seacrest; Christopher Storer; Ryan Gosling; Ashton Kutcher; Jason Sudeikis; Harry; Ron Howard; Jermaine Jones; Olivia Wilde; James van der Beek; Lorene Scafaria; Chelsea Davy; Corey Clark; Bill Petersen; Fred Armisen; Frenchie Davis; Elizabeth; Brie Larson)

Keywords:
IDOL,JONES,JERMAINE,CHECKERED,AMERICAN,APPARENTLY,COM,COMPETITION,PRODUCERS,BILL

Word Count: 601

End of Document                                          © 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.



CDC_001456

**News**Room

3/15/12 Courier-Post (Cherry Hill, N.J.) (Pg. Unavail. Online)
2012 WLNR 5535790

Courier-Post (Cherry Hill, NJ)
Copyright © 2012 Gannett

March 15, 2012

Section: NEWS

Not-so-gentle boot for 'American Idol' contestant from Pine Hill

March 15, 2012 Looks like the gentle giant from South Jersey wasn't so gentle after all. Jermaine Jones, the large baritone singer from Pine Hill who returned to **"American Idol"** after being cut before the semifinal round, has been **disqualified** from the competition for concealing **arrests** from the show's producers. According to The Smoking Gun website, there are several active arrest warrants for Jones in Camden, Gloucester and Salem counties. Video from TMZ showed the 25-year-old vocal instructor returning to Philadelphia International Airport from Hollywood on Tuesday night. Earlier, Jermaine tweeted, "Awww I will no longer b on the show." His Twitter account, @jjonesai11, has since been deleted. At the beginning of Wednesday night's broadcast, "Idol" host Ryan Seacrest said that information from law enforcement "left us with no choice but to eliminate one of the finalists from the competition." Later, during a taped segment, Jones was interviewed by "Idol" executive producers Ken Warwick and Nigel Lythgoe. Warwick told Jones "you were incumbent to tell us the truth about all of this, and you haven't on any level." Jones said he did not disclose the incidents because he was "scared, nervous and didn't want to be judged." The producers informed him that no contestant with an outstanding warrant is permitted to perform on the show. Phone calls to Jones' home in Pine Hill on Wednesday were unanswered. According to Philadelphia TV station Fox 29, reports released by Gloucester Township police on Wednesday show that Jones was arrested twice there and then failed to appear for a court hearing. Last March, Jones was arrested after a disturbance at a hotel, where police say he gave a false name. He was wanted on an outstanding warrant from Winslow. Last November, Gloucester Township police said Jones was arrested again following a traffic stop. Again, he allegedly gave a false name to police and was cited for an outstanding warrant from Winslow. In both cases, police released Jones after he was given a summons, Fox 29 reported. Jones did not attend a subsequent December court hearing and Gloucester Township police say he has two outstanding warrants from the hindering apprehension incidents. In addition, The Smoking Gun reports that Jones had a warrant related to a 2006 drug bust in Salem County and another one from a 2008 case in Woodbury. In that incident, the website says Jones was allegedly cited for having an open container of alcohol. Jones, who was dubbed the gentle giant by Seacrest because of his stature, had performed twice since rejoining "Idol," singing Stevie Wonder's "Knocks Me off My Feet" last week. He was one of the three male singers receiving the fewest votes that week but was not voted off the show. Jones is not the first contestant to get booted from the highly rated show. Corey Clark was disqualified in Season 2 for also concealing an arrest record, and Frenchie Davis was ousted after topless photos of her were found on an adult website. Davis has since rebounded and came in second place on Christina Aguilera's team on "The Voice" last season. "Idol" has also previously disqualified contestants for failing to disclose management contracts or previous vocal recordings.

