Visit a virtual rogue's gallery of celebrity screw-ups, 2003 WLNR 6101416

Language: EN

Other Indexing: (AL GORE; AMERICAN IDOL; B/W; CALIFORNIA HIGHWAY PATROL; JOE MILLIONAIRE; MARINE CORPS; NBC; NOTES; PHOTO; SMOKING GUN; TSG; TV) (Ben Affleck; Corey Clark; Jackson; Jaered Andrews; Jennifer Lopez; Michael Jackson; Rick Rockwell; Rob Campos; Sarah Kozer; Visit)

Edition: FINAL

Word Count: 274

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_002632



BLANK

CDC_002633

Thursday, May 17th, 2012 Multimedia: Videos Podcasts Photos Galleries

Vindy.com
The Valley's Homepage
Incredible care.
Incredibly close.
Humility of Mary
Health Partners
News Opinion Sports Entertainment Classifieds Records Discussions Community Contact Neighbors
Marketplace
Digital Edition Local & Regional National & World Business & Tech Politics Society Education Health & Home Religion Travel Shale Sheet Food
Search
JOBS
HOMES
WHEELS
CLASSIFIEDS
Login Digital Edition Print Edition
- Advertisement -

« News Home

# MERCER COUNTY Man gets prison for part in fight

Comment Email Print

0 Recommend

Published: Sun, August 31, 2003 @ 12:00 a.m.

The victim was kicked and punched after he hit the ground.

By MARY GRZEBIENIAK

VINDICATOR CORRESPONDENT

MERCER, Pa. -- A Sharon man who took part in a bar fight that left another man dead was sentenced Tuesday to two to four years in prison.

Judge Thomas Dobson of Mercer County Common Pleas Court sentenced Jerrold Allen, 32, of Heinz Avenue, to the term for simple assault and recklessly endangering another person, both misdemeanors.

Allen also had pleaded guilty to making fictitious reports. For that, he was sentenced to the 268 days he already served.

The fight

Allen was involved in a fight last Nov. 16 outside the Blue Ribbon Tavern, 731 Broadway Ave., Farrell. Assistant District Atty. Bob Kochems said another man charged in the case punched the victim, Thomas Blakely, 39, of Third Street, Sharon, causing Blakely to hit his head on the sidewalk and suffer a fatal brain injury.

Allen was charged because after the victim hit the ground, he kicked and punched him, Kochems said. Blakely later died at UPMC Hospital in Farrell.

The fictitious reports charge resulted from false statements Allen initially made to the police, Kochems said.

Others sentenced

Several others also were sentenced Tuesday. According to court documents:

Most Commented Most Emailed Popular

Former Valley pair applauds Obama's gay marriage stance (54)
Double homicide in Youngstown (47)
Home Depot's policy on theft puzzles (46)
Boardman police
Public employees get their perks (36)
Bishop, Hagan have 'respectful' meeting (26)

search
VINDY HOMES

Columbiana

Commercial
bedroom, bath
$1850000

Cortland

Residential
3 bedroom, 1 bath
$51000

Browse | Find an Agent | Open Houses

- Advertisement -

UTyrone Peagler, 43, of Hamilton Avenue, Farrell, was sentenced to three to six years for possession with intent to deliver 1.6 ounces of cocaine. In April 2002, he conspired with a woman at a Hamilton Avenue, Farrell, address to sell a large amount of crack cocaine, marijuana and drug paraphernalia. The conviction carries a mandatory three-year minimum sentence.

UTodd Butler, 24, of East State Street, Sharon, was placed on 18 months' probation for theft from a motor vehicle and criminal mischief. On Dec. 5, he smashed windows to gain entry to vehicles parked on several Sharon streets, then stole items from several vehicles, including compact disc players, tools and audio cassettes.

UDale Cantrell, 30, of Rebecca Street, Masury, Ohio, was placed on one year's probation for receiving stolen property, a misdemeanor. He was also ordered to make restitution. Last September, he took a tool set, battery charger, torches and tools valued at $1,739 from Hardesty's Towing, 809 N. Water Ave., Hermitage.

