"Idol" contestants in the past have been disqualified when the show deems that their work or personal history is an issue.

Corey Clark was disqualified for concealing his arrest record during the second season in 2003. Frenchie Davis was also dropped from "Idol" that year because of her previous appearance on an adult website.

During the eighth season in 2009, Joanna Pacitti was shown advancing to the top 36 semifinalists after "Hollywood Week" but was later replaced. Pacitti released an album in 2006 and had ties to 19 Entertainment, which produces "Idol" with FremantleMedia North America.

Chris Golightly was dropped from the top 24 semifinalists in the ninth season in 2010 because he didn't disclose that he had a previous record contract.

In contrast, the singing competition allowed past finalists like the sixth season's Antonella Barba and the seventh season's David Hernandez to stay on after racy photos that appeared to be Barba leaked online. Hernandez was revealed as having once worked as a nightclub stripper.

- *The Associated Press contributed to this report.*

Print    Email    Share    Recommend    404              Share    7

## RECOMMENDED STORIES

Missing New York girl found by FBI in Thailand

Model hits the big time, sues agency for not telling her

Disney cracks down on FastPass enforcement

Bear Grylls sacked by Discovery, 'Man vs. Wild' discontinued

American flag with President Obama's image sparks outrage at Florida Democrats

Before they were famous: From nerds ... to knockouts!

## ALSO ON THE WEB

Kris Humphries Publicly Humiliated in New Way *(Vanity Fair)*

Jennifer Aniston's Face Fell Off; Joan Rivers Talks Labiaplasty [Weekly Round-Up] *(RealSelf)*

Kissing Angelina Jolie Was 'Awkward, Sweaty, And Not Very Nice' *(StyleBistro)*

Dennis Quaid Divorce Details Prove This Should Be His Last Marriage *(MamasLatinas)*

Whitney Houston's Funeral Shows Trouble Already Brewing Around Her Estate *(Forbes.com)*

Daisy Fuentes: Cuban Heat *(Fabulosamente Latina)*

[what's this]

admits to hitting Nicol Sheridan, describes it 'tap'

3  **Oprah Winfrey's OWN ne 'The Rosie Show'**

4  **Angelina Jolie and Billy Cr awkward appearances talk**

5  **Angelina Jolie pens foreword husband Billy Bob Thornton's**



**Bobbi Kristina -- Friends Were Shock She's Dating Her 'Brother'**

**Uganda Prime Minister Amama Mbal to Kony 2012 Video**

**'Kony 2012' Honcho Jason Russell's Meltdown -- CAUGHT ON VIDEO**

**Mike Tyson -- First Las Vegas, Then . BROADWAY!!!**

**'Repo Games' Host -- I Might Be the I**

**LATEST ENTERTAINMENT VIDEC**



**Family Man?**          **Gwyneth Domestic**



**Nicolas Cage gets fired up for Ghost Rider sequel!**          **Navy SE Hollywoo**



**New in Theaters: 3/16**          **Film file:**

CDC_003060



Can't miss offer
AUSTRAL
Limited Time Of
Book Now ⊙
Restrictions,

## GOSSIPCENTER
*Entertainment News Leaders*

Katy Perry Rocks "Let's Dance," Noshes at Nobu

Nikki Reed & Paul McDonald: St. Patrick's Day Lunch Lovers

Sofia Vergara Covers Esquire April 2012

David & Victoria Beckham's St. Patrick's Day with the Brood

Emma Stone Brings "The Amazing Spider-Man" to WonderCon

## TMZ

Bobbi Kristina -- Friends Were Shocked to Hear She's Dating Her 'Brother'

Uganda Prime Minister Amama Mbabazi Responds to Kony 2012 Video

'Kony 2012' Honcho Jason Russell's Naked Meltdown -- CAUGHT ON VIDEO

Mike Tyson -- First Las Vegas, Then ... BROADWAY!!!

'Repo Games' Host -- I Might Be the Next Hulk Hogan

## MAXIM

Five GIF Friday: Tina Fey Photo Bomb, Kiwi on Treadmill, Civil Disobedience, Spin Kick, Donal Trump Trash Can

Best of the Web: Pop Ups in Real Life

Best of the Web: Sports Hotties

The Voice of Archer Tells You Why You Should Tune In

5 Comedies for Hardcore Humor Nerds

## NEWS ONLINE

WATCH: Justin Bieber Crusades Against Texting While Driving (Is It a For-Profit Career Move?)

