NewsRoom

2/8/07 Miami Herald A4
2007 WLNR 2379622

Miami Herald (FL)
Copyright © 2007 The Miami Herald

February 8, 2007

Section: A

# 'Idol' hopeful

rejected for pot rap?

Akron Watson, an American Idol contestant from Dallas and one of the feel-good stories of the new season, has been disinvited from the Hollywood round of the show, possibly after producers discovered a pot bust on his record, reports TMZ.com.

Watson, whose San Antonio audition aired on Tuesday night's Idol, was arrested in April 2003 on a charge of misdemeanor possession of marijuana.

Meanwhile, another contestant from San Antonio, Ashlyn Carr, was reportedly arrested in August and accused of pouring sugar into the gas tank of her ex-boyfriend.

Carr was criticized by Idol judges for making "weird" facial expressions during her audition, and was initially rejected. The judges invited her back, however, and sent her through to Hollywood. No word on her current status.

**---- Index References ----**

Language: EN

Other Indexing: (AKRON WATSON **AMERICAN IDOL**; WATSON) (Ashlyn Carr; Carr; Idol) (Dallas) (Hollywood) (San Antonio) (San Antonio) (Hollywood) (us; usa; na; us.fl; us.fl.miami; us.ca; us.tx; us.ca.hollyw; us.tx.dallas; us.tx.sanant)

Keywords: (NT/NEC); (SU/people)

Edition: FL

Word Count: 159

**End of Document**

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

'Idol' hopeful, 2007 WLNR 2379622

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.
2

CDC_003750



BLANK

CDC_003751

# TELEVISION / Pop singer grabs a golden "Idol" ticket / Ashlyn Carr hopes to make her mark in Hollywood

JOEY GUERRA | Houston Chronicle

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

2/8/07 Hous. Chron. 2
2007 WLNR 2494080

Houston Chronicle
Copyright © 2007 Houston Chronicle

February 8, 2007

Section: STAR

TELEVISION / Pop singer grabs a golden "Idol" ticket / Ashlyn Carr hopes to make her mark in Hollywood

JOEY GUERRA

Read recaps and comment on this season of **American Idol** at blogs.chron.com/tubular

Sugar Land native **Ashlyn Carr's** emotional audition on "**American Idol**" Tuesday was one of this season's first truly suspenseful moments.

The aspiring pop singer was rejected by the show's judges, only to be called back and given a golden ticket to the next round in Hollywood. Judge Simon Cowell said of the second chance, "we've never done this before."

But Idol gossip sites and blogs buzzed Wednesday about Carr's November arrest for putting sugar in an ex-boyfriend's gas tank. Carr was arrested on criminal mischief charges and booked at the Walker County Jail, according to the police report.

The incident was written about in the Houstonian, Sam Houston State University's student newspaper.

"I'm sure there are a lot of rumors going around, but we prefer not to even comment on anything other than Ashlyn's singing," mother Karren Carr said.

She did say her daughter, who performs regularly around the city and was featured in a 2006 Chronicle prom fashion story, was home and in good spirits.

Ashlyn was a standout during Tuesday's audition, which was taped last year in San Antonio.

Despite a strong vocal on Nina Simone's Feeling Good, she was turned down by judges Paula Abdul and Randy Jackson. Both claimed to be distracted by her facial expressions.

Carr made a tearful departure before Cowell convinced the other two judges to give her a second chance. After singing Natalie Cole's Inseparable she advanced to Hollywood. (Carr's MySpace page has clips of her singing both songs.)

Jack Choate, the first assistant district attorney in Walker County, said Wednesday his office would not pursue the charge against Carr as long as she pays for damages to the car.

But Idol officials had no comment on whether she would remain on the show.

Per Idol contracts, Carr's mother offered no details on her daughter's status in Hollywood, other than to say she had "no regrets" and has done "quite well" since that first audition.

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.

"Now, when she becomes the American Idol," she said, "are you going to write something about that?"

**---- Index References ----**

Company: SAM; SOCIÉTÉ D'ACIERS D'ARMATURE POUR LE BÉTON

News Subject: (Social Issues (1SO05))

Industry: (Entertainment (1EN08); Celebrities (1CE65))

Language: EN

Other Indexing: (AMERICAN IDOL; HOUSTON STATE UNIVERSITY; HOUSTONIAN; IDOL; SAM; WALKER COUNTY JAIL) (Ashlyn; Ashlyn Carr; Carr; Cowell; Jack Choate; Karren Carr; Natalie Cole; Randy Jackson; Read; Simon Cowell)

Edition: 2 STAR

Word Count: 421

End of Document

© 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom



BLANK

CDC_003755

# IDOL CHATTER

Heather Svokos, Star-Telegram Staff Writer | Fort Worth Star-Telegram (Fort Worth)



WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

2/9/07 Ft. Worth Star-Telegram B2
2007 WLNR 2538277

Fort Worth Star-Telegram (Fort Worth)
Copyright © 2007 Fort Worth Star-Telegram

February 9, 2007

Section: B

IDOL CHATTER
Texans' struggles make for good TV

Heather Svokos, Star-Telegram Staff Writer

If you're one of the American Idol faithful, you've probably heard about the plights of two Texas contestants who won the coveted "golden tickets" that should have sent them on to the Hollywood round.

They are Akron Watson of Dallas and Ashlyn Carr of Houston, and they've both faced some thorny legal issues.

Watson, who has an arrest for marijuana possession on his record, has been cut from the show; producers didn't explain his sudden rejection. And Carr, whom judges greenlighted after giving her a rare second-chance audition, allegedly confessed to pouring sugar into her ex-boyfriend's gas tank. Her fate on the show hasn't been revealed.

Still, some viewers were perplexed, especially in Watson's case. Why were his performance and back story given so much screen time on Idol this week when he was dropped from the show as far back as November?

In a news conference call Thursday, American Idol executive producer Nigel Lythgoe was asked that question more than once.

"Because it was a very important part of the show that week; it showed something that was unique," Lythgoe said.

