UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAERED N. ANDREWS, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>FREMANTLEMEDIA N.A., INC., et al.,<br><br>    Defendants. | Case No. 13-cv-5174-NRB<br><br>The Honorable Naomi Reice Buchwald |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated March 10, 2014, and the annexed Declaration of Mark W. Robertson, dated March 10, 2014, and the exhibits attached thereto, defendants FremantleMedia North America, Inc., American Idol Productions, Inc., Fox Broadcasting Company, Twenty-First Century Fox, Inc., 19 Entertainment Limited, CORE Media Group Inc., Nigel Lythgoe, Ken Warwick, Ford Motor Company, The Coca-Cola Company, and AT&T Mobility LLC, hereby move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21-A, New York, New York, 10007, at a time and date to be set by the Court, for an order dismissing with prejudice all claims in plaintiffs' complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

  On January 29, 2014, this Court issued an order allowing plaintiffs to respond to defendants' November 25, 2013 motion to dismiss by filing a Third Amended Complaint,

instead of opposing the pending motion. (*See* Doc. Nos. 31 & 43.) The present motion by defendants is filed in lieu of the prior motion to dismiss.

Dated: March 10, 2014

Respectfully submitted:

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Robert M. Schwartz
Molly M. Lens
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
(310) 553 6700
dpetrocelli@omm.com

Mark W. Robertson
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326 2000
mrobertson@omm.com

*Attorneys for Defendants*