```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
JAERED ANDREWS, COREY D. CLARK,
JACOB JOHN SMALLEY, DONNIE WILLIAMS,
TERRELL BRITTENUM, DERRELL BRITTENUM,
THOMAS DANIELS, AKRON WATSON,
JU'NOT JOYNER, CHRIS GOLIGHTLY,

                Plaintiffs,

        - against -

FREEMANTLEMEDIA N.A., INC.,
AMERICAN IDOL PRODUCTIONS, INC.,
19 ENTERTAINMENT LTD., CORE MEDIA
GROUP, INC., 21ST CENTURY FOX, INC.,
FOX BROADCASTING COMPANY, INC.,
NIGEL LYTHGOE, KEN WARWICK,
FORD MOTOR COMPANY, INC.,
COCA-COLA COMPANY, INC.,
AT&T,

                Defendants,
-----------------------------------------X
```

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2014

O R D E R

13 Civ. 5174 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Counsel are directed to appear for oral argument on November 6, 2014, at 11 am, at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

**IT IS SO ORDERED.**

DATED:   New York, New York
         October 15, 2014

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE