UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JARRED ANDREWS, COREY D. CLARK,
JACOB JOHN SMALLEY, DONNIE WILLIAMS,
TERRELL BRITTENUM, DERRELL
BRITTENUM, THOMAS DANIELS, AKRON
WATSON, JU'NOT JOYNER, CHRIS
GOLIGHTLY,

                             Plaintiffs,

                 -against-

FREEMANTLEMEDIA N.A., INC., AMERICAN
IDOL PRODUCTIONS, INC., 19
ENTERTAINMENT LTD., CORE MEDIA
GROUP, INC., 21ST CENTURY FOX, INC., FOX
BROADCASTING COMPANY, INC., NIGEL
LYTHGOE, KEN WARWICK, FORD MOTOR
COMPANY, INC., COCA-COLA COMPANY,
INC., AT&T,
        Defendants.
-----------------------------------------------------------------X

13 **CIVIL** 5174 (NRB)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2014

       Presently before the Court are two motions, First, defendants having moved to dismiss plaintiffs' Third Amended Complaint ("TAC") as time-barred and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), Second, plaintiffs having moved for reargument of the Court's previous Order denying them additional leave to amend their complaint and striking certain motions and briefs filed without leave, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on November 19, 2014, having rendered its Memorandum and Order granting defendants' motion to dismiss the complaint insofar as this Court dismisses all federal claims with prejudice and the state law claims without prejudice, denying plaintiffs' motion for reargument and request for pre-motion conference, directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated November 19, 2014, Defendants' motion to dismiss the complaint is granted insofar as all federal claims are dismissed with prejudice, and the state law claims without prejudice; plaintiffs' motion for reargument and request for a pre-motion conference are also denied; accordingly, the case is closed.

**Dated:** New York, New York
November 21, 2014

BY: RUBY J. KRAJICK
_____
Clerk of Court

_____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____