---- Index References ----

Not-so-gentle boot for 'American Idol' contestant from Pine Hill, 2012 WLNR 5535790

News Subject: (Gun Rights & Regulations (1GU97); Burglary & Theft (1BU41); Social Issues (1SO05); Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Property Crime (1PR85))

Region: (U.S. Mid-Atlantic Region (1MI18); USA (1US73); Americas (1AM92); Pennsylvania (1PE71); North America (1NO39))

Language: EN

Other Indexing: (Stevie Wonder; Ken Warwick; Pine Hill; Christina Aguilera; Ryan Seacrest; Jermaine Jones; Frenchie Davis; Nigel Lythgoe; Corey Clark)

Word Count: 527

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

CDC_001458



CDC_001459

An Arrest Record Fells 'Idol' Contestant, 2012 WLNR 5514754

**NewsRoom**

3/15/12 N.Y. Times C3
2012 WLNR 5514754

New York Times (NY)
Copyright © 2012 The New York Times Company

March 15, 2012

Section: C

An Arrest Record Fells 'Idol' Contestant

BRIAN STELTER

**American Idol** contestant Jermaine Jones is disqualified when producers discover that he had not disclosed an arrest record. (M) The producers of **"American Idol"** moved to disqualify one of that singing competition's semifinalists, Jermaine Jones, on Wednesday after discovering that he had not disclosed an arrest record. His departure was expected to be shown on Wednesday night's broadcast on Fox. It represented the first time in many years that "Idol," now in its 11th season, has booted a "top 12" contestant for prior charges. In Season 2 the producers sent home another semifinalist, **Corey Clark,** for not disclosing his arrest record. TMZ and other Web sites had been investigating Mr. Jones's background in recent days. The Smoking Gun posted documents that showed he had been charged with crimes in New Jersey in the last six years. In some of the cases he was accused of giving a false name to the authorities. Fox declined to comment, but Mr. Jones confirmed in a Twitter message that he was leaving "Idol." The message and his Twitter account were later deleted. This is a more complete version of the story than the one that appeared in print.

—— Index References ——

Company: TWITTER INC

News Subject: (Social Issues (1SO05); Gun Rights & Regulations (1GU97))

Industry: (Satellite Encoders-Decoders (1SA40); Television Ratings (1TE66); TV Marketing & Promotion (1TV57); TV (1TV19); I.T. (1IT96); Satellite Television Equipment (1SA55); Satellite Equipment (1SA89); Entertainment (1EN08); Satellite (1SA91); TV Programming (1TV26))

Language: EN

Other Indexing: (Jermaine Jones; Corey Clark)

Edition: Late Edition - Final

Word Count: 178

End of Document                                      © 2012 Thomson Reuters. No claim to original U.S. Government Works.

CDC_001460

An Arrest Record Fells 'Idol' Contestant, 2012 WLNR 5514754

**NewsRoom**

CDC_001461



CDC_001462

**NewsRoom**

3/15/12 WashingtonPost.com (Pg. Unavail. Online)
2012 WLNR 23610167

WashingtonPost.com
Copyright © 2012 The Washington Post

March 15, 2012

'American Idol' 2012: Producers boot "gentle giant" Jermaine Jones
The contestant booted over run-ins with the law.