UMichael Czerr, 43, of Mercer-West Middlesex Road, West Middlesex, was placed on 30 months' probation and ordered to make restitution for misdemeanor theft. Last Dec. 28, he took $1,000 worth of jewelry from a Fisher Hill, Sharon, woman.

UMaria DeJesus, 31, of Manhattan, N.Y., was placed on two years' probation for receiving stolen property, a misdemeanor. She was given 144 days' credit for time served. She pleaded guilty in the theft of $322 worth of clothes from the Grove City Factory Stores in Springfield Township.

UAnthony Delgros, 26, of Ohio Street, Sharon, was fined $2,000 for possession and sale of unstamped cigarettes. He also was ordered to forfeit the cigarettes and cash involved. He sold packs of cigarettes that did not have sufficient Pennsylvania cigarette tax stamps through a vending machine at Jacks Are Wild, 7501 Sharon-Mercer Road, Jefferson Township.

UBrian Prosser, 38, of Hadley Road, Hadley, was placed on 18 months' probation and ordered to make restitution for misdemeanor simple assault and harassment. On Jan. 29, he repeatedly struck a woman in the face, causing a fracture in her eye area. The assault occurred on Flick Road, Sandy Creek Township.

UJames Rigby, 19, of New Butler Road, New Castle, was placed on two years' probation for theft from a motor vehicle and recklessly endangering another person, both misdemeanors. One year of the probation will include day reporting. Rigby pleaded no contest to the offenses. Last Dec. 5, he smashed windows in vehicles on several Sharon streets and stole compact disc players and other items from them. On June 13, 2002, while provoking another man to fight, he encouraged a 3-year-old boy to join him, then carried him away from his home toward a busy intersection, over the protests of the child's mother. The mother chased Rigby, then forcibly took the child back. The episode occurred on Smith Avenue, Sharon.

Other stories of interest

- Agee gets 40 years in killing of 'special man'
- Cashing in on the shale boom
- Complaint: Reardon got $115K for bogus debt
- Biden slams Romney's policies during Valley visit

## Comments

Use the comment form below to begin a discussion about this content.

**Log in to comment**

**Username:**

**Password:**

Log in Forgotten your password?

**Sign up**

**Your e-mail:** Sign up

**News**
Top 5 Most Wanted
Digital Edition
Local & Regional
National & World
Business & Tech
PR Newswire
Society
Education
Food
Health & Home
Outdoor
Religion
Travel
Weather
Government Watch
Jim Traficant
Oakhill
InFocus
Chevy Cruze Launch
Broken Lives series
Shale Sheet Fracking

**Opinion**
Opinion
How We See It
Letters
Bertram de Souza
Todd Franko
David Skolnick
Ernie Brown
Sturdy
Louie Free
Voting Guide
Years Ago
Submit a letter

**Entertainment**
Entertainment News
Entertaining Thoughts
Valley24
Dining Guide
Movie Listings
Restaurant Search

**Sports**
Local
Blitz High School Football
Top Athletes 2011
High School Basketball
Greatest Golfer
Jason Kokrak
YSU Sports
Penguins Insider
Phantoms
Kelly Pavlik
National Sports
Outdoor News

**Marketplace**
Vindy Deals
Advertise
These Hundred Years
Bridal Planner
Ask the Expert
Food tips
Photo Store

**Classifieds**
Place Ad
Browse Classifieds
VindyJobs
VindyWheels
VindyHomes

**Records**
Search Stories
Deaths
Tributes/Obituaries
Births
Birthdays
Engagements
Marriages
Anniversaries
Online Archive

**Discussions**
Talk of the Valley
Local Sports
Politics
Outdoors
Story Discussions
Feedback

**Community**
Newspapers in Education
Bright Futures 2011
Kidscoop
Events
Submit an Event
Search Users

**Help**
Contact Us / Feedback
Staff Directory
Terms of Use
Privacy Statement

**Forms**
Anniversary
Birthday
Engagement
Wedding
Club News
Food Sales
Out of town births
Religion
Reunions
Worth a look

**Neighbors**
Austintown News
Boardman News
Canfield News
Poland News

Home • Terms of Use • Privacy Statement • Advertise • Staff Directory • Help
**© 2012 Vindy.com. All rights reserved. A service of The Vindicator.**
**107 Vindicator Square. Youngstown, OH 44503**
**Phone Main: 330.747.1471 • Interactive Advertising: 330.740.2955 • Classified Advertising: 330.746.6565**
**Sponsored Links:** Vindywheels.com VindyJobs VindyHomes.com Pittsburgh International Airport