Bride Wears Gown For Mugshot Following Wedding Day Arrest

Cat Stabs Man (Or So He Says)

Ford Expands F-150 Pickup Recall to Nearly 1.2 Million Vehicles

15 Most Annoying Things About Flying The Unfriendly Skies

## ZAP 2 it

'The Walking Dead': Michael Rooker says he's back for Season 3

TV Ratings: Lehigh's historic Duke upset good for a CBS win

2012 NCAA tournament TV schedule for Saturday, March 17: Happy St. Patrick's Day!

TCM's Robert Osborne: Modern day Drew Barrymore embraces the classic movies

'Teen Mom' Season 4 the end of original four Farrah, Amber, Maci and Catelynn

## JUST JARED

David & Victoria Beckham: Lunch with the Kids!

Charlize Theron: HRC Los Angeles Gala!

Taylor Momsen Performs at the House of Blues

Emma Stone: 'Amazing Spider-Man' at WonderCon

Armie Hammer: 'Mirror, Mirror' After-Party with Lily Collins!

## CE

Vanessa
Austin B
During S
(PHOTO

Very Pro
Simpson
Bump to
(PHOTO

Nickeloc
New On
Show

Channin
Skinny D
Hill (VID

Swimsui
JWoww
Dolphins
(PHOTO

---

| SECTIONS | SHOWS | | TOOLS | ABOUT | FOLLO |
|---|---|---|---|---|---|
| Home | America Live | Happening Now | Trending | Careers | Face |
| Video | America's News HQ | Huckabee | uReport | Internships - FNCU | Twit |
| Politics | America's Newsroom | Justice with Judge Jeanine | Newsletters & Alerts | Fox Around the World | You' |
| U.S. | Cavuto | Red Eye w/ Gutfeld | Blogs | Advertise With Us | RSS |
| Opinion | Fox News Sunday | Special Report | Mobile | Terms of Use | New |
| Entertainment | Fox & Friends | Specials | Podcasts | Privacy Policy | |
| SciTech | Fox & Friends Weekend | Studio B | Radio | Ad Choices | |
| Health | Fox News Watch | The Cost of Freedom | Fox News Store | Contact Us | |
| Travel | Fox Report | The Five | Apps & Downloads | Email Newsroom | |
| Leisure | Geraldo at Large | The Journal Editorial Report | | FAQ | |
| World | Greta | The O' Reilly Factor | | Media Relations | |
| Sports | Hannity | War Stories | | | |
| Weather | | | | | |

This material may not be published, broadcast, rewritten, or redistributed. ©2012 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.

CDC_003061



CDC_003062

3/18/12 Idol's Jermaine Jones I The Smoking Gun

JONAH HILL
CHANNING TATUM
21 JUMP STREET
NOW PLAYING
GET TICKETS & SHOWTIMES

the smoking gun SINCE 1997

# "Idol" Finalist Has Five Active Arrest Warrants

*Jermaine Jones may get boot for hiding record*

2 of 3

www.thesmokinggun.com/file/idols-jermaine-jones?page=1 1/3

CDC_003063

3/18/12                                    Idol's Jermaine Jones I The Smoking Gun



## COMPLAINT - SUMMONS

| COMPLAINT NUMBER | | | THE STATE OF NEW JERSEY |
|---|---|---|---|
| 0415 | S | 2011 002230 | VS. |

**JERMAINE J JONES**

GLOUCESTER TWP MUNICIPAL COURT
PO BOX 8
BLACKWOOD              NJ   08012
(856)228-4000 COUNTY OF:  CAMDEN

ADDRESS

| # OF CHARGES | CO-DEFTS | POLICE CASE #: 2011-43720 |
|---|---|---|

COMPLAINANT VANNONI   DAVID
NAME:        PO BOX 8
             ATTN WARRANTS
             BLACKWOOD        NJ   08012

DEFENDANT INFORMATION
SEX:  M   EYE COLOR  BROWN        DOB:
DRIVER'S LIC. #:                          DL STATE:
SOCIAL SECURITY #:               SBI #:
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11-27-2011 in   GLOUCESTER TWP    ,   CAMDEN   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, WITH PURPOSE TO HINDER HIS OWN
APPREHENSION, CONVICTION, PROSECUTION OR PUNISHMENT, GIVE FALSE INFORMATION TO A
LAW ENFORCEMENT OFFICER, SPECIFICALLY BY THE DEFENDANT GAVE PATROLMAN J. VANONNI
#226 OF THE GLOUCESTER TOWNSHIP POLICE DEPARTMENT THE FALSE NAME OF KAREEM D
WATKINS WITH A DATE OF BIRTH OF 12/03/1984 IN AN ATTEMPT TO AVOID HIS ARREST FOR
NUMEROUS OUTSTANDING WARRANTS FOR HIS ARREST. THIS IS IN VIOLATION OF NJSA
2C:29-3B(4), A DISORDERLY PERSONS OFFENSE.