But what about viewers who feel they're already invested in Watson?

"They've got another 174 people to get invested in," Lythgoe said. "I don't want to cut out what is a good story for that show. ... Investing in that boy at that point is what I'd like you to do. I would've liked to have done that with a lot of other people who are going to disappear during Hollywood week. ...

"If he'd have murdered someone, we might've thought twice," he said. "We would certainly attempt to stop him being on television."

A lighter moment from the conference call came when Lythgoe talked about his visit to San Antonio for the auditions.

"I was upset with seeing the Alamo; I thought it looked a bit like Taco Bell."

**---- Index References ----**

Company: TACO BELL

IDOL CHATTER, 2007 WLNR 2538277

Region: (USA (1US73); Americas (1AM92); North America (1NO39); Texas (1TE14))

Language: EN

Other Indexing: (**AMERICAN IDOL**; IDOL; TACO BELL) (Akron Watson; Ashlyn Carr; Carr; IDOL CHATTER; Investing; Lythgoe; Nigel Lythgoe; Watson) (Texas) (Hollywood) (Dallas) (Houston) (Hollywood) (San Antonio) (us; usa; na; us.tx; us.tx.frtwrt; us.ca; us.ca.hollyw; us.tx.dallas; us.tx.houstn; us.tx.sanant)

Keywords: (XC/NYSE); (NT/NEC)

Ticker Symbol: NYSE:ALG

Edition: Tarrant

Word Count: 358

End of Document © 2012 Thomson Reuters. No claim to original U.S. Government Works

NewsRoom

WestlawNext © 2012 Thomson Reuters. No claim to original U.S. Government Works. 2

CDC_003758

# Frenchie Davis

From Wikipedia, the free encyclopedia

**Franchell "Frenchie" Davis** (born May 7, 1979) is an American Broadway performer and a soul, dance/electronica, and pop singer. She was also a contestant on the second season of the American reality television show *American Idol*. Davis performed in *Rent* on Broadway in 2003 and was a member of the cast for 4 years. In 2011 Davis became a Top 8 semi-finalist and came in Second place on Christina Aguilera's team on the first season of *The Voice*.

**Frenchie Davis**

Frenchie Davis in 2010

**Background information**

| | |
|---|---|
| **Birth name** | Franchelle Davis |
| **Born** | May 7, 1979 |
| **Origin** | Los Angeles, California, United States |
| **Genres** | R&B dance, electronica, pop |
| **Occupations** | Singer actress |
| **Instruments** | Vocals guitar piano |
| **Years active** | 2003–present |
| **Website** | www.officialfrenchie.com (http://www.OfficialFrenchie.com) |

## Contents

- 1 *American Idol*
- 2 *American Idol* topless photo controversy
- 3 Musical theatre career
- 4 Singles
- 5 *The Voice*
- 6 Personal life
- 7 References
- 8 External links

## *American Idol*

Davis was a semi-finalist on the second season of *American Idol* but was disqualified due to topless photos taken earlier in her career.

According to Davis, she was up-front about her pictures:

> "When I first discovered that I had made it to Hollywood and found out I would be competing to get into the top 30 and then later in the top 12, they had given us all this paperwork to fill out, background checks and that whole thing. So when we were doing that I had a discussion with some members of the production staff and I exposed to them a piece of my past; that when I was 19 years old, I took some pictures and that's not the person I am [anymore]. I wanted to be up-front about it. We talked about it and then nothing happened".[1]

The *Idol* staff took no action then, but two months later, they decided that Davis's participation would be inappropriate. "They had decided that because *American Idol* was a family show, that they could not have me on the show because of the pictures I had taken – though they had never seen the pictures," she told EuroWeb. She also added that no one was able to find the pictures in question as the website that featured them had been taken down.

## *American Idol* topless photo controversy

After revealing pictures of season six *American Idol* contender Antonella Barba surfaced on the internet, many drew parallels to a similar situation involving season two contender Davis. In an interview conducted for *The New York Post* on Monday, March 5, 2007, Davis said,

> "I couldn't help but notice the difference between the manner in which she was dealt with and how I was dealt with.... I think it's fantastic if *Idol* has evolved, and I think it's fantastic she won't have to go through what I went through four years ago … but if the rules have changed, I believe there should be something to make up for the fact that I was humiliated needlessly."[2]

Project Islamic H.O.P.E. activist Najee Ali has accused the show of racism: "It's obvious that it's a racial bias... when you have a situation where a black contestant is punished and a similar situation happens to a white contestant and there is no punishment and they're allowed to continue on the show". According to EuroWeb, Ali staged a protest in front of The Kodak Theater in Los Angeles, CA on Tuesday, March 6, 2007. Protesters are seeking another chance for Davis at the competition.[3] Former talk show co-host Rosie O'Donnell has commented on the *Idol* scandal; on

*The View*, Tuesday, March 6, 2007, co-host Elisabeth Hasselbeck used the justification that Davis was paid for her pictures whereas Barba was not. Rosie's response: "I think it's racist. I do... I think it's because she's black".[4]

## Musical theatre career

Before "American Idol", Davis began her Theatre career as a Theatre student at Howard University. In the year 2000, she began her performing career in productions of Little Shop of Horrors and Jesus Christ Superstar with the Freilichtspiele Theatre Company in Schwabisch Hall Germany

**Frenchie Davis** performing at *Broadway on Broadway* in 2006.

After *American Idol*, Davis appeared in the Broadway musical *Rent* in 2003. She sang the solo in the opening song of Act Two, *Seasons of Love*, and in ensemble roles such as Mrs. Jefferson (Joanne's mom), a woman with bags, a coat vendor, Mrs. Marquez (Mimi's mom) and others. She also occasionally played the part of Joanne. On June 1, 2005, Davis returned to her previous role in the Broadway production of *Rent*. Davis had previously announced that she would leave *Rent* in May 2007, but announced her final performance following a mid-April 2007 show. During the weeks leading up to the April 29 performance of *Rent*'s 10-year reunion, Davis appeared in an iTunes Podcast (*Rent: The PodCast*). She also joined the original cast for a special encore performance.