Lisa de Moraes

Producers attempting to liven up aging "American Idol" by retrieving Jermaine Jones, who'd been weeded out by the judges, got more than they bargained for when they learned he'd had run-ins with the law using various fake names. "Awww I will no longer b on the show," Jermaine Jones tweeted Tuesday on his official "Idol" Twitter account, after the Web site The Smoking Gun posted documents indicating that he had outstanding arrest warrants in New Jersey. His entire "Idol" Twitter account has been deleted. "Idol" exec producer Nigel Lythgoe told TMZ Wednesday afternoon that Jermaine would be seen on this week's performance show, being given the heave ho. The fake names ultimately did in Jermaine, explained Ken Warwick, who is also an exec producer on the show. "The big problem...was the fact that he had given false names," Warwick said. "There might be other false names and other...charges that we just don't know about." Fox reps could not be reached for comment. Jones dramatically became the 13th member of the "Top-12" when the show's three judges, Steven Tyler, Jennifer Lopez and Randy Jackson regretted their decision to weed out the 6'8" baritone dubbed "The Gentle Giant" by show host Ryan Seacrest. You know – just like last fall when Simon Cowell regretted tossing Melanie Amaro as one of his team members on his singing competition show, "The X Factor" and melodramatically went to her home in Florida to beg her to take him back. And then Melanie went on to win the whole thing. Great TV. Only, the Jermaine Jones story has not played out in quite the same way. Wednesday morning, The Smoking Gun posted court documents alleging Jones is wanted in four counties for failing to appear in court on a variety of criminal charges dating back to 2006. This Web site has, in the past, posted information about other Idolettes that got them bumped off the show. The oldest warrant stems from a 2006 narcotics arrest, according to the Web site. In 2008 Jones allegedly was cited on an open-container charge. In '09 he got busted for providing cops with a false name, Smoking Gun says. And 2011 was a busy year for Jones, having been nabbed twice, and both times gave new names to authorities. This guy's had more names than Sean P. Puff Diddy Daddy Combs. Now, we all know it is a time-honored tradition for pop music performers to get arrested for this and that. The key here is to get arrested once you're famous and lining the pockets of industry suits. Yes, occasionally, if the artist's offense is deemed a particularly heinous one, the singer may have to lie low for awhile, and do some stations of the cross.   The last of which is usually offering yourself up as ratings catnip for a morning infotainment program or late night talk show. And certainly Jones is not the first Idolette with warrants and arrests in his or her past. Some of them have even been allowed to continue to compete – the ones that informed the producers of the incidents BEFORE the start of competition. But the show takes a dim view of Idolettes who withhold distasteful incidents that then get leaked, by outfits like The Smoking Gun, and surprise and embarrasses the show, the network — and the advertisers.  Remember back in 2003 when Fox yanked Corey Clark from the show after learning, from The Smoking Gun, that Clark was due in court for allegedly assaulting his teenage sister and then resisting arrest? That same season, Fox gave the old heave-ho to contestant Frenchie Davis when word got out that she had broken no law by posing, when she was older than 18, for a Web site that catered to kiddie-porn

CDC_001463

'American Idol' 2012: Producers boot "gentle giant" Jermaine..., 2012 WLNR 23610167

fantasies. Fox also booted Jaered Andrews out of the race after discovering he'd been involved in a brawl while celebrating his selection as an "American Idol" semifinalist; the fight led to the death of a bar patron.

—— Index References ——

Company: TWITTER INC

News Subject: (Smoking (1SM71); Health & Family (1HE30); Gun Rights & Regulations (1GU97); Social Issues (1SO05); Drug Addiction (1DR84))

Industry: (Entertainment (1EN08); TV (1TV19); TV Programming (1TV26); Celebrities (1CE65))

Language: EN

Other Indexing: (Jennifer Lopez; Simon Cowell; Sean Puff Diddy Daddy Combs; Nigel Lythgoe; Corey Clark; Randy Jackson; Frenchie Davis; Steven Tyler; Jermaine Jones; Ryan Seacrest; Ken Warwick; Melanie Amaro)

Word Count: 668

End of Document                                     © 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

CDC_001464



CDC_001465

# NewsRoom

3/15/12 Star-Ledger (Newark N.J.) 49
2012 WLNR 5589775

Star-Ledger, The (Newark, NJ)
Copyright © 2012 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

March 15, 2012

Section: Today

'Idol's' history with the law

Vicki Hyman

STAR-LEDGER STAFF

In politics and, apparently, on **"American Idol,"** it's not the crime but the cover-up. Producers on Fox's flagging behemoth require contestants to disclose any previous arrests and conduct a **background check,** but Jersey's own Jermaine Jones has landed in hot water after keeping mum about several arrests, including two in the past year.

In the show's 11-year history, one other finalist has been disqualified for failing to 'fess up about his less-than-pristine past. Early in season two, the website the Smoking Gun dug up Corey Clark's arrest for misdemeanor battery against his 15-year-old sister, resisting arrest and criminal restraint. (The standard **background check** by "Idol" missed the arrest because of a spelling error on the report.) Producers said they disqualified Clark for failing to disclose the arrests because his ongoing court drama "might have affected his participation in the show." Another season two semifinalist, Jared Andrews, also was let go for failing to tell producers about an assault arrest.