BLANK

CDC_002637



November
2003

CDC_002638



BLANK

CDC_002639

The Bryan Times - Nov 13, 2003 Browse this newspaper » Browse all newspapers »

# 'American Idol' contestant found not guilty of assault

MERCER, Pa. (AP) — An Ohio man booted off the TV talent show "American Idol" in January was acquitted Thursday of an assault charge in a bar fight that resulted in a man's death.

A jury deliberated about two hours before exonerating Jaered N. Andrews in the fight last Nov. 16 that killed Thomas Blakeley, 39, of Sharpsville. Andrews, 24, of Austintown, Ohio, declined comment after leaving the Mercer County courtroom.

Andrews testified Wednesday that he punched Blakeley in self-defense at the Blue Ribbon Grille in Farrell, about 60 miles northwest of Pittsburgh. Blakeley died when he hit his head on the sidewalk outside the bar after Andrews' punch, authorities said.

Officials at FOX, which produces "American Idol," have repeatedly refused to say why Andrews was removed from the show. Andrews, who appeared on four episodes of the show's second season, maintains he was kicked off because of the bar incident.

Andrews testified he went to the bar looking for a ride home because he knew somebody who worked there.

While at the bar, Blakeley and Andrews argued and eventually got in a fight after Blakeley fondled a female friend of Andrews who had passed out, authorities said.

Andrews wasn't charged with homicide because prosecutors didn't believe he purposely or negligently caused Blakeley's death.

# Man facing life imprisonment

CANTON, Ohio (AP) — A jury has spared a Canton man from the death penalty for killing his 2 1/2-year-old son, who was stabbed 36 times.

A Stark County Common Pleas Court jury deliberated seven hours before recommending Thursday that Robert T. Luke, 24, serve life in prison without chance of parole in the death of his son, Justin Lake.

A formal sentencing for the aggravated murder conviction is scheduled for Monday before Judge Richard D. Reinbold Jr.

The defense had asked jurors to spare Luke's life based on his age, his admission of guilt, his remorse and his surrender to police hours after the killing on the morning of April 28.

According to testimony from police and other trial witnesses, Luke stabbed the boy in rage at his ex-girlfriend, Tanya Beavers, Justin's mother, for going out with her boyfriend that night.

improvement to our system," said Mr. Echler.

"The upgrade will result in better pressure, service reliability and fire fighting capabilities in the downtown area."

The following week, Nov. 24, water department crews will work in the 100 block of North Walnut Street and the intersection of Bryan and Walnut streets will be closed.

During the construction, crews will not restrict entry to businesses or residences; however, Mr. Echler has asked people to refrain from parking in the immediate area.

Bryan Municipal Utilities is installing the new waterline at no charge to the residents or businesses in the project area.

*(Information provided by Bryan Municipal Utilities.)*

FREE
COIN
APPRAISALS

**Have You Ever Wondered?**
What your old Buffalo Nickels, Indian Head Pennies, Silver Dollars, other coins & currency from the past are worth?
**A Professional Coin Expert...**
Will be available to you at no charge courtesy of HCC, Inc & First Federal Bank to evaluate

CDC_002640



BLANK

CDC_002641

NewsRoom

11/14/03 Trib. Rev. (Greensburg Pa.) (Pg. Unavail. Online)
2003 WLNR 13987998

Pittsburgh Tribune Review
Copyright © 2003 Tribune-Review Publishing Co.

November 14, 2003

# Ex-'American Idol' contestant acquitted of assault in bar death

The Associated Press

MERCER -- A man booted off the TV talent show "American Idol" in January was acquitted yesterday of an assault charge in a Mercer County bar fight that resulted in a man's death.

A jury exonerated **Jaered** N. **Andrews** in the fight that killed Thomas Blakeley, 39, of Sharpsville, on Nov. 16. Andrews, 24, of Austintown, Ohio, declined comment after leaving the Mercer County courtroom.