In violation of:

| Original Charge | 1) 2C:29-3B(4) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ VANNONI  DAVID _____          Date: 11-27-2011

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS:**
YOU ARE HEREBY SUMMONED to appear before this court to answer this complaint. If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

DATE TO APPEAR: 12-13-2011 TIME: 1:00pm       VANNONI  DAVID          11-27-2011
                                              Signature of Person Issuing Summons      Date

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

ORIGINAL

Page 1 of 7

© 2012 TheSmokingGun.com
is part of Adult Swim and the
Turner-SI Digital Network.
All Rights Reserved.

Home    Documents    Buster    Backstage    Mug Shots    Tin

Terms of Use    Privacy Statement    Ad Choices    Submit a Tip    Sign Up Fo

**CDC_003064**

CDC_003065



CDC_003066



**SINCE 1997**

# "Idol" Finalist Has Five Active Arrest Warrants

*Jermaine Jones may get boot for hiding record*

CDC_003067

**W. HARRY EARLE**
**CHIEF OF POLICE**
**FBI NA #234**
DISPATCH: 856-228-4500
FAX: 856-374-3530



**1261 CHEWS-LANDING**
**CLEMENTON ROAD**
**P.O. BOX 8**
**BLACKWOOD, NJ 08012**
www.glotwp.com/police

------------------
Idol's Jermain



## Media Inquiry Statement

The Gloucester Township Police Department has been receiving numerous requests from media outlets for information relating to the arrest by the Gloucester Township Police Department on two separate occasions of Jermaine Jones who has been recently featured on a nationally broadcasted television program.

On 3/5/11 at approximately 3:08 AM Gloucester Township Police responded to the Howard Johnson Inn, 832 Black Horse Pike, for a report of a disturbance. During the course of the investigation officers spoke with Mr. Jones who provided a false name to the officers. Upon further investigation, the officers identified Mr. Jones and he was placed under arrest for Hindering Apprehension and a warrant for failure to appear in court issued by Winslow Township Municipal court. Mr. Jermaine Jones, (age 23 at time of arrest) from Pine Hill New Jersey was released on a summons, which required no bail, and also released on his own recognizance for the outstanding warrant from Winslow Township.

On 11/27/11 at approximately 3:21 AM a Gloucester Township Police Officer conducted a traffic stop along Hickstown Road. The operator of the vehicle, David Branch, (Age 29 at time of arrest) of Lawnside New Jersey was placed under arrest for having outstanding warrants. During the course of the motor vehicle stop and subsequent investigation, the passenger, later identified as Jermaine Jones provided a false name to the officers. Upon further investigation officers learned the identity of Mr. Jones. Mr. Jermaine Jones (24 at time of the arrest) from Pine Hill New Jersey was placed under arrest for Hindering Apprehension and a warrant for failure to appear in court issued by Winslow Township Municipal court. Mr. Jones was released on a summons, which required no bail, and also released on his own recognizance for the outstanding warrant from Winslow Township.

Mr. Jones was scheduled to appear in Gloucester Township Municipal Court on 12/13/12 for both offenses but he did not appear before the court. Mr. Jones currently has two warrants outstanding for failure to appear for the Hindering Apprehension charges from Gloucester Township with a total bail amount of $1,000.

There is no further information being released. The release of arrest photos (mug shots) is not permitted in New Jersey.

Statement Made by: Lt. Christopher Jones, Gloucester Township Police

Date of Statement: 3/14/12

### *DEDICATED TO SERVICE COMMITTED TO EXCELLENCE*

© 2012 TheSmokingGun.com
is part of Adult Swim and the
Turner-SI Digital Network.
All Rights Reserved.