In 2004, Davis was cast in the role of Effie in a West Coast-touring production of *Dreamgirls*, which appeared in Sacramento, San Jose, and Seattle, and later went to the Pittsburgh Civic Light Opera.[5]

From August 3–19, 2007, Davis starred alongside Miche Braden and JMichael in the role of Mahalia Jackson in the Hartford Stage production of *Mahalia: A Gospel Musical*, written by Tom Stolz and directed by Jeremy B. Cohen.

In 2008, Davis, along with fellow second-season American Idol participants Ruben

Studdard and Trenyce Cobbins, starred in the 30th-anniversary national tour of the musical revue *Ain't Misbehavin'*; the tour ran until May 2009 and was nominated for a Grammy in the Best Musical Show Album category.[6]

In the fall of 2010, Frenchie was cast in the role of the Fairy Godmother in Rodgers & Hammerstein's *Cinderella (Enchanted Edition)* at the Berkeley Playhouse, the resident theatre company at the Julia Morgan Center for the Arts in Berkeley, California.

In December 2012, Frenchie will star in the musical God Doesn't Mean You Get To Live Forever at the Baruch Performing Arts Center in New York with legendary pastor Dr.James A. Forbes Jr. and Gregory Charles Royal.

# Singles

Frenchie is the featured artist in the Tony Moran single "You Are" that was released December 1, 2009 and peaked at number 5 on the Billboard hot clubplay chart. "You Are" was the debut single from Tony Moran's album titled "Mix Magic Music".[7]

On September 4, 2012, Davis released her debut solo single, "Love's Got A Hold On Me" from the debut solo album, "Just Frenchie". As of December 13, 2012 "Love's Got A Hold On Me" has reached the #14 spot on the Billboard Dance Chart.

# *The Voice*

Frenchie, auditioned for the 2011 reality competition series *The Voice*, featuring celebrity judges/coaches Adam Levine, Cee Lo Green, Christina Aguilera and Blake Shelton. In the first episode, she performed "I Kissed a Girl" by Katy Perry, advancing to the next round as a member of Aguilera's team of 8.

On the May 10th episode of *The Voice*, Frenchie competed in a sing off against Tarralyn Ramsey, both singing "Single Ladies (Put a Ring on It)" by Beyoncé. Frenchie won and made it to the next round.

On the June 7th episode of *The Voice*, Frenchie performed "When Love Takes Over" by David Guetta and Kelly Rowland. She was told, "You may very well have the strongest voice in this whole competition."

In the next week, it was announced that Frenchie did not win the fan vote from last week's performance, which would have allowed her to move on in the competition. However, her coach Christina Aguilera used her own vote to move Frenchie onto *The Voice*'s Elite 8.

On the June 21st episode of *The Voice*, featuring the Showdown of the Elite 8, Davis performed "Like A Prayer" by Madonna.

Frenchie Davis was eliminated during the semi-finals,[8] finishing fifth overall. She did, however, join the other members of the final eight contestants of the show: Javier Colon, Dia Frampton, Vicci Martinez, Beverly McClellan, Casey Weston, Xenia and Nakia on a U.S. tour summer 2011.

# Personal life

In 2012, Davis came out as bisexual and said she has been dating a woman for the past year.[9][10]

# References

1. ^ "'AMERICAN IDOL' DOUBLE EXPOSURE DOUBLE STANDARD: Ousted 2003 hopeful Frenchie Davis speaks exclusively to EUR." (http://eurweb.com/story/eur31852.cfm) . EuroWeb. 2007-03-05. http://eurweb.com/story/eur31852.cfm. Retrieved 2007-03-10.
2. ^ "Frenchie Davis Questions 'Idol' Double Standard" (http://web.archive.org/web/20070309161844/http://kdka.com/entertainment/entertainment_story_066002933.html) . KDKA-TV. 2007-03-07. Archived from the original (http://kdka.com/entertainment/entertainment_story_066002933.html) on 2007-03-09. http://web.archive.org/web/20070309161844/http://kdka.com/entertainment/entertainment_story_066002933.html. Retrieved 2007-03-10.
3. ^ Rocchio, Christopher (2006-03-06). "Ex-'Idol 2' semifinalist Frenchie Davis crying foul over Antonella Barba" (http://www.realitytvworld.com/news/ex-idol-2-semifinalist-frenchie-davis-crying-foul-over-antonella-barba-4801.php) . Reality TV World. http://www.realitytvworld.com/news/ex-idol-2-semifinalist-frenchie-davis-crying-foul-over-antonella-barba-4801.php. Retrieved 2007-03-10.
4. ^ Way, Jo Anne (2006-03-06). "Rosie O'Donnell Dives Into Frenchie - Antonella Barba Topless Fray" (http://www.nationalledger.com/artman/publish/article_272611964.shtml) . The National Ledger. http://www.nationalledger.com/artman/publish/article_272611964.shtml. Retrieved 2007-03-10.