Yet season four finalist Scott Savol remained on the show in spite of an arrest for allegedly beating up his then-girlfriend, who is the mother of his young son. The Smoking Gun revealed that Savol allegedly shoved the woman and threw a phone at her. He was charged with felony domestic violence, but later pleaded down to disorderly conduct.

Producers kept him on the show because, they said, he had already told them about the incident and, "considering Scott's honesty and his remorse, the situation did not warrant his disqualification."

Season four finalist Trenyce had a felony theft charge on her rap sheet, but she completed a diversionary program and told producers about the arrest. She made it to the top five.

But there seems to be a bit of a double standard when it comes to other morality issues: Season two semifinalist Frenchie Davis maintains she told producers about posing for topless photos for an adult website, but they only canned her from the show when the reports of the pictures surfaced weeks later.

Point Pleasant semifinalist Antonella Barba was allowed to continue on the show after provocative photos of the 20-year-old were posted on the internet. (She didn't make the finals.) Season seven finalist David Hernandez worked as a stripper who performed lap dances for a Phoenix club's mostly male clientele, but he also remained on the show, although he was voted off shortly after his past became public.

CDC_001466

---- Index References ----

News Subject: (Health & Family (1HE30); Drug Addiction (1DR84); Crime (1CR87); Social Issues (1SO05); Violent Crime (1VI27); Gun Rights & Regulations (1GU97); Assault & Battery (1AS33); Smoking (1SM71); Sex Crimes (1SE01))

Language: EN

Other Indexing: (Corey Clark; Antonella Barba; David Hernandez; Jared Andrews; Scott Savol; Jermaine Jones; Frenchie Davis; Trenyce)

Edition: Update

Word Count: 408

---

End of Document © 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

CDC_001467



CDC_001468

South Jersey singer ousted from 'Idol' hears chorus of support, 2012 WLNR 5737851

**NewsRoom**

3/16/12 Courier-Post (Cherry Hill, N.J.) (Pg. Unavail. Online)
2012 WLNR 5737851

Courier-Post (Cherry Hill, NJ)
Copyright © 2012 Gannett

March 16, 2012

Section: NEWS

South Jersey singer ousted from 'Idol' hears chorus of support

March 16, 2012

A Camden County freeholder on Thursday came to the defense of a South Jersey singer who was booted from **"American Idol"** due to his arrest record.

Freeholder Jeffrey Nash blasted the show's producers for their treatment of Jermaine Jones, a 25-year-old vocal instructor from Pine Hill. Jones was ousted from the show after being confronted on camera over his arrests and outstanding warrants.

"There is never an excuse to break the law or accumulate warrants of any kind," said Nash, who described himself as an "avid fan" of the reality show. "However, for the producers of the billion-dollar show to expose, embarrass and interrogate a young man without an attorney in front of 40 million viewers was an outrage."

"In the future, they should do **background checks** before they start counting their money and playing Judge Judy," said Nash, a Cherry Hill resident, who appears among the 2,000-plus 'friends' on the singer's Facebook page.

**"American Idol"** on Wednesday night showed the exchange between an unsuspecting Jones and executive producers Nigel Lythgoe and Ken Warwick. The producers said the show did not allow contestants to have outstanding arrest warrants.

Jones, who had survived to be among the final 12 singers, said he concealed the information because he was "scared, nervous and didn't want to be judged."

The 6-foot-8 baritone, known as "The Gentle Giant," returned to South Jersey after the show.

He could not be reached Thursday.

Meanwhile, police in Gloucester Township confirmed Thursday that Jones was arrested there twice in the past year for providing a false name. Jones was arrested in March after a disturbance at a hotel and in November after a traffic stop. In each case, he provided a false name and later missed a court appearance.

But Police Lt. Christopher Jones said the charges didn't merit a trip to California to arrest the singer.