Andrews testified Wednesday that he punched Blakeley in self-defense at the Blue Ribbon Grille in Farrell, about 60 miles northwest of Pittsburgh, near the Ohio border. Blakeley died when he hit his head on the sidewalk outside the bar after Andrews' punch, authorities said.

Officials at Fox-TV, which produces "American Idol," have refused to say why Andrews was removed from the show. Andrews, who appeared on four episodes of the show's second season, maintains he was kicked off because of the bar incident.

Andrews testified that he went to the bar looking for a ride home because he knew somebody who worked there.

While at the bar, Blakeley and Andrews argued and got in a fight after Blakeley fondled a female friend of Andrews who had passed out, authorities said.

Andrews' friend, Jerrold Allen, is also serving two to four years in prison for aggravated assault because he plead guilty to kicking Blakeley in the head. Authorities said those blows weren't fatal, and that Blakeley died from hitting his head on the sidewalk when Andrews punched him.

Andrews wasn't charged with homicide because prosecutors didn't believe he purposely or negligently caused Blakeley's death.

**---- Index References ----**

Region: (USA (1US73); Americas (1AM92); Ohio (1OH35); North America (1NO39))

Language: EN

Other Indexing: (AMERICAN IDOL; BLUE RIBBON GRILLE; MERCER; TV) (Andrews; Blakeley; Jaered N. Andrews; Jerrold Allen; Thomas Blakeley)

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works.

Ex-'American Idol' contestant acquitted of assault in bar death, 2003 WLNR 13987998

Word Count: 313

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_002643

BLANK

5/17/12 'American Idol 2' semifinalist Jaered Andrews acquitted in bar fight death - Reality TV World

REALITY TV WORLD

People News Ratings News Scheduling News Application News Spoiler News
Show Updates Features & Interviews Image Gallery Message Boards Shows Listing

The Amazing Race American Idol America's Got Talent America's Next Top Model The Apprentice Bachelor Pad The Bachelor The Bachelorette Big Brother The Biggest Loser Dancing with the Stars Extreme Makeover Fashion Star Hell's Kitchen Jersey Shore Keeping Up with the Kardashians MasterChef Project Runway The Real Housewives So You Think You Can Dance Survivor Teen Mom Top Chef The Voice The X Factor More Shows

HOME > AMERICAN IDOL > AMERICAN IDOL 2

# 'American Idol 2' semifinalist Jaered Andrews acquitted in bar fight death

**By Wade Paulsen, 11/15/2003**

Like 0 0

Looks like Jaered told the truth.

ADVERTISEMENT

AUGUST 22
NASSAU
COLISEUM
BUY TICKETS!
SPONSORED BY
AIR FORCE RESERVE
Chips Ahoy!
RITZ
American Idol Live! TOUR 2012
American Idol® 19 TV Ltd. & FremantleMedia North America, Inc.
©2012 Kraft Foods

The Associated Press reports that *American Idol* contestant Jaered Andrews, 24, who was disqualified from *Idol* after being selected as one of the 32 semifinalists, was found not guilty of assault yesterday after a jury trial in Mercer, PA over the November 16, 2002 death of 39-year-old Thomas Blakely in a fight outside a bar in Farrell, PA. The jury deliberated only about two hours before rendering its verdict.

After the acquittal was handed down, Jaered, from Austintown, Ohio, declined further comment. However, as we reported in our March 2003 report, the determining factor in the verdict appeared to be Blakely's sexually-oriented aggression toward a young female employee who had passed out at the bar and who was an acquaintance of Jaered's.

As the police report described, Blakely and Jaered subsequently had a confrontation outside the bar. Jaered punched Blakely in the face, and Blakely then fell, hit his head on the pavement, and died from the skull injuries. Jaered was charged with assault (instead of murder or manslaughter) because the prosecution concluded that he did not intend to cause severe bodily harm to Blakely.