Home    Documents    Buster    Backstage    Mug Shots    Tir

Terms of Use    Privacy Statement    Ad Choices    Submit a Tip    Sign Up Fc

CDC_003068

CDC_003069



CDC_003070

3/18/12                    Jermaine Jones Disqualified From American Idol, Was It Staged?, Christian News



March 23-24, 2012
@ Biola University - La Mirada, California
With special guest Joel C. Rosenberg

**EDITION: U.S.** | INTERNATIONAL | ESPAÑOL | PORTUGUÊS                    Then you will know the truth, and the truth will set

**THE CHRISTIAN POST**    Church & Ministries  U.S.  World  Politics  Entertainment  Tech & Biz  Opinion          Video  Photo    REG

# ENTERTAINMENT *Saturday, Mar 17, 2012*

HOME > CP Entertainment                    MAKE CP YOUR HOMEPAGE    FACEBOOK    TWITTER

## Jermaine Jones Disqualified From American Idol, Was It Staged?

   Comments  2   Share        0        Recommend  1    Send



(Photo: Twitter/HollywoodTV)
"American Idol" hopeful Jermaine Jones.

### FEATURED POSTS

SERIES

**Evangelicals and Muslims: Theologians Say Isaac, Ishmael Story Not Significant**

When examining the issues between evangelical Christians and Muslims, many ...

MINISTRIES

**Illinois Ministries Partner to Open First Bible Seminary in State Prison**

A group of prison and jail Christian ministry

By Benge Nsenduluka , Christian Post Contributor
*March 14, 2012 | 10:26 am*

Disqualified "American Idol" contestant Jermaine Jones' sudden departure has critics questioning whether it was all a publicity stunt to boost ratings.

Jones, dubbed "the gentle giant" by show host Ryan Seacrest, found himself caught in a string of lies which ultimately led to his dismissal but The Hollywood Reporter's, Shirley Halperin, questions whether it was a deliberate set up by crafty show producers.

"The whole 25th candidate was weird to begin with and got sprung on the audience with absolutely no warning, not typical of how Idol operates...producers may have purposely set in motion a cruel charade," Halperin writes about Jones, who was brought back by the judges shortly after being eliminated.

Halperin suggests that the Jones stunt may have been crafted to boost the show's ratings following reports that NBC's "The Voice" has had an impact on Idol's viewers.

"A nasty mini-scandal may be just what the ratings doctor ordered," Halperin wrote.

On Tuesday 25-year-old Jones took to Twitter to let his followers know that he had in fact been



REAL PLANNING,
REAL SOLUTIONS
THAT'S OUR CALLI
CLICK HERE TO LEARN MORE

### Top Stories

**Santorum, Romney Supporters Divided on Religion's Role in Policy Decisions**
It may not surprise many political pundits that ...



**Matthew 6:26-27 - Why Worry?**



**Fun St. Patrick's Day Facts**



**How a Wife Handles Her Husband's Sexual Addiction**



'One State Under God' License Pla

CDC_003071

3/18/12                    Jermaine Jones Disqualified From American Idol, Was It Staged?, Christian News



volunteers from Illinois are ...

COLUMN

**Should a Pastor Continue in Ministry If His Child Proves to Be an Unbeliever?**

How can you manage the flock if you can't manage your household? Good ...

OPINION

**Making GLAAD's 'Accountability' List**



The Gay and Lesbian Alliance Against Defamation has placed 36 commentators, ...

disqualified.

**Like us on Facebook**      Like  54k      Send

"Awww I will no longer b on the show," a tweet from Jones' official "Idol" Twitter account said although the entire account has also been deleted.

Jones, who became a Top 12 finalist, was reportedly sent packing after "Idol" producers discovered that he had lied about his criminal past, which includes arrests for violence, according to TMZ.

Like many critics, Halperin questions how Jones, who reportedly has an outstanding arrest warrant, could have fooled the producers of one of the biggest shows in the U.S.

"What are the chances that Idol's producers, team of background checkers and lawyers would miss two arrests, possibly as-yet-unresolved?" Halperin wrote.

This is not the first time that Idol has been accused of staging an incident in a bid to boost ratings.

Last month 16-year-old contestant, Symone Black, collapsed off of the stage after singing before the judges and although she was fine "Idol" producers forced concerned viewers to tune in to the next episode to find out the status of her well being.


✉ 🖨 💬 Comments  2    👥 Share        0        Recommend  1    Send

# Related


'American Idol's Jermaine Jones Disqualified on Tonight's Show

## Leave a Comment

Login with 📘 ≫ 🆚 Sign up!

Post

Sort by Highlighted Newest Oldest Most agreed Most disagreed       Page 1 of 1 | See all (2 comments)

writerJerome              21 Followers  Mute
2:53 AM on March 15, 2012
It is easy to miss current arrests. The ones you can't miss are the convictions.