5. ^ "Dreamgirls: california music theatre" (http://gallery.calmt.com/thumbnails.php?album=52) . California Music Theater. 2003-2004. http://gallery.calmt.com/thumbnails.php?album=52. Retrieved 2007-08-22.
6. ^ "RUBEN STUDDARD, FRENCHIE DAVIS TO TOUR IN AIN'T MISBEHAVIN'" (http://www.broadway.com/Gen/Buzz_Story.aspx?ci=558651) . http://www.broadway.com/Gen/Buzz_Story.aspx?ci=558651. Retrieved 2008-01-03.
7. ^ "'You Are (feat. Frenchie Davis) by Tony Moran'" (http://itunes.apple.com/us/album/you-are/id3426100195) . iTunes.com. 2009-12-20. http://itunes.apple.com/us/album/you-are/id3426100195. Retrieved 2009-12-20.
8. ^ Nede, Jethro (2011-06-22). "'The Voice' Results Show: Tears, Betrayal, and a Poem" (http://www.hollywoodreporter.com/live-feed/voice-results-show-tears-betrayal-204736) . *The Hollywood Reporter*. http://www.hollywoodreporter.com/live-feed/voice-results-show-tears-betrayal-204736.
9. ^ "Trish Bendix: AfterEllen.com's Best Lesbian Week Ever: June 16-22" (http://www.huffingtonpost.com/trish-bendix/afterellen-best-lesbian-week-ever_b_1619624.html) . Huffingtonpost.com. http://www.huffingtonpost.com/trish-bendix/afterellen-best-lesbian-week-ever_b_1619624.html. Retrieved 2012-10-14.
10. ^ "Frenchie Davis Comes Out: 'The Voice' Singer Reveals She's Been Dating A Woman" (http://www.huffingtonpost.com/2012/06/21/frenchie-davis-comes-out-the-voice_n_1616960.html?utm_hp_ref=mostpopular) . Huffingtonpost.com. 2012-06-21. http://www.huffingtonpost.com/2012/06/21/frenchie-davis-comes-out-the-voice_n_1616960.html?utm_hp_ref=mostpopular. Retrieved 2012-10-14.

- Doby, Jerry (October 29, 2012). "Interview with Grammy Award Nominee and NBC's 'The Voice' Top 4 Finalist Frenchie Davis" (http://voices.yahoo.com/interview-grammy-award-nominee-nbcs-voice-11846034.html?cat=33#comments) . Yahoo! Voices. http://voices.yahoo.com/interview-grammy-award-nominee-nbcs-voice-11846034.html?cat=33#comments. Retrieved October 29, 2012.

# External links

- Frenchie Davis (http://www.americanidol.com/contestants/season2/frenchie_davis/) at *American Idol*
- Frenchie Davis (http://www.imdb.com/name/nm1348337/) at the Internet Movie Database Retrieved on 2008-01-15
- Frenchie Davis (http://www.ibdb.com/person.asp?ID=109737) at the Internet Broadway Database Retrieved on 2008-01-15
- Article (http://www.thesmokinggun.com/archive/frenchie1.html) from the Smoking Gun

- 2003 article (http://www.playbill.com/news/article/79594.html) from Playbill
- Frenchie's Official Myspace (http://profile.myspace.com/index.cfm?fuseaction=user.viewprofile&friendid=66500212)
- Frenchie Davis page on official NBC *The Voice* website (http://www.nbc.com/the-voice/artists/frenchie-davis/)
- Frenchie Davis.org (http://www.FrenchieDavis.org)
- Frenchie's Performing Live in Philadelphia (video) (http://www.phillygaycalendar.com/pages/video.php?id=67)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Frenchie_Davis&oldid=530081230"

Categories: 1979 births | Living people | African-American singers | American Idol participants | The Voice series contestants | American female singers | American musical theatre actors | LGBT musicians from the United States | Musicians from Washington, D.C. | Bisexual actors | LGBT African Americans | Bisexual musicians | Bisexual women | Musicians from Los Angeles, California

# Navigation menu

---

- This page was last modified on 28 December 2012 at 03:10.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.



BLANK

CDC_003774

NNDB
tracking the entire world

This is a beta version of NNDB

Search: All Names for Search

NNDB M

PROFILE BIBLIOGRAPHY

# Frenchie Davis

**AKA** Franchelle Davis

**Born:** 9-May-1979
**Birthplace:** Lawndale, CA

**Gender:** Female
**Race or Ethnicity:** Black
**Sexual orientation:** Straight
**Occupation:** Musician

**Nationality:** United States
**Executive summary:** BBW booted from *American Idol*

Very talented singer and BBW kicked from *American Idol 2* because of nude pictures on the Internet. She went on to star on Broadway in *Rent*.

The adult site in question was *Daddy's Little Girls* and Frenchie appeared topless but simulated masturbation in a series of still photos. She had posed for the photos six years before appearing on *American Idol*, and the money went to her college tuition.

University: Theatre, Howard University

Entertainment Weekly's 2003 "It" List Bootee
Risk Factors: Obesity

TELEVISION
American Idol

Cruise-
Wed

Frencl
Requires F
Javas

AdChoices

800 Numb
Special
Project a pr
Image! Loa
Money-Sav
Features.
www.RingCe

ScentAir
Business A
Machines, 
Marketing &
Fragrances
www.ScentA

Related

African-
Mu
America

*New!* NNDB MAPPER | Create a map starting with Frenchie Davis
Requires Flash 7+ and Javascript.

Do you know something we don't?
Submit a correction or make a comment about this profile

Copyright ©2012 Soylent Communications



February

2003

CDC_003776



BLANK

CDC_003777



Classifieds: | | Marketplace |

Home
News
Travel
Money
Sports
Life
Tech
Weather
Search
powered by YAHOO! GO

# TV

• E-MAIL THIS • PRINT THIS • SAVE THIS • MOST POPULAR • SUBSCRIBE

Posted 2/11/2003 7:31 PM Updated 2/11/2003 9:36 PM

## 'Idol' contestant booted for working for adult Web site

By Gary Levin, USA TODAY

Frenchie Davis, the full-figured brassy-voiced *American Idol* semifinalist from Washington, D.C., has been eliminated from Fox's talent competition after she acknowledged she worked for an adult Web site four years ago.

Frenchie Davis will be replaced on a show airing Feb. 25.

Fox said she'll be replaced on a show airing Feb. 25. But co-producer 19 Entertainment, which signs Idol winners to recording contracts, says it will "endeavor to do all in its power to help Frenchie further her music career."

Another Idol finalist, Jaered Andrews, was replaced earlier for undisclosed reasons.