Police in Winslow would not comment on a 2009 warrant in that township. Producers said at least one more warrant was outstanding, but details of that case were not provided.

CDC_001469

South Jersey singer ousted from 'Idol' hears chorus of support, 2012 WLNR 5737851

According to Jones' Facebook page, the performer attended Ann Mullen Middle School in Gloucester Township, Overbook High School in Pine Hill and Westminster Choir College at Rider University.

The page on Thursday drew a steady stream of supportive messages from people across South Jersey and the country.

"I'm not watching American Idol anymore," said one post, which was attributed to a Texas woman. "Who kicks someone off a show just for giving a fake name to the cops?"

"Go get (that) record deal!!" another supporter wrote.

Reach Jim Walsh at (856) 486-2646 or jwalsh@gannett.com

---- Index References ----

Company: FACEBOOK INC

News Subject: (Civil Rights Law (1CI34); Property Crime (1PR85); Criminal Law (1CR79); Crime (1CR87); Social Issues (1SO05); Legal (1LE33))

Industry: (Entertainment (1EN08); Internet Media (1IN67); TV Programming (1TV26); TV (1TV19); Online Social Media (1ON38); Internet (1IN27); Internet Regulatory (1IN49))

Language: EN

Other Indexing: (Judy; Christopher Jones; Jermaine Jones; Jeffrey Nash; Nigel Lythgoe; Ken Warwick)

Word Count: 434

**News**Room

CDC_001470



CDC_001471

**NewsRoom**

3/16/12 Chi. Sun-Times 23
2012 WLNR 5644211

Chicago Sun Times (IL)
Copyright © 2012 Chicago Sun-Times, Inc.

March 16, 2012

Section: Showcase

Fox 'confident' in vetting on 'Idol'

The Fox network said Thursday that the vetting process on **"American Idol"** is remaining unchanged, contradicting claims in Bill Zwecker's column Thursday.

Zwecker reported Thursday that, in the wake of Jermaine Jones' disqualification from the show for failing to reveal arrest warrants, "Idol" execs were upset to learn **background checks** on contestants had not been taking place. The column said "Idol" planned to overhaul its vetting and hire a private security firm to conduct such checks.

In a statement, Fox said those claims are "absolutely incorrect. The network already works with an experienced investigative firm and remains very confident in its vetting processes."

—— Index References ——

Company: FOX NETWORK

Industry: (Sports (1SP75); Cable TV Sports Networks (1CA47); TV (1TV19); Entertainment (1EN08); TV Sports (1TV47); TV Programming (1TV26))

Language: EN

Other Indexing: (Bill Zwecker; Jermaine Jones)

Keywords: AMERICAN,BILL,CHECKS,CLAIMS,CONFIDENT,FOX,IDOL,THURSDAY,VETTING,ZWECKER

Word Count: 106

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

CDC_001472



CDC_001473

COPS: WASN'T WORTH CHASING 'IDOL', 2012 WLNR 5655854

**News**Room

3/16/12 Pitt. Post-Gazette C5
2012 WLNR 5655854

Pittsburgh Post-Gazette (PA)
Copyright © 2012 Pittsburgh Post-Gazette

March 16, 2012

Section: ARTS & ENTERTAINMENT

COPS: WASN'T WORTH CHASING 'IDOL'