**RELATED LINKS**

American Idol Message Boards
RealityTVWorld: American Idol
RealityTVWorld: American Idol 1
RealityTVWorld: American Idol 2
RealityTVWorld: American Idol 3
RealityTVWorld: American Idol 4
RealityTVWorld: American Idol 5
RealityTVWorld: Clay Aiken
RealityTVWorld: Ruben Studdard
RealityTVWorld: World Idol
SirLinksALot: American Idol

More American Idol 2 News

Jaered apparently fully disclosed the incident to Fox and the *American Idol* producers, and he was permitted to continue on the show. When he was charged with assault in January, though, Fox first waited to see if he'd qualify to continue ... and then booted him from the show when he did, apparently leery of the bad publicity that could result from the disclosure of this case. At the time, Fox claimed that it took action because Jaered had once been a member of the Youngstown-based hip-hop group Ordinary Peoples. However, The Smoking Gun subsequently learned the truth.

For Jaered's sake, we're glad that he won't end up singing in "the prison choir" and will instead be able to sing "out loud and humbly proud for all ears to witness, through my voice, that God can keep you and comfort you even when enemies seek to destroy you," as he wished.

**DISCUSS AND COMMENT ON THIS STORY**

Reality TV World has launched a trial program offering Facebook Comments on our stories to provide an enhanced user experience to our readers. To post a comment, log into Facebook and then 'Add' your comment. To report spam or abuse, click the 'X' in the upper right corner of the comment box.

Sit4Less.com
Right Chair, Right Price, Right Now!

realitytvworld.com/.../american-idol-2-semifinalist-jaered-andrews-acquitted-in-bar-fight-death-1992.php 1/3

CDC_002645



***Get more Reality TV World! Follow us on Twitter, friend us on Facebook or subscribe to our RSS feed.***

| OTHER RECENT ENTERTAINMENT NEWS HEADLINES |
| --- |
| • 'Swamp People' star Mitchell Guist's death deemed natural causes<br>• Emily Maynard talks about turning the tables and starring on 'The Bachelorette'<br>• Jennifer Lopez reportedly planning to leave 'American Idol' after two seasons<br>• Sabrina Thompson: 'Survivor: One World's jury voted like they should<br>• Carrie Underwood's 'Blown Away' top album sales chart for second week<br>• 'Fashion Star' crowns Kara Laricks its winning first-season designer<br>• 'Dancing with the Stars' cuts Maria Menounos and partner Derek Hough<br>• 'Swamp People' star Mitchell Guist died while working on houseboat<br>• Nick Stahl reported missing by wife, last seen a week ago<br>• Angelina Jolie buys Brad Pitt a helicopter and flying lessons<br>• Petra Nemcova dating ex Sean Penn after axing engagement<br>• Aaron Sorkin writing script for movie about Steve Jobs<br>• Emily Maynard: I worried Brad or Bentley would be on 'The Bachelorette' |

Aeron
True Black
SIT4LESS EXCLUSIVE
HermanMiller
Authorized Dealer

Ads by Google

Lawyers

Attorneys

CDC_002646

Take Our User Survey

Page generated in 0.012076139450073 seconds

About Reality TV World • Advertise on Reality TV World • Contact Reality TV World • Privacy Policy • RSS Feed

Top Shows: The Amazing Race · American Idol · America's Got Talent · America's Next Top Model · The Apprentice · The Bachelor · Big Brother · The Biggest Loser · Dancing with the Stars · Extreme Makeover · Hell's Kitchen · The Hills Jon & Kate Plus 8 · Project Runway · The Real Housewives · The Real World · So You Think You Can Dance · Survivor · Top Chef

**American Idol**: American Idol 9 · American Idol 8 · American Idol 7 · American Idol 6 · American Idol 5 · American Idol 4 · American Idol 3 · American Idol 2
**The Bachelor**: Bachelor 14 · Bachelor 13 · Bachelor 12 · Bachelor 11 · Bachelor 10 · Bachelor 9 · Bachelor 8 · Bachelor 7 · Bachelor 6 · Bachelor 5
**Top Model**: Top Model 13 · Top Model 12 · Top Model 11 · Top Model 10 · Top Model 9 · Top Model 8 · Top Model 7 · Top Model 6 · Top Model 5 · Top Model 4

All logos and trademarks presented are property of their respective owner. All site content is © 2000-2012 Reality TV World and may not be republished or reproduced without Reality TV World's expressed written permission. This website has been solely developed and presented by Reality TV World, and is in no way authorized or connected with any network, station affiliate, or broadcasting sponsor.