Reply                        Agree(1) Disagree(0) Report abuse(0)

**Sale in Texas**
Starting next week, drivers in the state of Texas order a specialty license plate featuring a picture and the words "one state under God" to the d... residents.

**FRC Urges Gay Activists Not to Politicize Rutgers Webcam Case**
After a court on Friday found that a former ...



**NYT Accused of Double Standard Claims to Be Protecting Troops**
The New York Times recently published an ad purchased by an atheist organization called "II Consider Quitting The Catholic Church." But w organization tried to buy a similar advertiseme the newspaper decided not to immediately put causing some to question whether or not the r double standard on religion.

## Most Popular

**Jeremy Lin Combats Racist Tweet With Lov of Jesus**
Jeremy Lin, 23-year-old New York Knicks starting ...

**Top Saudi Religious Official Calls for 'Destruction of All Churches'**
Saudi Arabia's highest official of religious law ...



**Should I Divorce If I'm Miserable?**
My wife and I are at an impasse. There's been no ...



**Megachurch Pastors Offer Advice on Preaching Better Sermons**
How do preachers, particularly megachurch ...



CDC_003072



writerJerome

21 Followers    Mute

2:52 AM on March 15, 2012

Jermaine did not answer truthfully on his questionnaire and it made everyone feel bad. The producers talked with him on-camera and wished him well, but Jones did not deny having hidden his four current arrest warrants. He hoped he could get past the rules he agreed to, but the show had to follow its own rules. Jones was the last-minute addition to the contest's finalists because the judges loved his outstanding voice, the only deep baritone bass.

Reply

Agree(1)  Disagree(1)  Report abuse(0)



Study Anywhere. Anytime.
Continuing and Distance Education

BRIERCREST

## Most Commented

Episcopal Church Releases Draft of Same-Sex Union Rites 🗨 186

Mark Mittelberg: Is Hell Real and Does God Really Send People There? 🗨 337

Obama Justice Department Defends Cross on Public Property 🗨 49

Veterans Call 'Obama' Flag 'Disrespectful,' Demand Removal From Democrat HQ 🗨 67

Atheist Group to Hold 'Freethought' Festival, Concert at Military Base 🗨 39

Should I Divorce If I'm Miserable? 🗨 32

Joni Eareckson Tada on Wilberforce Award, 'Better Off Dead Than Disabled' Mentality



Load more news

## Videos

THE CHRISTIAN P



**Exclusive: Are Evangelical Pare Likely to Abuse?**

Share Video





Exclusive: Michael Hyatt Discusses Being Faithful In The Ministry

Exclusive: Chan's Ne and Person

CDC_003073



# THE CHRISTIAN POST

MUST READ

INSPIRATIONAL VIDEOS

CDC_003074




Pro-Life Group Plans
Exorcism Prayer in
Front of Ohio Clinic


Should a Pastor
Continue in Ministry If
His Child Proves to
Be an Unbeliever?


Persecution Brief:
Nigeria Bombing;
Imprisoned Church
Head in Peril


Santorum, Romney
Supporters Divided
on Religion's Role in
Abortion, Gay


Inspirational Short - The
Running Man


Comfort: Why
(Matthew 6)


Meditation - Thirst for
Righteousness


Life Devotion
Seasons

## Apple Co-Founder Steve Wozniak Joins Long Line for New iPad 3 (VIDEO)

### TRENDING


Nearly 90 Percent of
Mormons Tithe
Regularly, Researchers
Confirm


Inspiration Networks
Defends David Cerullo's
$2.5M Salary


CDC Anti-Smoking
Campaign Features
Amputations,
Tracheotomies, False
Teeth


'Brother of Jesus' Burial
Box Still a Mystery After
Court Decision


New iPad Battery
'Hours' Longer to

CHURCH LOANS    Inc. 50¢    Get Up to 4 offers from Competing lenders    Member Of NATIONAL ASSOCIATION OF CHURCH BUSINESS ADMINISTRATION

**SECTIONS**
Church & Ministries
U.S.
World
Politics
Entertainment
Tech & Biz
Opinion

**EXTRAS**
Health
Movies
Pastors
Travel
Women

**SUBSITES**
CP Blogs
Video Center
Audio Bible
iPost
Books
Shopping
CP en ESPAÑOL
CP em Português

**MORE**
About Us
Contact Us
Corrections
Disclaimer
Media Kit
Banners
Terms & Conditions
Employment
Archives
Q&A
Fan Faves

**WAYS TO GET CP**
RSS
E-mail
Facebook
Twitter

3/18/12                          Jermaine Jones Disqualified From American Idol, Was It Staged?, Christian News

©2012 The Christian Post. All rights reserved.