Movies
Movies home
Box office report
DVD releases
Music
Music home
Top albums
Top singles
Listen Up
Music reviews
TV
TV home
TV listings
Nielsen ratings
Reality Check
Critic's Corner
'Idol' Chatter
Books
Books home
Top 150 books
Columnists
Columnists home
Robert Bianco
Peter Johnson
Whitney Matheson
Alison Maxwell
Craig Wilson
Gaming
Gaming home
Arcade
Crosswords
Sudoku
More Life
People
Media Mix
Pop Candy
Photo archive
Talk Today
Marketplace
Real estate
Arcade
Music
Tickets

Shopping
International
Business Index
Newspaper
Classifieds

Newspaper Home Delivery - Subscribe Today

USATODAY.com partners: USA WEEKEND • Sports Weekly • Education • Space.com

Home • Travel • News • Money • Sports • Life • Tech • Weather

Resources: Mobile news • Site map • FAQ • Contact us • E-mail news
Jobs with us • Internships • Terms of service • Privacy policy/Your California Privacy Right
Advertise • Press Room • Media Lounge • Electronic print edition • Reprints and Permissions

Add USATODAY.com RSS feeds XML

The Nation's Homepage

Copyright 2008 USA TODAY, a division of Gannett Co. Inc.



BLANK

CDC_003780

Foxes On Idol & More!

# Frenchie Davis Booted from 'American Idol' Without Giving the Audience a Say

reddit this! 0

Like 52 people

AdChoices

*by David Bloomberg – 02/12/2003*

Frenchie Davis, one of the up-and-coming stars of *American Idol 2*, has been kicked off the show unceremoniously and without viewers even having a chance to get their say. Why? Because of something she did years ago.

View Printable version of this article

NO HARDWARE
RingCentral Office™
Virtual Phone System
• Voicemail • Internet Fax • Multiple extensions
RingCentral
TRY IT FREE

In a shock to fans of *American* Idol, *USA Today* yesterday published a story that Frenchie Davis, the already-popular semi-final contestant, has been kicked off of the show and out of the competition. Why? Because, according to the article, "she acknowledged she worked for an adult Web site four years ago." **Four years ago?!** Who cares? While details are not provided, one has to wonder if it really matters.

Does an American Idol have to be 100% pure? The music-buying public obviously doesn't think so, as we have seen numerous female stars turn from practically virginal to incredibly sexual. Hell, Madonna put out (so to speak) more sex-related items that most adults websites!

Not every "Idol" can be - or perhaps even should be - the picture of innocence. So what if Frenchie did something four years ago? Yes, it would make an appearance on The Smoking Gun's website. Yes, we'd probably write an article about it. But so what? It finally seems to have gotten through Simon's head that talent and voice are more important than weight and a specific "look" - though he still brings it up from time to time. Now are the producers saying that whatever a contestant may have done years ago is more important than talent?

Right now, we don't know much about the situation. We don't know what she did. We don't know why she did it. We don't know why whatever it is she did is worse than Nikki McKibbin having done topless dancing at a strip club. Or, indeed, if it really was worse. If the information about Frenchie had not come out until *after* she was voted into the top 10, would they have so cavalierly booted her off the show? Or would they have stood by her? The information about Nikki managed to stay hidden just long enough for her to make it through the show, but I suspect producers knew about it before she admitted it publicly. I would take the comparison

**Follow us on Twitter *and* on Facebook! On Twitter, get up to the minute notifications on article postings and other reality TV news. And become a fan on Facebook, join discussions, and more!**

Click for our *American Idol* Store!

DAVID COOK
This Loud Morning

New: David Cook's 2nd Album, *This Loud Morning*

JACKIE EVANCHO
Dream With Me

New: *America's Got Talent* Jackie Evancho's *Dream With Me*

MICHAEL GRIMM

New: *America's Got Talent 5* winner Michael Grimm's debut album



BIG BROTHER ACCESS FALL LIVE EVENTS
GET ACCESS TO FINALE BACKYARD INTERVIEWS AND CALL IN SHOWS WITH SPECIAL GUESTS INCLUDING THE SEASON 13 WINNER, FORMER HGS AND SURVIVOR CONTESTANTS
BIG BROTHER LIVE FEEDS
START WATCHING

to Nikki even further in that Nikki made it to the top three. Did I think she deserved to be there? No. But the majority of voters apparently did, and that's what counts.

As I pointed out back when Nikki's past revealed itself, many in the entertainment world started out in rather seedy jobs. Some needed the money. Some needed the, er, exposure. If the American public is concerned about it, let them decide with their votes. If, however, they prefer to vote based on talent rather than what a contestant did years ago, that should be allowed by Fox and the producers.

Many of us were really looking forward to seeing how Frenchie would do in this competition. It's sad to see her eliminated, without even having a chance, for such an unrelated reason.

**For updated information, check out "More Details and Reader Feedback on Frenchie's Expulsion"!**

*David Bloomberg is the Editor of Foxes On Idol, and can be reached at rno@pobox.com.*

---

**Be sure to sign up for the RealityNewsOnline/FoxesOnIdol e-mail update so you can stay informed about new articles on both sites!** For all of the RealityNewsOnline articles about this show, check out the American Idol page.

For more news about reality TV, be sure to check out RealityTVFans.com and SirLinksALot!

www.PUSHPOSTERS.com

THE LARGEST RANGE OF MUSIC POSTERS IN THE WORLD!

reddit this!

0

Like 52 people

View Printable version of this article

AdChoices
Priceless Beijing
Explore the Best of Beijing With Your MasterCard.
www.pricelessbeijing....