Beth DeFalco, Associated Press

TRENTON, N.J. -- A police official in a New Jersey town where a **disqualified "American Idol"** contestant is the target of two **arrest** warrants said Thursday the case wasn't big enough to merit going after him in California. Jermaine Jones of Pine Hill, N.J., was kicked off the TV show this week for not revealing he had outstanding warrants. The show's producers say they learned of four warrants as they confronted him about it during a taped segment later aired on television. Police in Gloucester Township confirmed Thursday that Mr. Jones was arrested twice in the past year. They said he gave police a false name. He failed to appear in court, and two warrants were issued. Police Lt. Christopher Jones said the case "wasn't big enough" to merit going after the singer in California. Gloucester police said Mr. Jones gave them the wrong name in March 2011 after they responded to a fight at a Howard Johnson Express Inn. They said he again gave them a false name in November after a car he was riding in was pulled over. In 2009, Mr. Jones was cited in Winslow Township. Police said he was driving with a suspended license and gave police a fake name. He didn't show up for his court date and a warrant was issued. A fourth warrant could not be confirmed Thursday; police in Winslow would not comment on the 2009 warrant. The singer did not immediately respond to calls to his home. Not everyone was thrilled with the producers' treatment of Mr. Jones. Camden County Freeholder Jeffery L. Nash said there was no excuse for breaking the law, but he thought the show could have handled the incident better. "For the producers of the billion-dollar show to expose, embarrass and interrogate a young man without an attorney in front of 40 million viewers was an outrage," Mr. Nash said. "In the future, they should do background checks before they start counting their money and playing Judge Judy."

---- Index References ----

News Subject: (Burglary & Theft (1BU41); Automobile Crime (1AU99); Social Issues (1SO05); Property Crime (1PR85); Crime (1CR87))

Region: (USA (1US73); Americas (1AM92); U.S. Mid-Atlantic Region (1MI18); North America (1NO39); New Jersey (1NE70))

Language: EN

Other Indexing: (Christopher Jones; Jeffery Nash; Jermaine Jones; Judy)

Edition: SOONER

CDC_001474

COPS: WASN'T WORTH CHASING 'IDOL', 2012 WLNR 5655854

Word Count: 332

End of Document                                        © 2012 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

CDC_001475



CDC_001476

STATE OF KANSAS

JEAN M. SCHMIDT
DISTRICT JUDGE

Shawnee County Courthouse
785-233-8200 Ext. 4130
785-291-4917 (FAX)

Topeka, Kansas
66603-3922

CDC_001477



OFFICE OF THE DISTRICT ATTORNEY
THIRD JUDICIAL DISTRICT OF KANSAS

R. LEE McGOWAN
CHIEF OF STAFF
LEE.McGOWAN@SNCO.US

Shawnee County Courthouse
200 SE 7th Street, Suite 214
Topeka, Kansas 66603
(785) 233-8200 Ext. 4334
Fax (785) 291-4909
www.snco.us

CHADWICK J. TAYLOR
DISTRICT ATTORNEY

CDC_001478



State of Kansas
Third Judicial District
A.. .l M. C.Mahan
Clerk of the District Court
301 SE 7th St., Room 209
Topeka, Ks 66603
785-233-8200 ext 4377
785-291-4901
AC.clean@shawneecourt.org

CDC_001479



Tim Hrench.t
295-1184

THE TOPEKA
CAPITAL-JOURNAL
cjonline.com
616 S.E. Jefferson • Topeka, Kansas 66607-1120
Phone 785-295-1111 • FAX 785-295-1824
Toll Free 1-800-777-7171
www.cjonline.com

CDC_001480

**HOFFMAN ⋯ HOFFMAN**

ATTORNEYS AT LAW

Jason P. Hoffman

CoreFirst Bank & Trust Bldg.
100 E. 9th Street - 3rd Floor
Topeka, Kansas 66612

Bus. 785-233-5887
Mobile 785-224-9204
Fax 785-233-2173
jphoffman@sbcglobal.net

CDC_001481

plaintiff, or the state, presents an opening statement in which an outline of the anticipated evidence is given. The defense attorney also may give an opening statement at that point, or in criminal cases it could be reserved until after the prosecution rests its case. The evidence is presented first by the plaintiff (or the state) through exhibits and testimony, all of which are subject to legal challenges by the defendant, including cross-examination of the witnesses. At the conclusion of the plaintiff's case, the defense may, but is not required to, present evidence. Once all the evidence is in, the judge instructs the jury on the law and the lawyers make their closing arguments. The jury then retires to deliberate and return its verdict.

**JUVENILE MATTERS:** Cases involving juveniles fall under two sets of laws. One is called the Code for Care of Children. These matters, by statute adopted by the Legislature, are presumed to be open but can be closed by the court in the interest of the child. The second is cases under the Juvenile Justice Code. Public access is open subject to some restrictions.