Best sites



BLANK

CDC_002648



BLANK

CDC_002649

NewsRoom

11/17/03 Columbus Dispatch (Ohio) 02B
2003 WLNR 16627263

Columbus Dispatch (OH)
Copyright © 2003 The Dispatch Printing Co.

November 17, 2003

Section: FEATURES - ACCENT & ARTS

A BOOST FOR HIS SPIRITS

Compiled by Mark Naegele

THE COLUMBUS DISPATCH

Luther Vandross, who can speak and walk with assistance but remains far from recovered from a stroke, won a leading two American Music Awards last night in Los Angeles. Vandross was honored as best male R&B performer and for favorite soul-R&B album for Dance with My Father, completed before his stroke in April. 50 Cent also won twice, for best male rap artist and best rap-hip-hop album for Get Rich or Die Tryin, a CD about how he's shortchanged the Grim Reaper -- he's been shot nine times and stabbed. Alabama (favorite country group) collected its record 23rd award, while Aaliyah (best female R&B artist) won her third since her death in 2001. Other winners, based on a survey of radio listeners, included: female country artist, Faith Hill; male country artist, Tim McGraw; country album, Toby Keith's Unleashed; pop album, Justin Timberlake's Justified; pop-rock female artist, Jennifer Lopez; and male pop-rock artist, Kid Rock. Hosted by Jimmy Kimmel, the show began with Britney Spears being lowered onstage in a purple corset, black hot pants and thigh-high boots.

Apologizing is easy

Carol Burnett got a public apology after a tribute to her was left out of CBS' 75th anniversary special. "I am sorry that during the excitement of a live three-hour television event, the wonderful film piece we prepared that paid tribute to the Carol Burnett Show was not aired," executive producer Gil Cates said in an open letter addressed to "Dear Carol" and published in trade papers. "Sometimes 'goofs' happen. We all feel bad about that. I promise that won't happen on the 100th," Cates wrote in the ad that was published in Daily Variety and The Hollywood Reporter. There was a touch of irony in the incident. In 2001, CBS scored big ratings with a special on Burnett's 1967-79 variety show. Its popularity triggered a nostalgic flood of tributes to other old series. A skipped cue failed to bring up clips of Burnett's show before she took the stage, Cates said. Burnett didn't complain and, he apologized to her the next day, he said. Burnett was surprised by the ad, said her publicist, Deborah Kelman. "She's been in live TV her whole life and she certainly understands it and that goofs can happen," Kelman said. "She didn't feel an apology was necessary."

By the way

Buxom screen star Liv Tyler is risking her Hollywood career -- by refusing to lose weight. The 26-year-old has been told by movie bosses she risks missing out on top roles unless she reduces the size of her shapely figure. But Tyler, who trimmed to a svelte 125 pounds for her part as heroine Arwen in the Lord of the Rings trilogy before piling back on 28 pounds after shooting wrapped, insists she is happy with her weight and doesn't want to diet. "I've been told that if I lose weight I'd have more work," she said. "But I refuse to submit myself to Hollywood standards. To the rest of the world I am slim, and I like the way I am."

* A man who was booted off American Idol in January was acquitted of an assault charge from a bar fight two months earlier that resulted in a man's death. A jury deliberated about two hours before acquitting Jaered N. Andrews, 24, in the November 2002 fight in Farrell, Pa. Andrews testified that he punched Thomas Blakeley, 39, in self-defense. Blakeley died when he fell and hit his head, authorities said. Andrews appeared on four episodes of the Fox show before being removed without explanation.

mnaegele@dispatch.com

**---- Index References ----**

Company: VIACOM INC; LAUREN HUTTON; FOX; FOX AND HOUND RESTAURANT GROUP; TOTAL ENTERTAINMENT RESTAURANT CORP; LONE EAGLE PUBLISHING CO LL

News Subject: (Social Issues (1SO05))

Industry: (Entertainment (1EN08); Celebrities (1CE65))