CDC_003076



CDC_003077


RingCentral Office™
**Virtual Phone System**
• Voicemail   • Internet Fax   • Multiple extensions

RingCentral
TRY IT FREE

RECAP!            Bonnie Says!        Exclusive!          Love Triangle!

      

*'Pretty Little Liars'*     *Khloe: Your Husband*     *Why Lea Michele &*      *Rihanna In Tears Since*
*Season Finale: 'A' Is*     *Lamar Is Too Good To*    *Cory Monteith's*         *Chris Brown Won't*
*Finally Revealed!*         *Lose – Let Him Quit*     *Relationship Won't Last* *Leave Karrueche Tran?*
                            *Reality TV!*             *Past 'Glee'!*

- News & Gossip
- Fashion
- Beauty
- HollyBaby
- Pics
- Bonnie Says
- Idol
- Hunger Games


search

- Rpatz & Kstew
- Bieber
- Love
- Kardashians
- Movies & TV
- Whitney & Bobbi
- The Voice
- Bachelor



18 CommentsBY Kirstin Benson11.02 PM EDT 03.13.2012

# Jermaine Jones Getting Kicked Off 'American Idol' For Hiding Previous Arrests

Tags:
American Idol, jermaine jones



Like  36  comments 18

signup

Sign up for the HL newsletter!

## Jermaine Jones (aka 'The Gentle Giant') isn't so gentle! He hid two prior arrests from producers and is now going to be disqualified from 'American Idol,' TMZ is reporting.

Jermaine Jones seems like a sweet, soft spoken guy, but it turns out he's had some unfortunate run ins with the law that will lead to his elimination from *American Idol*.

TMZ reports the 25-year-old singer and vocal coach was arrested twice last year and has outstanding warrants. In fact, one of his arrests was due to violence!

That said, we have to wonder if producers weren't more upset with the fact Jermaine allegedly lied about being abandoned by his father 10 years ago, when, in fact, his dad has a relationship with him.

When **HollywoodLife.com** reached out to *American Idol* reps, they had "no comment."

Jermaine will have one final appearance tomorrow, but will be ousted after that. Will YOU miss him? Sound off below!

### Should Jermaine be eliminated from 'American Idol'?

CDC_003079

○ Yes!                        ○ No.

○ I'm not sure.

( Vote )    View Results   Share This   Polldaddy.com

**More 'American Idol' News**

▷ Ryan Seacrest Being Replaced By Neil Patrick Harris On 'American Idol'?
▷ Will Ryan Seacrest Be Fired From 'American Idol?'
▷ Scotty McCreery Is Youngest Guy To Ever Debut At The Top Of The All-Genre Charts With His First Album!

CDC_003080

## American Idol

**Web**       **Video**       **Images**

   

SEE MORE RESULTS >>



**Citi Simplicity® Card.**
• No late fees and no penalty rate
• 0% intro APR for 18 months

Citi Simplicity® Card          Learn More ►

# Related stories on HollywoodLife.com



Jermaine Jones: Kicked Off 'American Idol' To Boost …
read more >>



'American Idol' Recap: Jessica Sanchez Nails Whitney …
read more >>



Heejun Han: 'American Idol' Made 'The American …
read more >>



Demi Lovato Will Sing A Romantic Song On 'American Idol'
read more >>

## Leave a Reply

To comment, please fill in the fields below, enter your comment and select the Comment button.

[                ] Name (required)

[                ] Email (will not be published) (required)

CDC_003082

Post Comment

## View Comment



**Shelby**

**Posted at 11:19 PM on March 14, 2012**

It is his fault he shouldnt have sign up he is very stupid and sucks now

Reply

Share this comment at



**Skylar**

**Posted at 9:09 PM on March 14, 2012**

I thought he sucked and this just goes to show:
What goes around comes around.

Reply

Share this comment at



**Ashley**

**Posted at 8:11 PM on March 14, 2012**

Wow I bet you he had one American Idol and I really did like him until I found out that he got arrested.

Reply

CDC_003083

3/20/12                    Jermaine Jones Eliminated From American Idol -- Arrested For Violence

Share this comment at 



**Denise**

**Posted at 1:10 PM on March 14, 2012**

I 100% agree with Jen!BACKGROUND CHECKS!!!!!He has warrants out for his arrest for violence?!!
Absolutely should be kicked off "IDOL".They should turn him in.He was not that great anyway in my
opinion.Wouldn't have lasted long anyhow!