Audition for big time rush
Sign-up today and be seen by our top local talent scouts!
www.igottalentnow.com

amazon cloud player
5 GB FREE cloud storage
Learn more

American Idol
CELEBRATING 10 YEARS
American Idol
10TH ANNIVERSARY
STEVEN TYLER
ADAM LAMBERT
GLAM NATION LIVE

American Idol: Celebrating 10 Years (The Official Backstage Pass)

American Idol: 10th Anniversary CD

Does the Noise in My Head Bother You?: A Rock 'n' Roll Memoir

Jennifer Lopez's new album, *LOVE?*

Adam Lambert's *Glam Nation Live* CD/DVD

**Be sure to sign up for our free e-mail updates! Enter your e-mail address below:**

Powered by YourMailinglistProvider.com

Privacy Information

amazon.com

Privacy Information

All content on this site is copyrighted by the individual authors and may not be reproduced, in whole or in part, without permission

Privacy Policy

Jennifer Hudson's new album, ***I Remember Me***

Lee DeWyze's debut album, ***Live It Up***

Crystal Bowersox's debut album, ***Farmer's Daughter***

5/16/12 Foxes on Idol & More + American Idol + So You Think You Can Dance + Dancing with the Stars + Can...

www.foxesonidol.com/cgi-bin/ae.pl?mode=1&article=article1072.art&page=1 4/4
CDC_003784



BLANK

CDC_003785

TV Recaps (http://tvrecaps.ew.com/) | American Idol (http://www.ew.com/ew/package/0,,20312226,00.html) |
Game of Thrones (http://www.ew.com/ew/package/0,,20470532,00.html) | Music Festivals (http://www.ew.com/ew/pack
Subscribe to EW (https://subscription.ew.com/storefront/subscribe-to-entertainment-weekly/link/1006209.html) ... Blogs
3Brsseq%3D10058%3Brs

Get the one box that does it
NETFLIX PANDORA YouTube amazon huluPLUS CABLE TV
Sh

FROM OUR BLOGS
Most Talked-Ab
Saved! 1054 (http://tvrec
judges-save-jessica-sanch
The Puppet Masters 626
(http://tvrecaps.ew.com/re
9-paul-teutul/)
'Dancing With the Stars':
(http://popwatch.ew.com/2
week-5-is-liiiiiiiiiiiive-2/)
The Punishment of Pete
(http://tvrecaps.ew.com/re
fight/)
Man oâ War 439 (http://t
one-world-episode-9-jay/)
SEE FULL BLOG MENU
(HTTP://WWW.EW.COM/EW/

TV ARTICLE
# Frenchie Kiss-Off

SHARE THIS ARTICLE

7

Like

7

Share
(http://www.ew.com/ew/article/0,,20312226_421953,00.html)

WRONG TUNE Producers booted Frenchie

ADV

Her
Auth
Sit
E
Sit comfort

(/ew/allabout/0,,20006734,00.html)

ALL ABOUT
## American Idol (/ew/allabout/0,,20006734,00.html)
Get the latest photos, news, and more

EW.COM
Latest Headline
'Arrested Development':
(http://insidetv.ew.com/201
netflix-date/)
Anna Paquin, Stephen M
briefs.ew.com/2012/04/17/a
expecting-exclusive/)
'The Voice': Two eliminat
(http://tvrecaps.ew.com/re
15/)
'DWTS': Dancer going ho

(/ew/article/0,,20312226_421953,00.html)
Frenchie is booted from "Idol" over porn past. A replacement semifinalist will be picked Feb. 25

CDC_003786

By Gary Susman (http://www.ew.com/ew/gary-susman) | Feb 12, 2003

Comments 1 Add comment

Frenchie Davis, the plus-size, neon-haired, full-voiced "American Idol" semifinalist, has been removed from competition, USA Today reports, because she has acknowledged to the producers that she worked for a porn website four years ago. Fox says she'll be replaced during the Feb. 25 episode.

There was no official word from Fox as to the nature of the 23-year-old singer's work for the unnamed website, or why it was grounds for dismissal when Nikki McKibbin, who acknowledged having worked in strip clubs, was allowed to remain in last year's contest and ended up in the top three. A Fox spokesperson told EW.com that the 23-year-old singer had not violated the show's eligibility requirements, but noted that the rules allow the producers to remove contestants at their discretion. Meanwhile, all traces of her have already been expunged from the "Idol" website (http://www.idolonfox.com).

However, The Smoking Gun (http://www.thesmokinggun.com/archive/frenchie1.html) reports that Davis posed topless for a website that purported to display pictures of underage girls (though Davis would have been 19 and of age when she posed). According to TSG, she has claimed that she posed to earn tuition money to re-enroll at Howard University, where the Washington, D.C., native is a theater major.

Still, coproducer 19 Entertainment, which manages the recording careers of "Idol" finalists and winners, remains a fan of Frenchie. The firm will "endeavor to do all in its power to help Frenchie further her music career," a spokesperson told USA Today.

**Sign up for EW.com's American Idol Alerts!**
**Don't miss a story! We'll send you an alert when new American Idol content is added to the site.**

**Your E-mail address** SIGN UP

**Originally posted Feb 12, 2003**

Comments 1 Add comment

## YOU MIGHT ALSO LIKE

TV ARTICLE Reality TV DQ's and ousters: Franchelle "Frenchie" Davis (/ew/article/0,,1219479,00.html)
TV ARTICLE Reality TV DQ's and ousters: Corey Clark (/ew/article/0,,1219454,00.html)
TV ARTICLE Clay Aiken graduates from college (/ew/article/0,,566091,00.html)
TV ARTICLE Find out what Clay sings in tonight's "Idol" Xmas special (/ew/article/0,,550374,00.html)
NEWS + NOTES Failing Up (/ew/article/0,,535745,00.html)

## MORE 'AMERICAN IDOL'

All American Idol Coverage (http://www.ew.com/ew/package/0,,20312226,00.html)

(http://tvrecaps.ew.com/re
degraw-eliminated/)
'DWTS': Hidden gems of
(http://popwatch.ew.com/2
hidden-gems-season-14-w
RETURN TO EW.COM HO

## Today's Most

1 NEWS BRIEFS Anna Paquin and S EXCLUSIVE (http:/ briefs.ew.com/201 stephen-moyer-ex
2 PHOTO GALLERY 20 most annoying (http://www.ew.co
3 PHOTO GALLERY 12 big reality-TV vi (http://www.ew.co
4 TV RECAP 'The Voice' recap: (http://tvrecaps.ew episode-15/)
5 TV RECAP 'Glee' recap: We S (http://tvrecaps.ew episode-16-disco/)

SUB
GET A
(http://ad.doubleclick.net/clic 0;0;43470559;12382-336/70;46169283/46186396/ to-entertainment-weekly/link

## Our Partners

- Bethany McHugh: Televis (http://www.huffingtonpc tv_b_1433256.html?ref=t
- Tina Fey Picks 'Real Hou (http://www.huffingtonpc housewives-favorites_n_
- A Look Inside Don Drape (http://www.huffingtonpc draper-apartment_n_143

More from Huffington Post (http://www.huffingtonpost.