**PROBATE MATTERS:** A variety of proceedings fall under the jurisdiction of a judge handling probate matters including the admission of wills to probate and the administration of intestate estates. They also include adoptions of minors and adults, establishment and continuing supervision of guardianships and conservatorships for minors and adults, curatorships and testamentary trusts along with the commitment for treatment of mentally ill persons, alcoholics and drug addicted persons and those persons found to be sexually violent predators.

**DOMESTIC RELATIONS:** Family related proceedings fall under the general heading of domestic relations. These include divorces, child custody and support actions, protection from abuse, annulments and separate maintenance petitions.

**TRAFFIC CASES:** These cases can range from speeding ticket to Driving Under the Influence. Most traffic cases handled by the District Court arise from violations occurring upon county or state highways, but outside the city limits.

However, district courts also handle all appeals from municipal courts.

**SMALL CLAIMS:** Civil cases involving cases with claims of less than $4,000 may be resolved through filing a small claims case without the assistance of an attorney. The clerk of the district court has forms for use by the persons involved in small claims cases.

**OUTSIDE THE COURTROOM:** Similar to the analogy of the duck gliding seemingly effortlessly on a lake, the judges and court personnel are working feverishly behind the scenes, just as the duck paddles beneath the surface, to make the system work smoothly and seamlessly.

**SELECTION AND ACCOUNTABILITY OF JUDGES:** American judges are highly accountable to the public. When a judicial vacancy occurs, a nonpartisan committee of members of the public from Shawnee County (one half lawyers and one half nonlawyers) screens applicants and submits a list of up to three of the most qualified nominees to the governor. The governor appoints the new judge from this list. There is also a Commission on Judicial Qualifications that can unseat a judge if he or she fails to follow the rules that govern a judge's conduct. In addition, every decision of our judges is made in full public view (with a few exceptions for cases involving children, under rules prescribed by the Legislature). Each four years, the public is given the opportunity to vote at the general election whether each judge should be retained in office. Few, if any, other callings enjoy such public scrutiny as judges and their work.

**IN CONCLUSION:** We know that the reasons for visiting a courthouse vary. Some are happy occasions, such as a wedding or the adoption of a child. Other persons, such as jurors and witnesses come simply to do their civic duty. At other times, unfortunately, the business done is not as pleasant. But whatever the reason that might bring you to our courthouse, we want you to know justice is being carried out there daily. You can also rest assured that the dedicated men and women of the trial courts strive at all times to give courteous and dignified treatment to all of our citizens.



# TRIAL COURTS *of* KANSAS

## SHAWNEE COUNTY

**OVERVIEW:** *Throughout Kansas and here in Shawnee County, district courts are the front line of the judicial system. We hope you find this information about your trial court interesting, informative and satisfying.*

**THE ROLE OF THE JUDICIAL COURTS IN AMERICA:** The American legal and judicial system is directly descended from the English system of common law. Common law means, of course, a body of law built up one case at a time over many, many years. Coupled with that common law tradition is the ancient rule of *stare decisis* (which means courts follow precedent when they have it). Precedent, in turn, means rules used and developed by judges when they decided similar cases in the past. The Legislature also enacts laws from time to time and judges are required to follow them when they exist. However, it is estimated that such governing statutes exist in less than half of the cases. The principle reason for this is that where the law is clear, cases are rarely filed, because everyone knows in advance how those cases will turn out once the facts are established. Thus, the cases that are more often filed are those where the law is not clear and a judicial decision is necessary to clarify the rule. You may have heard some persons use the term "activist judges." This term is usually defined to describe judges who "make it up as they go," rather than following existing law. Terms like these often spring from a lack of understanding of the common law system. In America judges are required by our Constitutions to decide every case and controversy brought before them, whether they have a statute of the Legislature or a precedent from a higher court or not. They do not have the luxury of saying, "Sorry, we don't have a case or statute on that yet . . . go away and come back some other year!" Or worse yet, "go settle your dispute with a shoot out on Sixth Street at high noon!" So what do judges do when they are presented with a case that has no precedent to govern it? They must and do decide it anyway . . . consistent with our traditions and general legal values. As you can see, judges are required, at times, to create a rule to decide a case. Of course a higher Court can change the decision of a trial court and the Legislature can pass a law that is different,