Language: EN

Other Indexing: (AARON LINES; AMERICAN IDOL; AMERICAN MUSIC AWARDS; CBS; CD; DAISY FUENTES; DANNY DEVITO; DEMOCRATIC; FOX; HOLLYWOOD; HOLLYWOOD REPORTER; HOWARD DEAN; JUSTIN COOPER; LAUREN HUTTON; LORNE MICHAELS; MARTIN SCORSESE; RINGS) (Alabama; Andrews; Blakeley; Bob Mathias; Burnett; Buxom; Carol; Carol Burnett; Cates; Dear Carol; Deborah Kelman; Faith Hill; Gil Cates; Jaered N. Andrews; Jennifer Lopez; Jimmy Kimmel; Justin Timberlake; Kelman; Kid Rock; Liv Tyler; Luther Vandross; Mary Elizabeth Mastrantonio; Roland Joffe; Thomas Blakeley; Tim McGraw; Toby Keith; Tom Seaver; Tyler; Vandross; William Moses)

Edition: Home Final

Word Count: 851

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

BLANK

February

2004

CDC_002653

NewsRoom

2/5/04 N.Y. Post 79
2004 WLNR 19650271

New York Post
Copyright © 2002 The New York Post. All Rights Reserved

February 5, 2004

Section: TV Thursday

CHECK IT OUT - 'IDOL' SCREENED ALL 117 OF THOSE HOLLYWOODKIDS

Michael Starr

"THE WHOLE PROCESS OF SCREENING THESE KIDS IS A BIT OF A NIGHTMARE," SAYS AN "AMERICAN IDOL" EXEC.

THE producers of "American Idol" have ratcheted up their screening process this time around - after getting burned three times last season.

"This year, for the first time ever, we screened all of the 117 that came through to Pasadena," "AI" co-executive producer Ken Warwick told MTV.com.

In the past, "AI" producers would screen only the 32 finalists for the show - and even then there were problems. "Generally speaking, the whole process of screening these kids is a bit of a nightmare," Warwick said.

"Some of them are younger, so they're not on the normal registers you would check out."

"AI" producers have learned a lesson from past seasons, when incomplete background checks failed to raise several red flags.

Last season, for instance, Jaered Andrews made it to the finals, but was booted when officials learned he'd been arrested on assault charges connected to a bar fight in which a man died.

Another finalist from last season, Frenchie Davis, was booted when Fox officials learned she had posed topless for a Web site showing pictures of underage girls (daddyslittlegirl.com, now out of business).

Davis, a fan favorite, has since gone on to star in "Rent" on Broadway and the road company of "Dream Girls."

"If a girl's worked in a strip bar, but she's a great singer, we don't care," Warwick said. "But if there is something that is seriously going to bring the show in disrepute, for any reason, it's up to the legal side of Fox and 19 [Entertainment]."

Corey Clark even made it to the final nine contestants last season before getting kicked off the show when news surfaced that he'd been arrested the previous year for assaulting his sister (a charge that was eventually dropped).

If the new, all-inclusive screening process weeded out any contestants with questionable pasts, the "Idol" people aren't saying.

"We don't comment on our risk-management process," a Fox spokesperson said yesterday.

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.

CHECK IT OUT - 'IDOL' SCREENED ALL 117 OF THOSE..., 2004 WLNR 19650271

The third season of "American Idol," meanwhile, continued to roll Tuesday night - snaring over 30 million viewers as the field is narrowed down to the 32 finalists.

---- **Index References** ----

Company: MAYOTTE TOURISME ET VOYAGES

Language: EN

Other Indexing: (AMERICAN IDOL; FOX; GENERALLY; MTV; NIGHTMARE) (CHECK; Corey Clark; Frenchie Davis; Jaered Andrews; Ken Warwick; Warwick)

Word Count: 433

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_002655



BLANK

CDC_002656

NewsRoom

2/28/04 N.Y. Daily News 63
2004 WLNR 21446181

New York Daily News
Copyright © 2004 Daily News, L.P.

February 28, 2004

Section: TELEVISION

# WASHOUT GETTING HIS 'IDOL' MOMENT

RICHARD HUFF DAILY NEWS TV EDITOR

Second chances do exist, after all.

George Huff, one of the early singers who had a chance to go to Hollywood to compete on "American Idol," is getting another shot.

Huff, from New Orleans, will appear on Tuesday's edition of the popular Fox reality series.

He's getting an opportunity because "American Idol" finalist Donnie Williams was cut from the program earlier this week after being busted on a drunken-driving charge.