Reply

Share this comment at 



**Jen**

**Posted at 11:34 AM on March 14, 2012**

I think before the auditions before American Idol Season twelve, applicants should file out an application so a
background check is done ahead of time, so they can be contacted if they are eligible to be in the competition.

It would be fair.

Reply

Share this comment at



**Sherry**

**Posted at 6:47 PM on March 14, 2012**

I agree with Jen. Background checks should be done ahead. This is a potential career & should be handled
as such. Jermain was a "goober" anyway — very slow to answer questions & not very professional to be
America's Idol. I won't miss him at all!

Reply

Share this comment at 

CDC_003084

**Shelby**

**Posted at 11:22 PM on March 14, 2012**

I say the same

Reply

Share this comment at 



**Jen**

**Posted at 11:21 AM on March 14, 2012**

I don't think he should be kicked off the show. So, if he is off the show then what about when we vote tonight.

Being that he is already eliminated, then what about tonight's vote.

Reply

Share this comment at 



**LHP**

**Posted at 9:15 AM on March 14, 2012**

I was initially upset for him not getting a chance to turn his life around, but in order to sincerely get a "fresh start", one must deal with their past, not run and hide from it, and lie about it. Jermaine has great talent, but to be a true "Idol", he has to face his mistakes, prove to others that he can be someone to look up to, instead of being a poster boy for lying and denying. He can backtrack and try to say he didn't say anything about his dad abandoning him, but I remember him implying that, that is the reason I teared up when he sang about dancing with his father again...now I feel like I'd been tricked and my emotions were played by a liar. I'm praying for this guy to get himself straight, and come back with a powerful message of TRUE triumph!!

Reply

Share this comment at 



**karla delara**

**Posted at 7:44 AM on March 14, 2012**

CDC_003085

Who cares what he has done in his past. Look at what 99% of celebrities have done and or are doing. If he needs to go then we need to get rid of all the celebrities out there that have ever done something to get in trouble with the law. Come on Steven Tyler you know what I'm talking about, stand up for him. I know you've been in trouble, but I still love you.

Reply

Share this comment at



**JCP**

**Posted at 7:09 AM on March 14, 2012**

It's ok for a celebrity to do drugs, get arrested etc…but it's not ok for someone who is trying to start in this business to get a second chance. Wow!

Reply

Share this comment at



**M**

**Posted at 3:11 AM on March 14, 2012**

I can't believe he's getting disqualified for something he did in the past!!!
He has an awesome voice, which I love… I think he should stay…
I think American idol should give him a chance, this could better him as a person….

Reply

Share this comment at



**Diane Kearney**

**Posted at 8:11 AM on March 14, 2012**

I agree. This could be the experience that helps him get right back on track. He probably concealed it due to fear.

Reply

Share this comment at



**AJ**

**Posted at 1:12 AM on March 14, 2012**

Well...Age and wealth ain't nothing but a number for

these loved-up A-Listers. My BF and I both think so! He

is almost 10 years older than I. We met via

~~~Agelessmeet .COM~~ a nice place for younger women

and older men, or older women and younger men, to interact

with each other! Maybe you wanna check it out or tell

your friends :)

Reply

Share this comment at 



**rlm**

**Posted at 12:06 AM on March 14, 2012**

what does his past have to dom with his singing ability? i mean really...isn't that why they call it the past...you can't change it and it doesn't change the fact that he is a great singer!!!!

Reply

Share this comment at 



**Denise**

**Posted at 1:16 PM on March 14, 2012**

For one thing it's not the past!He has arrest warrants out currently right now!!!A great singer?!Really?!! I think not.

Reply

Share this comment at



**ana**

**Posted at 11:21 PM on March 13, 2012**

give him a chance to change his life....

Reply

Share this comment at



**M.R.V.**

**Posted at 6:42 AM on March 14, 2012**

It would be one thing if this was years in his past and not simply months ...
IF the facts in the article are correct then singing aside:
1. The crimes were done last year, so he is probably on probation, which means he has restictions and a parole officer he needs to check in with.
2. He has outstanding warrents ... not AI fault ... but they can't harbor a "criminal".
3. Change is good, giving someone the chance to make changes is good ... but he obviously isn't wanting to make postitive changes by breaking parole, conducting himself in such a way that he is again a wanted man and then lying to all producers and all America about all this to get on AI.
To recent, he still is "playing" people and he needs to take care of that first.

Reply

Share this comment at

CDC_003088





*Email*

**SIGN UP!**

- 
- 
- 
- 



1 Snooki Reaches Goal Weight Of 98 lbs & Tweets Pics Of Her Skinny …

2 'Pretty Little Liars' Season Finale Scoop: Which Couple Will …

CDC_003089

**3** Miley Cyrus Takes A Racy Naked Pic While She's Getting A Tattoo!

**4** Leah Messer & Jenelle Evans Quitting 'Teen Mom 2'? Here's Why

**5** Kristen Stewart Wore Robert Pattinson's T-Shirt To 'Snow White' …

## Today On HollywoodLife!



Justin Bieber: Will He Choose His Career Over Selena Gomez?

*read more! >>*



Kristen Stewart Arrives In NYC For 'Today Show' Re-Wearing Her Leather Jacket

*read more! >>*

## Today On Fashion & Beauty!



Emma Stone Gets Back To Blonde — Do You Miss Her Red Hair?

*read more! >>*



Lily Collins 'Mirror Mirror' Premiere: She Looks Like A Princess

*read more! >>*

## Today On HollyBaby!



Kris Jenner Posts Pic Of Herself Topless & Pregnant

*see pic! >>*



Snooki Shows Off Her Baby Bump During Spring Break In Mexico

*see pic! >>*

# HOT From Our BFF's!



Cute Pic! Beyonce & Baby Blue Ivy Wear Matching Shoes! >>

CDC_003090

Josh Hutcherson, Liam Hemsworth &
Alexander Ludwig Heat Up Toronto ...    *Celebuzz*

Ashton Kutcher Books Ticket To Space – To Get
Away From Demi Moore    *Celebrity Dirty Laundry*

Donald Driver Dancing With The Stars: Keys To
Victory Packers WR Must ...    *Bleacher Report*

'Two And A Half Men' Resurrects Charlie
Sheen's ...    *AOL TV*

What's This?





Khloe Kardashian: Your
Husband Lamar Odom Is Too
Good To Lose – Let Him Quit
Reality TV!

*read more! >>*



Frozen Planet Recap: Will The
Mama Polar Bear & Her Twins
Survive Or Starve To Death?

*read more! >>*

- 
- 
- 
-



One Direction Puppy Love — PICS
see more pictures! >>



Best Dressed Celebrities Of The Week On The Red Carpet
see more pictures! >>



Celebrity Mom Twitpics Of The Week — Cute Pics
see more pictures! >>



Hollyreal 2

**CDC_003092**

see more pictures! >>





- Josh Hutcherson, Liam Hemsworth & Alexander Ludwig Heat Up Toronto (PHOTOS)
- Kellan Lutz Steps Out for a Worthy Cause at Saving Innocence Launch (PHOTOS)
- Kendall & Kylie Jenner: Interviewing the Cast of 'The Hunger Games' (PHOTOS)
- 'Pretty Little Liars' Season Two Finale — A is Revealed! Who Is the Culprit?
- Brad Pitt on 'Make It Right' Foundation: I'm Getting Far Too Much Credit For This

## MOVIE|LINE

- Twilight vs. The Hunger Games: Which Series Will Come Out On Top?
- First Look: Joseph Gordon-Levitt as Bruce Willis as a Time-Traveling Assassin in Rian Johnson's Looper
- Disney Predicts $200 Million Loss on John Carter

## DEADLINE

- 'Hunger Games' Soundtrack Due Wednesday Heats Up With Sting, Taylor Swift, Maroon 5
- 'Terra Nova's Jason O'Mara To Co-Star Opposite Dennis Quaid In Ralph Lamb Pilot
- 'Chronicle' Helmer Josh Trank Lands On 'The Red Star' At Warner Bros

## TV|LINE

- Smash Recap: If You Can't Stand the Heat, Check Out the Size of the Fridge in Julia's Kitchen
- Dancing With the Stars Season Premiere: Most Fabulous First Week Ever?
- Pretty Little Liars Finale Recap: 'A' Is Unmasked!

Copyright © 2011 PMC. All rights reserved.

- Feedback
- Contact Us
- Advertise with Us
- Corporate
- Privacy Policy
- Terms of Service



BGR

- Microsoft patent suggests eyewear integration for Xbox, Windows Phone
- Dish Network's spectrum should avoid GPS issues suffered by LightSquared, analysts say
- Kim Dotcom may be able to reclaim his assets thanks to a 'procedural error'

hollybaby

- 'Pretty Little Liars' Season Finale Recap: 'A' Is Finally Revealed

CDC_003094



CDC_003095