- A Look Back At The Banc (http://www.huffingtonpc songs-levon-helm-cance
- PHOTOS: Justin Bieber & (http://www.huffingtonpc selana-gomez-kiss-pda-l
- Harvey Weinstein Makes (http://www.huffingtonpc movie-figures_n_1434537

  

Ads by Google (http://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.ew.com/ew/article/...timeinc-ew-bah%26adU%3Dwww.RingCentral.com/Free_Setup%26adT%3DBest%2BVOIP%2BProvider%26adU%3DKia.Auto-Price-Finder.com%26adT%3DKia%2BSoul%2BClearance%2B2012%26adU%3Dwww.ScentAir.com%26adT%3DScentAir%26gl%3DUS%26hl...E6OYCyHkuxmzVg)

Best VOIP Provider (http://www.googleadservices.com/pagead/aclk?sa=L&ai=BHhpTne6OT7W1D4qNqwHE69DOBaWC540C3duAnSKB86L9ONDksQIQARgBILmSthsoAzgAUO-a7ZT-____wFgycapi8Ck2A-gAfiJvf8DsgEKd3d3LmV3LmNvbcgBAdoBN2h0dHA6Ly93d3cuZXcuY29tL2V3L2FydGljbGUvMCwsMjAzMTIyMjZfNDIx...gDuAH1AwAMAMT1AwAAABCIBgE&num=1&cid=5Gj_oDfJMTcvt1mv1hziz8Gw&sig=AOD64_2p0w_eLdoD4ouEPRod...timeinc-ew-bah&adurl=http://www.ringcentral.com/office/index.html%3Fbmid%3DGOOG_RET_OFFICE%26cid%3Dretarget%26mkwid%3DcsqyQQq1m%2...
Hosted phone service, No Contracts No Fees. $24.99/month
www.RingCentral.com/Free_Setup (http://www.googleadservices.com/pagead/aclk?sa=L&ai=BHhpTne6OT7W1D4qNqwHE69DOBaWC540C3duAnSKB86L9ONDksQIQARgBILmSthsoAzgAUO-a7ZT-____wFgycapi8Ck2A-gAfiJvf8DsgEKd3d3LmV3LmNvbcgBAdoBN2h0dHA6Ly93d3cuZXcuY29tL2V3L2FydGljbGUvMCwsMjAzMTIyMjZfNDIxOTUzLDAwLmh0bWzAAgXIAuGdvw...gDuAH1AwAMAMT1AwAAABCIBgE&num=1&cid=5Gj_oDfJMTcvt1mv1hziz8Gw&sig=AOD64_2p0w_eLdoD4ou...FchaQ&client=ca-timeinc-ew-bah&adurl=http://www.ringcentral.com/office/index.html%3Fbmid%3DGOOG_RET_OFFICE%26cid%3Dretarget%...csqyQQq1m%26pcrid%3D909...

Kia Soul Clearance 2012 (http://www.googleadservices.com/pagead/aclk?sa=L&ai=BQcaKne6OT7W1D4qNqwHE69DOBYmvi50CmeqKkSWxtMSEaJDPUxACGAIguZK2GygDOAB...AWDJxgmLwKTYD6AB...z4wOyAQp3d3cuZXcuY29tyAEB2gE3aHR0cDovL3d3dy5ldy5jb20vZXcvYXJ0aWNsZS8wLCwyMDMxMjIyNI80MjE5NTMsMDAuaHRtbMACBcgC0...kQ&client=ca-timeinc-ew-bah&adurl=http://www.auto-price-finder.com/welcome%3Fid%3D55582261%26admake%3Dkia%26admodel%3Dsoul%26creativeid%3D9886225569)
Kia Dealers are Cutting Prices! Find Local Kia Soul Deals Now.
Kia.Auto-Price-Finder.com (http://www.googleadservices.com/pagead/aclk?sa=L&ai=BQcaKne6OT7W1D4qNqwHE69DOBYmvi50CmeqKkSWxtMSEaJDPUxACGAIguZK2GygDOABQzIDGx_3____AWDJxgmLwKT...z4wOyAQp3d3cuZXcuY29tyAEB2gE3aHR0cDovL3d3dy5ldy5jb20vZXcvYXJ0aWNsZS8wLCwyMDMxMjIyNI80MjE5NTMsMDAu...kQ&client=ca-timeinc-ew-bah&adurl=http://www.auto-price-finder.com/welcome%3Fid%3D55582261%26admake%3Dkia%26admodel%3Dsoul%26creativeid%3D9886225569)

ScentAir (http://www.googleadservices.com/pagead/aclk?sa=L&ai=B2ucwne6OT7W1D4qNqwHE69DOBZzP4vUBhKWU7hvskIH1XfDBTRADGAMguZK2GygDOABQzrif2QNgycapi8Ck2A-gAY3yv_8DsgEKd3d3LmV3LmNvbcgBAdoBN2h0dHA6Ly93d3cuZXcuY29tL2V3L2FydGljbGUvMCwsMjAzMTIyMjZfNDIx...gDuAH1AwAMAMT1AwAAABCIBgE&num=3&cid=5Gj_oDfJMTcvt1mv1hziz8Gw&sig=AOD64_1AdUNNzy_ncef91WzkJq6o...timeinc-ew-bah&adurl=http://www.scentair.com)
Business Aroma Machines, Scent Marketing & Custom Fragrances.
www.ScentAir.com (http://www.googleadservices.com/pagead/aclk?sa=L&ai=B2ucwne6OT7W1D4qNqwHE69DOBZzP4vUBhKWU7hvskIH1XfDBTRADGAMguZK2GygDOABQzrif2QNgycapi8Ck2A-gAY3yv_8DsgEKd3d3LmV3LmNvbcgBAdoBN2h0dHA6Ly93d3cuZXcuY29tL2V3L2FydGljbGUvMCwsMjAzMTIyMjZfNDIxOTUzLDAwLmh0bWyAAgHAAgW...gDuAH1AwAMAMT1AwAAABCIBgE&num=3&cid=5Gj_oDfJMTcvt1mv1hziz8Gw&sig=AOD64_1AdUNNzy_ncef91WzkJq6oS80D7A&client=ca-timeinc-ew-bah&adurl=http://www.scentair.com)

More from Huffington Post (http://www.huffingtonpost.

## You Might Like

(http://www.ew.com/ew/ar

The Cabin ... (http://www...

A... haracters ... (h... .com/ew/g... h0bWzAA... &client=ca...
(http://www.ew.com/ew/ar

American Reunion (http://www.ew.com/ew/a

## From Around t

(http://www.lifescript.com/Fitness/Articles/D/Dara_Torres_Not_Slowi...

Dara Torre... (http://www... Fitness/Art... Sponsored by...

(http://www.mac

Hay... rano G... man.co... nt=ca-

(http://www.elle.com/F... Are-Larger-Than-They-

Objects Are Larger Than ... (http://www.elle.com/Fas... Are-Larger-Than-They-Ap...
Sponsored by ELLE.com

## COMMENTS

...d all replies (http://www.ew.com/ew/article/0,,20312226_421953,00.html?order=ASC&expand_all=true#comment-app)
...omment

Sort by:
Oldest first

**shanid | Thu 9/23/10 03:20 PM**

i like kiss

Read replies (0) Add reply

Page: 1

## ADD YOUR COMMENT

The rules: Keep it clean, and stay on the subject or we might delete your comment. If you see inappropriate language, e-mail us (/ew/scribble/report/0,,,00.html?scribble_id=421953&scribble_path=http://www.ew.com/ew/article/0,,421953,00.html). *An asterisk * indicates a required field.*

Your name

Your comment *

500 characters remaining

Post comment

ADVERTISEMENT

More EW.com

TV (HTTP://WWW.EW.COM/EW/TV/? IID=RCFOOTER%2DTV) MOVIES MUSIC BOOKS

'Arrested Development': A big day

(http://insidetv.ew.com/2012/04/18/arrested-development-netflix-date/?iid=rcfooter%2Dtv%2D%27arrested+development%27%3A+a+big+day)

'The Dictator': Poster reveal!

(http://insidemovies.ew.com/2012/04/18/sacha-baron-cohen-the-dictator/?iid=rcfooter%2Dmovies%2D%27the+dictator%27%3A+poster+reveal%21)

Odd Future vs. the Wanted: 'Punk'd'!

(http://insidetv.ew.com/2012/04/18/the-wanted-tyler-the-creator-punkd-iid=rcfooter%2Dmusic%2Dodd+future...

Cassandra Clare: 'Lost Souls' trailer

(http://shelf-life.ew.com/2012/04/18/cassandra-clare-city-of-lost-souls-trailer/?

(https://subscription.ew.com/storefront/subscribe-to-entertainment-weekly/link/1005446.html)

About Us Staff (http://www.ew.com/ew/aboutus/) | Contributors (http://www.ew.com/ew/inside/contributors/) | Site Map (http://www.ew.com/ew/si
| Promotions (http://www.ew.com/ew/inside/promotions/) | Privacy Policy (http://cgi.timeinc.net/cgi-bin/mail/dnp/privacy_centralized.cgi/ew?dnp_sou

CDC_003789

| Your California Privacy Rights (https://subscription.timeinc.com/storefront/privacy/ew/generic_privacy_new.html?dnp-source=B#california)
| Ad Choices (http://subscription-assets.timeinc.com/prod/assets/themes/magazines/default/template-resources/html/legal/ti-corp-behavioral.html)
| Terms of Service (http://cgi.timeinc.net/cgi-bin/mail/dnp/terms_of_service.cgi/ew)

**Entertainment Weekly Magazine** Subscribe (https://subscription.ew.com/storefront/subscribe-to-entertainment-weekly/link/1002014.html)
| Tablet Edition (http://www.ew.com/ew/special/0,,20552372,00.html) | Give a Gift (https://subscription.ew.com/storefront/subscribe-to-entertainment-
| Customer Service (https://secure.customersvc.com/servlet/Show?WESPAGE=ew/home.html&MSRSMAG=EW&REF=EW_FOOTER_LINK)
| Letters to the Editor (http://www.ew.com/ew/contact_us/) | Archives (http://www.ew.com/ew/inside/archive/)
| Subscribe for $1.99 (https://subscription.ew.com/storefront/subscribe-to-entertainment-weekly/link/1005798.html)

**Advertising** Media Kit (http://www.ew.com/ew/special/0,,20308916_20308998,00.html) | Promotions (http://www.ew.com/ew/inside/promotions/)
| Ad Specs (http://direct2time.timeinc.com/online/prop/ew/custom.html)

**Contact us** General inquiries (http://www.ew.com/ew/contact_us/) | Jobs at Time Inc. (http://www.timeinc.com/careers/)
| Internships (http://www.hr.timeinc.com/CampusRecruiting/campus/cr_summer_intern_edit.htm)

**EW to go** Mobile site (http://www.ew.com/ew/special/0,,20552372,00.html) | RSS (http://www.ew.com/ew/rss/) | Newsletters (http://www.ew.com
| EW on Twitter (http://www.twitter.com/ewalerts/) | EW on Facebook (http://www.facebook.com/entertainmentweekly)
| Download the Must List app for iPhone (http://itunes.apple.com/us/app/id378367868?mt=8) & for iPad (http://itunes.apple.com/us/app/id364294739?r

In partnership with

Copyright © 2012 Entertainment Weekly Inc. All rights reserved.



BLANK

CDC_003791