but when it's all said and done, the rule settled on becomes the law for that case and for the future. That is how our system of common law works and how it has been created, one case at a time, over a number of centuries in the combined history of England and America. To the English system of common law, America has contributed the notion of the Constitution. Rather than subscribe to the old European idea that Kings rule by divine right, our founders held that our Creator endowed each of us with the ability to govern ourselves and that the authority to govern, given by us to our government, came not from God, but from the consent of the governed – that is, from each of you who live in Kansas and America respectively. Based upon this premise of self-government, we established two limited governments: State and Federal, and prescribed in our Constitutions the limited powers we granted to each. We also clearly stated those powers that we denied to those governments (the Bill of Rights comes to mind as an example). Thus our Constitutions, both State and Federal, are the fundamental law of our land – which even the three branches of government (perhaps we should say especially the government) is required to obey. The Constitution expresses the will of you the people – the source of all power in our democracy. And in our system, it is the Courts, the third, but equal branch of government, which decides in all cases if laws are broken, especially those contained in our Constitutions.

**DID YOU KNOW:** There are approximately a half million new legal cases filed every year in Kansas. Of these cases, 7% are criminal cases (where persons are accused of a crime) and 40% are civil actions (usually suits for money). Juvenile cases account for another 4% and the balance are a mixture of traffic, probate, domestic, small claims, debt collection, and treatment proceedings. But despite the rising tide of litigation, the trial courts of Kansas are nationally recognized as leaders in reducing delay in the courts. Typically, less than 1% of the state's civil cases are over two years old and only 6% of the criminal cases in the entire state are even one year old. In this District, which consists of Shawnee County alone, there are nearly 50,000 new cases filed each year. Of these cases, 50% are small claims and debt collection cases,

21% are traffic cases, 10% are tax warrants, liens and major civil cases, 7% are criminal cases, 6% are domestic cases, 4% are juvenile cases, and 2% are probate cases. One of the most significant features of this District's operations is the automated debt collection system that is held once each week at the ExpoCentre in Topeka. Between 3,000 and 4,000 new cases are resolved there each week, including new debt collection and child support cases and related postjudgment proceedings. All of this is accomplished without the use of any paper, a significant savings to the parties, the court and the environment. In addition the court at the ExpoCentre also monitors over 120,000 post-judgment cases (where judgment has been taken and payments on the debt are being made) throughout the year.

**THE JURY TRIAL:** Most court cases (approximately 95%) are resolved without a jury trial, although many popular television programs may make it seem otherwise. However, the right to a jury trial is guaranteed in both criminal and civil cases and is recognized as the foundation of the American court system. When juries are requested and used, juries determine the facts of the case. In other words, the jury decides what happened. The judge instructs the jury on the law, but the jury applies the law to the facts as they find them to reach a verdict. In civil cases either a six or a 12-member jury may be requested, or by agreement of the parties the jury could be waived and the case tried to a judge alone. Criminal cases require a 12-member jury for felonies and a six member jury for misdemeanors. A majority of ten jurors may decide a civil jury trial, but a unanimous verdict is required in criminal cases and in any six member jury case.

**TRIAL PARTICIPANTS:** Court proceedings are presided over by a judge, whose duty is to apply the law, rule on objections and generally assure all parties a fair trial. The claimant bringing the lawsuit is called the plaintiff in civil cases. The State, through the prosecutor, brings all criminal cases. The one against whom the action is filed is called the defendant, in both civil and criminal cases.

**ORDER OF TRIAL:** Jury trials begin with "voir dire," or questions of prospective jurors concerning their qualifications to sit on the jury. Next the

CDC_001483



June

2012

CDC_001486