Williams, who had been scheduled to perform Tuesday night, was arrested late Monday night, when he drove past a police car at 100 mph. He told police he was at a party.

Producers said Wednesday that while Williams has only been charged, and not convicted, they felt that the nature of the charge "warrants his disqualification."

Huff auditioned for the show and was among the 100-plus superstar wanna-bes producers brought to Hollywood for the "American Idol" competition.

However, he was not selected for the final 32, who compete for the grand prize of a recording contract.

The 22-year-old singer auditioned in Houston, though he hails from New Orleans.

His "American Idol" biography says he's been singing since he was 5, writes music and plays the piano.

However, it wasn't those skills that got him back on the show, but rather, Williams' legal problems.

Williams isn't the first contestant to be kicked off "American Idol."

Last season, Frenchie Davis, a hugely popular singer in the early rounds, was dumped by producers after it was revealed that she had appeared nude on an adults-only Web site.

Likewise, Corey Clark was bounced after producers learned he had been charged with a battery offense.

Rounding out what had been a particularly bad season for contestants, **Jaered Andrews** was dropped when he was charged with assault in a bar fight, which ended in a man dying.

**---- Index References ----**

Industry: (TV (1TV19); Entertainment (1EN08); TV Programming (1TV26))

Region: (USA (1US73); Americas (1AM92); Louisiana (1LO72); North America (1NO39))

Language: EN

Other Indexing: (AMERICAN IDOL; DONNIE; WASHOUT; WILLIAMS) (Corey Clark; Frenchie Davis; George Huff; Huff; Jaered Andrews)

Keywords: TV

Edition: SPORTS FINAL

Word Count: 359

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom



BLANK

CDC_002659



March
2005

CDC_002660

**NewsRoom**

3/24/05 Boston Herald 3
2005 WLNR 4639731

Boston Herald (MA)
Copyright (c) 2005 Boston Herald. All rights reserved.

March 24, 2005

Section: News

'Idol' thought: Give out the right number

SEAN L. McCARTHY

"American Idol" executive producer Ken Warwick blames "human error" for the latest snafu to hit the nation's most-watched TV show.

"Idol" scheduled an unprecedented revote and rebroadcast last night after an "outside contractor" botched Tuesday night's graphics, giving viewers the wrong phone numbers for three of the 11 finalists. A new half-hour results show airs tonight at 9 on Fox (WFXT-25).

"After four years of everything being perfect," Warwick explained to reporters in a conference call yesterday, "you just take your eye off the ball for a second."

Perfection, we guess, is relative. Consider "Idol's" track record.

Potential "Idol" Mario Vasquez already left the show and may have signed a deal with Sean "Puffy Puff Daddy P. Diddy" Combs. Warwick said he'd heard that rumor but couldn't confirm it.

Last year:

- A power outage in contestant Jennifer Hudson's hometown of Chicago may have cost her last year's "Idol." No revote occurred.

- Elton John accused "Idol's" voting methods of being racist.

- Fox confirmed it had a policy to combat so-called power-dialers from stuffing the ballot box.

In season two:

- Questions persist about whether Ruben Studdard really won "Idol's" final vote against Clay Aiken.

- Finalist Corey Clark got himself disqualified because he faced assault charges. "Idol" did throw out that week's votes and gave everyone else a free pass, including . . .

- Finalist Trenyce, who had previously been convicted for theft, despite telling "Idol's" Web site that she couldn't think of a most embarrasing moment.

- Two other semifinalists that year got the boot. Frenchie Davis could have won if not for topless photos she posed for years beforehand, while semifinalist **Jaered Andrews** was knocked out for his involvement in a fatal fight.

And then there was the original "American Idol," which culminated in the less-than-perfect movie, "From Justin to Kelly."

**---- Index References ----**

Industry: (TV (1TV19); Entertainment (1EN08); TV Programming (1TV26))

Language: EN

Other Indexing: (AMERICAN IDOL; RUBEN STUDDARD) (Clay Aiken; Daddy P. Diddy; Finalist Corey Clark; Finalist Trenyce; Fox; Frenchie Davis; Idol; Jaered Andrews; Jennifer Hudson; Ken Warwick; Warwick)

Edition: All

Word Count: 387

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom